Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRELL D. FOLEY

      Plaintiff,

vs.

CITY OF BERKELEY ET ALN

      Defendant.

CASE NO. CV 08 2370

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, DARRELL D. FOLEY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A     Net: N/A

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7   a.   Business, Profession or                    Yes ✓  No ___

8        self employment?

9   b.   Income from stocks, bonds,                 Yes ___ No ✓

10       or royalties?

11  c.   Rent payments?                             Yes ___ No ✓

12  d.   Pensions, annuities, or                    Yes ___ No ✓

13       life insurance payments?

14  e.   Federal or State welfare payments,         Yes ✓  No ___

15       Social Security or other govern-

16       ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  FOOD STAMPS (APPROXIMATELY $300); SEASONAL EMPLOYMENT ANDRONIC0S ($2,000);

20  TEMPORARY AGENCY ($500).

21  3.   Are you married?                           Yes ___ No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.   a.   List amount you contribute to your spouse's support:$ _____

27       b.   List the persons other than your spouse who are dependent upon you for support

28            and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?    Yes ___  No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?    Yes ___  No ___
7  Make FORD _____ Year 1999 _____ Model TARUS _____
8  Is it financed? Yes ✓ No _____ If so, Total due: $ 150,000 MILES (NOMINAL $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account?  Yes ___  No ✓  (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s): $ _____
14 Do you own any cash? Yes ___ No ✓ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                          Yes ___  No ✓
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ HOMELESS _____ Utilities: HOMELESS _____
20 Food: $ HOMELESS _____ Clothing: HOMELESS _____
21 Charge Accounts:
22 Name of Account           Monthly Payment         Total Owed on This Account
23 NONE _____ $ _____ $ _____
24 _____ $ _____ $ _____
25 _____ $ _____ $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 NONE _____

1 _____

2 10.   Does the complaint which you are seeking to file raise claims that have been presented in
3 other lawsuits?   Yes ✓   No ___
4 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 which they were filed.
6 ALAMEDA COUNTY SUPERIOR COURT RG06281831 AND RG06285539

7 _____

8 I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 false statement herein may result in the dismissal of my claims.

10
11 *May 5, 2008*                              *[signature]*
12        DATE                                 SIGNATURE OF APPLICANT

- 4 -