FILED

08 MAY -8 AM 10: 49

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JL**

DARRELL D. FOLEY

Plaintiff(s),

v.

CITY OF BERKELEY

Defendant(s).

**CV** N08      **2370**

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _May 8, 2008_

_____
Signature

Counsel for _Plaintiff_
(Plaintiff, Defendant or indicate "pro se")

_pro se_