May 15, 2008

Darrell D. Foley
P.O.Box 11406
C/O NOSCW
Berkeley, CA 94712-2406

Subject:

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: Gloria Acevedo
    Case Systems Administrator


(1) Name __City of Berkeley_____   Address _____

    _____

    _____

(2) Name _B.O.S.S._____   Address _____

    _____

    _____

(3) Name Boona Cheema_____   Address _____

    _____

(4) Name Kirk Neuner_____ Address _____

NDC CSA-17 REV. 3/89

(5) Name Seth Schwartz _____ Address _____

(6) Name McNamara & Dodge_____ Address _____

(7) Name Say_____ Address _____

(8) Name__ Judicial Council of California___ Address _____

(9) Name__Judge Kenneth Mark Burr_____ Address _____

(10) Name__ Judge Frank McGuiness_____ Address _____

NDC CSA-17 REV. 3/89