May 15, 2008

**FILED**

MAY 2 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Darrell D. Foley
P.O.Box 11406
C/O NOSCW
Berkeley, CA 94712-2406

Subject: 08-2370 JL

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

*Hi;*
*My email is*
*Flydrrll@yahoo.com →*
*Let me know*
*if you have Questions* ☺

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gloria Acevedo
Case Systems Administrator

(1) Name __City of Berkeley__    Address __Matthew Orebic, Esq.__
*Berkeley CA 94704*    __Berkeley City Attorney Office__
*510-981-6950*    __2180 Milvia St., 4th Floor__

(2) Name __B.O.S.S.__    Address __2065 Kittredge Street__
*Authorized Agent   510-*    __Suite E__
*Robert Barrar/   649-*    __Berkeley CA 94704__
*Boona Cheema   1930*

(3) Name __Boona Cheema__    Address __B.O.S.S./Boona Cheema__
    __2065 Kittredge Street__
*510-649-1930*    __Suite E__
    __Berkeley CA 94704__

NDC CSA-17 REV. 3/89

I
(4) Name Kirk Neuner          Address McNamara, Dodge, Ney,
                                      Beatty, Slattery,
II                                    Pfalzer, Borges +
(5) Name Seth Schwartz        Address Brothers LLP →
                                      1211 Newell Ave
III                                   Walnut Creek CA
(6) Name McNamara & Dodge     Address 94596-5331
                                      T- 925 939 5330
                                      Fx- 925 939 0203
\* IV  ) NOT
(7) Name Say                  Address
       PARTY

                                      Judicial Council
(8) Name Judicial Council of California  Address 455 Golden Gate Ave.
                                      San Francisco CA
                                      94102
(9) Name Judge Kenneth Mark Burr  Address Alameda County Superior Court
dept30@alameda.                       Dept 30; 125 12th St
       courts.ca.gov                  Oakland CA  94612
(10) Name Judge Frank McGuiness  Address Presiding Judge
                                      First Appellate Court
                                      350 McAllister St
                                      San Francisco CA
                                      94102
                                      415-865-7300

\* Say is not party
(Ney is part of
law firm name)
only three - (1) Neuner, Schwartz,
and their firm

NDC CSA-17 REV. 3/89