# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: July 23, 2008**

**Case No.: C 08-0217 JSW  (JL)**

**Case Name:** Beverly Aldabashi, et al., v. City of Oakland, et al.,

**Counsel Present:**     **Plaintiff**: Omar Krashna

                        **Defendant:** Stephen Q. Rowell

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|        |                                    |
|--------|------------------------------------|
| _____ | Settle                             |
| _____ | Partial settlement                 |
|   X    | Did not settle                     |
|        | Further settlement conference ordered: _____ |

**Time:**     1.5 hrs

**Comments:**

*Venice E. Thomas* (signature)

                                Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Jennifer Ottolini