UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL D. FOLEY

      Plaintiff(s),                      No. 08-02370 JL

    v.                                NOTICE OF CONTINUANCE
                                      <u>OF CASE MANAGEMENT CONFERENCE</u>

BERKELEY CITY OF

      Defendant(s).
_____/

    TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for August 13, 2008 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to October 15, 2008 @ 10:30 a.m..

Dated: July 24, 2008

                                                          _____
                                                          Wings Hom Courtroom Deputy to
                                                          JAMES LARSON, CHIEF UNITED STATES
                                                          MAGISTRATE JUDGE