1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA 94102-3664
     Telephone: (415) 703-5506
5  Fax: (415) 703-5480
     Email: tom.blake@doj.ca.gov
6  Attorneys for Defendants, Judge Burr; Justice
   McGuiness; Judicial Council of California.

7

          IN THE UNITED STATES DISTRICT COURT
8
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                SAN FRANCISCO DIVISION
10

| | |
|---|---|
| 11  **DARRELL D. FOLEY,** | CV 08 2370 JL |
| 12  Plaintiff, | **NOTICE OF HEARING; MOTION TO DISMISS COMPLAINT [RULE 12(B) F.R.C.P.]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; REQUEST FOR JUDICIAL NOTICE** |
| 13  v. | |
| 14  **CITY OF BERKELEY; B.O.S.S.; BOONA CHEEMA; KIRK NEUNER; SETH SCHWARTZ; MCNAMARA & DODGE; THE HONORABLE KENNTH BURR; THE HONORABLE FRANK MCGUINESS; JUDICIAL COUNCIL OF CALIFORNIA,** | Date:  September 17, 2008 Time:  9:30 a.m. Courtroom:  F, 15th Floor |
| 15 | |
| 16 | |
| 17  Defendants. | |
| 18 | |

19      **PLEASE TAKE NOTICE** that on September 17, 2008 at 9:30 a.m. or as soon thereafter as

20  counsel may be heard in Courtroom F (15th Floor) of the above entitled court, located at 450 Golden

21  Gate Avenue, San Francisco, California 94102, defendants the Judicial Council of California, Judge

22  Burr, and Justice McGuiness will move for an order under Rule 12(b)(6), Federal Rules of Civil

23  Procedure, dismissing the complaint and each of the claims alleged therein as to moving defendants

24  on the grounds that the complaint fails to state a claim upon which relief can be granted.

25      **PLEASE TAKE FURTHER NOTICE** that judicial notice is requested of the court decisions,

26  records and other matters attached hereto as exhibits.

27      **THIS MOTION WILL BE BASED** on this notice of motion and motion; the memorandum

28  of points and authorities in support thereof, and the exhibits thereto; the pleadings, papers, and

1    documents on file herein; and such oral and documentary evidence as shall be introduced at the time
2    of the hearing.

3                                    **MOTION TO DISMISS**

4         Defendants move to dismiss the complaint on file herein on the specific grounds that the

5    complaint fails to state a claim upon which relief can be granted against the moving defendants.

6         WHEREFORE, moving defendants pray as follows:

7         1. That the complaint on file herein and each claim for relief alleged therein be dismissed as

8    against moving defendants, and

9         2. That plaintiff be ordered to take nothing from moving defendants, and

10        3. That judgment be entered in favor of the moving defendants.

11             Dated:  July 24, 2008

12                                              Respectfully submitted,

13

14                                              _____

15                                              TOM BLAKE
                                                Deputy Attorney General

16                                              Attorneys for Defendants, Judge Burr; Justice
                                                McGuiness; Judicial Council of California.

17

18

19

20

21

22

23

24

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

### INTRODUCTION

3        Plaintiff's complaint challenges the constitutionality of California's vexatious litigant statutes,

4 and asks this Court to enjoin all California state courts from enforcing of the state's vexatious litigant

5 statutes. Plaintiff is a prolific pro se litigant who has filed fifteen other suits in this Court, all of

6 which were disposed of adversely to him. Here, he files yet another action against a Berkeley public

7 housing agency, bringing this federal suit to again request injunctive relief against the California

8 judiciary as to various perceived violations of his Constitutional rights.

9        As these allegations pertain to Judge Burr, Justice McGuiness, and the Judicial Council of

10 California, plaintiff's complaint alleges merely that these defendants have enforced California's

11 vexatious litigant statutes against plaintiff, as is their duty. Interestingly, plaintiff does not contest

12 his placement on the vexatious litigant list; he merely objects to the California courts' enforcement

13 of that determination because it prevents him from filing a *sixth* amendment to his state court

14 complaint. (Compl., pg. 12, lines 12-14.) Indeed, plaintiff does not name as a defendant or allege

15 any wrongdoing on the part of, the judge who placed him on the vexatious litigant list, he sues only

16 the judges who have since enforced the statute against him. (Compl., pg.12, lines 12-19.) Although

17 plaintiff does not dispute that the inherent purpose of the vexatious litigant statutes is important and

18 legitimate, he contends that the Supremacy Clause of the Constitution invalidates California's

19 vexatious litigant statutes. (Compl., pg. 1, lines 22-23.)

20

### FACTUAL AND PROCEDURAL BACKGROUND

21        It is uncontested that plaintiff has been adjudged a vexatious litigant. (Compl., pg. 29, lines 18-

22 22; Exh. A, *Foley v. City of Berkeley*, No. RG06281831 (Cal. Super. Ct. Dec. 7, 2006) (order

23 granting motion for pre-filing order).) In 2006, the Superior Court of California, County of

24 Alameda, found pro se plaintiff to be a vexatious litigant within the meaning of California Code of

25 Civil Procedure § 391,[1] after he had an opportunity to submit written and oral opposition. (See Exh.

26 A.) Pursuant to § 391.7, the Superior Court entered a pre-filing order prohibiting plaintiff from filing

27 _____

28        1.  Statutory references hereafter are to the California Code of Civil Procedure unless otherwise stated.

1  new litigation in the California courts in propria persona without first obtaining leave of court. (See

2  Exh. A.)

3      On April 16, 2008, the Superior Court denied plaintiff's motion to file a *sixth* amendment to

4  his original complaint of August 1, 2006. (See Exh. B, *Foley v. City of Berkeley*, No. RG06281831

5  (Cal. Super. Ct. Apr. 16, 2008) (order denying motion to amend complaint).)  Judge Burr,

6  recognizing that plaintiff's proffered new claims were not based on any recognized tort, noted in his

7  order that "[a]llowing Plaintiff to add new claims in this action based on facts that have occurred

8  since this action was filed is not in the interests of justice, in light of his status as a vexatious

9  litigant." (See Exh. B.)  Contrary to plaintiff's assertion that his state-court claim "survives six

10  motions to strike and six demurrers," (Compl., pg. 6, lines 10-11), the Superior Court sustained

11  demurrers to plaintiff's first, second, and third amended complaints, and granted in part motions to

12  strike on his third, fourth, and fifth amended complaints.[2]

13      The state-court decision to designate plaintiff a vexatious litigant and subject him to a prefiling

14  order was a judicial decision made by a judge of the Superior Court of California. (Exh. A.) Federal

15  district courts do not have jurisdiction to review state court decisions, including vexatious litigant

16  orders. The decision that plaintiff is a vexatious litigant and subject to state prefiling review cannot

17  be appealed or challenged in this Court.  Further, the judges enforcing that decision have absolute

18  judicial immunity.

19      Plaintiff's complaint is vague, disjointed and unfocused, making it difficult to understand

20  precisely what occurred in the state court proceedings, and the current status of his actions in the

21  state trial and appellate courts.  What is clear, however, is that plaintiff asserts that § 391.7 is

22  unconstitutional (Compl., pg. 1, lines 22-23), and on that basis seeks an order enjoining the courts

23  of California from enforcing any part of California's vexatious litigant statute. (Compl. pg. 32, lines

24

---

25      2. Docket reports of plaintiff's prior (and continuing) matters in California Superior Court,
26  Alameda County, and in the Court of Appeal, First Appellate District, are attached as Exhibit C.
  There is "ample authority . . . which recognizes that matters of public record, including court records
27  in related or underlying cases which have a direct relation to the matters at issue, may be looked to
  when ruling on a 12(b)(6) motion to dismiss." *Lexicon Inc. v. Milberg Weiss Bershad Hynes &*
28  *Lerach*, 102 F.3d 1524, 1537 (9th Cir. 1996), rev'd on other grounds, 523 U.S. 26 (1998).

1  7-10.) Plaintiff's complaint should be dismissed because it is well established that §§ 391 *et seq.*

2  are constitutional, and because this Court is without jurisdiction to review the California Superior

3  court determination that plaintiff is appropriately subject to pre-filing review in state court.

**ARGUMENT**

**I.**

**CALIFORNIA'S VEXATIOUS LITIGANT LAW, CODE OF CIVIL PROCEDURE SECTIONS 391 ET SEQ., IS CONSTITUTIONAL.**

8      This Court has upheld the validity of the vexatious litigant statutes against numerous

9  constitutional challenges. *See Wolfe v. George*, 385 F.Supp.2d 1004 (N.D. Cal. 2005). The plaintiff

10  in *Wolfe* asserted several bases for a finding that the vexatious litigant statute is unconstitutional,

11  including violation of due process, equal protection, and the Supremacy Clause; this Court rejected

12  *Wolfe's* claims and held that the statute is constitutional. *See Id*. On appeal, the Ninth Circuit

13  affirmed this Court's holding that the vextious litigant law is constitutional. *Wolfe v. George*, 486

14  F.3d 1120, 1124 (9th Cir. 2007). In answer to due process and equal protection challenges to the

15  statutes, the Court of Appeals explained: "Under the California statute, a vexatious litigant may file

16  potentially meritorious claims not intended solely to harass or delay, so the courthouse doors are not

17  closed to him." *Id*. at 1125.

18      California courts have consistently held that the state's vexatious litigant scheme is

19  "constitutional and [does] not deprive a litigant of due process of law." *Bravo v. Ismaj*, 99 Cal. App.

20  4th 211, 222 (2002). Neither the California Supreme Court nor the U.S. Supreme Court has ruled

21  on the vexatious litigant statutes, but California courts have uniformly upheld their validity.

22  *Taliaferro v. Hoogs*, 236 Cal.App.2d 521, 527-30 (1965); *First Western Development Corp. v.*

23  *Super. Ct. (Andrisani)* 212 Cal.App.3d 860, 868 (1989). In *First Western Development Corp.*, the

24  state Court of Appeal explained:

25          In discussing the provisions of subdivision (b)(2) of section 391, the *Taliaferro*
           court held: "The constant suer for himself becomes a serious problem to others
26          than the defendant he dogs. By clogging court calendars, he causes real
           detriment to those who have legitimate controversies to be determined and to
27          the taxpayers who must provide the courts. . . .

28          . . . .

1    Constitutional challenges to the statutory scheme were disposed of in *Taliaferro*
     *v. Hoogs*, in which the court held (1) the vexatious litigant statutes do not
2    unlawfully discriminate against litigants proceeding in propria persona; (2) the
     statutes do not operate to deprive a litigant of due process of law; and (3) the
3    requirement that security must be furnished by one found a vexatious litigant if
     there is no reasonable probability he will prevail is not vague or uncertain.
4

5    *First Western Development Corp.*, 212 Cal.App.3d at 868 (citation omitted).

6        Nothing in the concept of reasonably limiting a private person's power to involuntarily involve

7    others in judicial proceedings is foreign to American constitutional principles.

8        Plaintiff's "as applied" challenge is also precluded by the *Rooker-Feldman* doctrine, *see infra*,

9    because he is seeking relief from a prior state court vexatious litigant order.  *See Bianchi v.*

10   *Rylaarsdam*, 334 F.3d 895, 900-01 (9th Cir. 2003) (*Rooker-Feldman* doctrine precludes review of

11   all state court decisions in particular cases arising out of judicial proceedings even if those challenges

12   allege that the state court's action was unconstitutional).

13                                                 **II.**

14   **THE SUPREMACY CLAUSE DOES NOT INVALIDATE THE**
     **VEXATIOUS LITIGANT STATUTES BECAUSE THERE IS NO**
15   **CONSTITUTIONAL RIGHT TO PURSUE BASELESS LITIGATION.**

16       Plaintiff's complaint alleges that § 391.7 is unconstitutional,, in particular because "the state

17   prefiling order is preempted by the Federal Fair Housing Laws and their right to private action."

18   (Compl. pg. 1, lines 22-23) Plaintiff bases this "as applied" constitutional challenge on the

19   Supremacy Clause of the Constitution. (Compl., pg. 1, lines 22-23.) Plaintiff further argues that a

20   prefiling order under section 391.7 "cannot be used to override the federal private right of action."

21   (Compl. pg. 22, line 5.)

22       In its order in the *Wolfe* case, this Court disposed of the Supremacy Clause challenge to

23   California's vexatious litigant statutes:

24       Plaintiff argues that the Vexatious Litigant Statute conflicts with numerous
     federal laws thereby violating the Supremacy Clause of the United States
25   Constitution.  Specifically, he contends that the Vexatious Litigant Statute
     "conflicts with the right under Title 28 U.S.C. § 1654 to litigate in pro per and
26   the right provided under Title 28 U.S.C. § 1915 . . . to conduct a case without
     prepayment of fees or imposition of 'security.'" Additionally, Plaintiff argues
27   that the statute violates 42 U.S.C. § 1983.  **All of these arguments lack merit.**

28   *Wolfe*, 385 F.Supp.2d at 1019 (emphasis added).

1   The Ninth Circuit affirmed this Court's holding as to plaintiff's Supremacy Clause argument,

2   writing simply: "Wolfe's Supremacy Clause and other arguments are frivolous." *Wolfe*, 486 F.3d

3   at 1127.

4      Here, plaintiff offers no case specific legal basis for his preemption theory, other than his

5   repeated and unsubstantiated allegations that state courts refuse to recognize his federal rights and

6   are using the vexatious litigant statutes to override his federal private right of action. (Compl. ¶¶ 23,

7   24, 38, 45, 80, 87.) Plaintiff's argument necessarily implies a rule that whenever a litigant's claim

8   involves a federal private right of action, all state prefiling orders become null and void, and the

9   State becomes powerless to safeguard its courts and its citizens from baseless litigation. Plaintiff's

10  complaint fails because it is based on the false assumption that there is a constitutional right to file

11  litigation, regardless of its merits. No such right exists. *Wolfe*, 385 F.Supp.2d at 1019; *See also Bill*

12  *Johnson's Restaurants, Inc. v. N.L.R.B.*, 461 U.S. 731, 743 (1983) ("[B]aseless litigation is not

13  immunized by the First Amendment right to petition.").

14     Furthermore, there is no inherent conflict between a federal statute creating a private right of

15  action and a prefiling order under § 391.7. The California vexatious litigant statutes apply only to

16  persons pursuing non-meritorious litigation. *See* Code Civ. Proc. §§ 391 *et seq.* By its very terms,

17  the vexatious litigant statute is only implicated once the state court has found that there is "no

18  reasonable probability that the plaintiff will prevail in the litigation against the moving defendant."

19  Code Civ. Proc. § 391.3. Even when a plaintiff has been declared a vexatious litigant, the statute

20  does not preclude him from filing subsequent lawsuits, so long as those lawsuits have merit. *See*

21  Code Civ. Proc. §§ 391 *et seq.* Accordingly, plaintiff has failed to state a basis for preemption under

22  the Supremacy Clause.

### III.

### UNDER THE ROOKER-FELDMAN DOCTRINE, THE DISTRICT COURT LACKS JURISDICTION TO REVIEW STATE COURT JUDGMENTS AND ORDERS.

26     Plaintiff petitions this Court to enjoin all courts of California from enforcing the vexatious

27  litigant statutes. (See Compl. pg. 32, lines 7-10.) Plaintiff's "as applied" constitutional challenge

28  is precluded because he is seeking relief from a state court vexatious litigant order. (Compl., pg. 29,

1   lines 23-25.) To entertain the complaint and prayer for relief in this action would be, in effect, to

2   review the merits of the California Superior Court judgment. Such a review by this Court would

3   violate a basic precept that federal district courts are not appellate tribunals.

4       In *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 486-87 (1983), the U.S.

5   Supreme Court held that district courts may exercise only original jurisdiction. The U.S. Supreme

6   Court has exclusive jurisdiction to review state decisions. *Id.* at 486; *see also* 28 U.S.C. § 1257. The

7   federal district courts lack jurisdiction to exercise appellate review of state court judgments. *Rooker*

8   *v. Fidelity Trust Co.,* 263 U.S. 413, 415 (1923); *Feldman,* 460 U.S. at 486-87; *Henrichs v. Valley*

9   *View Development,* 474 F.3d 609, 613 (9th Cir. 2007).

10      The instant complaint asks this Court to review the state court's conduct of litigation there, but

11  the district court is powerless to do so. *See Barry v. Brower*, 864 F.2d 294, 300 (3d Cir. 1988)

12  ("principles of federalism preclude a federal court's direct interference with a state court's conduct

13  of state court litigation"). The federal district courts are not appellate tribunals empowered to review

14  state court actions for alleged errors. *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280,

15  283-84 (2005); *Atl. Coast Line R.R. Co. v. Bhd. of Locomotive Eng'rs*, 398 U.S. 281, 296 (1970).

16  Essentially, the *Rooker-Feldman* doctrine bars "state-court losers complaining of injuries caused by

17  state-court judgments" from asking district courts to review and reject those judgments. *Exxon*

18  *Mobil Corp.*, 544 U.S. 280 at 284.

19      The Court should dismiss this action for lack of subject matter jurisdiction under the

20  *Rooker-Feldman* doctrine because the relief plaintiff seeks is "inextricably intertwined" with the state

21  court proceedings. *Feldman,* 460 U.S. at 486-87. The *Rooker-Feldman* doctrine also precludes

22  constitutional claims that are "inextricably intertwined" with a review of state court determinations.

23  *Ignacio v. Judges of U.S. Court of Appeals for Ninth Circuit*, 453 F.3d 1160, 1165 (9th Cir. 2006);

24  *Feldman,* 460 U.S. at 486. Therefore, characterizing this action as a constitutional challenge is of

25  no avail to plaintiff; district courts have no jurisdiction where it appears on the face of the complaint

26  that the action seeks, in effect, a review of the merits of a state court action. *Feldman,* 460 U.S. at

27  484-86. As the court noted in *Louis v. Supreme Ct. of Nevada*, 490 F. Supp. 1174, 1179 (D. Nev.

28  1980):

1
2
3

> If the constitutional issues had been raised in the State Supreme Court and decided erroneously, appeal to the United States Supreme Court would have been the only available procedure to correct the error; ***the jurisdiction of the U.S. District Courts is original only, and not appellate.***

*Louis v. Supreme Ct. of Nevada,* 490 F. Supp. at 1179 (citing *Rooker v. Fidelity Trust Co.,* 263 U.S. 413) (emphasis added).

Plaintiff's complaint baldly states that he seeks district court review of a state court action: "Unless the Federal Court immediately enjoins the Courts in the State of California from enforcing the 391.7 prefiling order . . . plaintiff's constitutional rights will continually be violated." (Compl., pg. 29, lines 23-25.) Thus, the relief plaintiff seeks is "inextricably intertwined" with the state court proceedings. Plaintiff's complaint therefore falls squarely within the bounds of the *Rooker-Feldman* doctrine, and this Court has no jurisdiction over the claim.

## IV.

### ABSOLUTE JUDICIAL IMMUNITY BARS THIS SUIT AGAINST THE STATE OF CALIFORNIA'S JUDICIAL BRANCH.

The justices and judges of the state's judicial branch are immune from suit because they enjoy absolute and unqualified immunity for the judicial acts that the complaint alleges. The U.S. Supreme Court long ago established the rule that judges are immune from civil suits arising out of the exercise of their judicial functions. *Mireles v. Waco,* 502 U.S. 9, 11 (1991); *Pierson v. Ray,* 386 U.S. 547, 554 (1967). Indeed, "it is a general principle of the highest importance to the proper administration of justice that a judicial officer, in exercising the authority vested in him, shall be free to act upon his own conviction, without apprehension of personal consequences to himself." *Bradley v. Fisher,* 80 U.S. 335, 346 (1872). Judges are absolutely immune from liability for damages for their judicial acts, "even when such acts are in excess of their jurisdiction, and are alleged to have been done maliciously or corruptly." *Stump v. Sparkman,* 435 U.S. 349, 356 (1978); *see also In re Castillo,* 297 F.3d 940, 947 (9th Cir. 2002) (judicial immunity applies even when action is allegedly malicious, corrupt, or procedurally flawed). In the instant case, plaintiff does not, and cannot truthfully, allege anything other than that the judges he is suing have applied the state's vexatious litigant provisions, as is their duty.

## V.

### THE ELEVENTH AMENDMENT IS A FURTHER BAR TO THIS SUIT AGAINST THE STATE AND ITS JUDICIARY.

The State, its agencies and its judicial officers in their official capacities are immune from suit in this Court also by reason of the Eleventh Amendment of the United States Constitution. The Eleventh Amendment bars such suits in federal court unless the State has waived immunity or Congress has exercised its power under the Fourteenth Amendment to override that immunity. *Coll. Sav. Bank v. Fla. Prepaid Postsecondary Educ. Expense Bd.*, 527 U.S. 666, 670 (1999). The Eleventh Amendment provides:

> The judicial power of the United States shall not be construed to extend to any suit in law or equity commenced or prosecuted against one of the United States by citizens of another state, or by citizens or subjects of any foreign state.

U.S. Const. amend. XI.

The Eleventh Amendment bar applies to suits seeking injunctive or declaratory relief against a state or its agencies as well as to suits seeking damages. *Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 101-2 (1984); *Aguon v. Commonwealth Ports Auth.*, 316 F.3d 899 (9th Cir. 2003). In *Alabama v. Pugh*, 438 U.S. 781, 782 (1973), the State of Alabama and its Department of Corrections maintained that a mandatory injunction against them was unconstitutional because the Eleventh Amendment prohibits federal courts from entertaining suits against states and their agencies. The Eleventh Amendment bars suits that seek either damages or injunctive relief against a state, an arm of a state, or a state's instrumentalities or agencies. *Durning v. Citibank, N.A.*, 950 F.2d 1419, 1422-23 (9th Cir. 1991). Thus, the State, the state courts, and the judges of the state courts in their official capacities, are entitled to Eleventh Amendment immunity. *Franseschi v. Schwartz*, 57 F.3d 828, 830-31 (9th Cir. 1994). The amendment clearly prohibits actions for damages against an official's office, for they are in reality suits against the state. *Seven Up Pete Venture v. Schweitzer*, 523 F.3d 948, 952 (9th Cir. 2008).

Defendant Judicial Council directs and administers the California courts. The Council's membership is set down in the California Constitution at Article 6, section 6, which also specifies the council's membership, a majority of whom are trial court judges and appellate justices appointed

1  by the Chief Justice of the California Supreme Court. Under supervision of the Chief Justice, the

2  Council surveys the operation of the state court system and develops policy and makes rules for

3  judicial administration. Article 6, section 6 of the California Constitution further mandates that the

4  Council make annual reports to the Governor and the Legislature, "adopt rules for court

5  administration, practice, and procedure," and "perform other functions prescribed by statute." One

6  of these functions prescribed by statute is that the Judicial Council maintains the vexatious litigant

7  list for the California judiciary. *See* Code Civ. Proc. § 391.7.

8      In *O'Connor* v. *Nevada*, 507 F.Supp. 546, 550 (D.Nev. 1981), *aff'd* 686 F.2d 749 (9th Cir.

9  1982), *cert. denied* 459 U.S. 1071 (1982), the Nevada Supreme Court was recognized as an arm of

10  the state itself and dismissed on Eleventh Amendment grounds. The Court of Appeals has also

11  recognized the Judicial Council of California in the same way: "Given the role of the Judicial

12  Council, it is clearly a state agency." *Wolfe v. Strankman*, 392 F.3d 358, 364 (9th Cir. 2004). The

13  Judicial Council is therefore immune from this lawsuit.

## CONCLUSION

15      The complaint does not state a claim upon which relief can be granted. This Court is without

16  jurisdiction to hear what is, in effect, plaintiff's appeal from  state court decisions and a

17  constitutional challenge to the long-accepted vexatious litigant statute. Nothing in the complaint

18  gives reason to believe that it could be amended to state a claim, and it therefore should be dismissed

19  without leave to amend.

21      Dated:  July 23, 2008

23      Respectfully submitted,

24      TOM BLAKE
        Deputy Attorney General

25      Attorneys for Defendants, Judge Burr; Justice

26      McGuiness; Judicial Council of California.

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **FOLEY, Darrell D.  v. City of Berkeley, et al.**

No.:    **CV08-2370 JL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 28, 2008, I served the attached NOTICE OF HEARING; MOTION TO DISMISS COMPLAINT [RULE 12(B) F,R,C,P,]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; REQUEST FOR JUDICIAL NOTICE by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Darrell D. Foley
2240 9th Street
Berkeley, CA 94707

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 28, 2008, at San Francisco, California.

| | |
|---|---|
| Lorraine Smith | *Larraine Smith* |
| Declarant | Signature |

20127869.wpd

**EXHIBIT A**

Darrell D. Foley
2240 9th St
Berkeley, CA   94707-_____

McNamara, Dodge, Ney, Beatty
Attn:  Schwartz, Seth J.
1211 Newell avenue, 2nd Floor
P.O. Box 5288
Walnut Creek, CA   94596

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Foley | |
|---|---|
| Plaintiff/Petitioner(s) | No. RG06281831 |
| VS. | Order |
| | Motion /prefiling ord for vex lit w/o leave of ct |
| City of Berkeley | Granted |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

The Motion /prefiling ord for vex lit w/o leave of ct was set for hearing on 12/07/2006 at 09:00 AM in Department 31 before the Honorable Winifred Y. Smith.  The Tentative Ruling was published and has not been contested.

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The Motion of Defendants City of Berkeley and Building Opportunities for Self Sufficiency ("B.O.S.S.") for Prefiling Order Prohibiting Vexatious Litigant Darrell D. Foley from Filing New Litigation in Propria Persona Without First Obtaining Leave of Court, made pursuant to CCP §§ 391(b)(1) AND 391.7(a), is GRANTED.

Defendants have made the required prima facie showing that Plaintiff Foley meets the definition of a "vexatious litigant" under CCP § 391(b)(1) because he has commenced, prosecuted and maintained in propria persona at least five lawsuits within seven years from the date of filing of the motion that were finally determined adversely against him.  The Court hereby takes judicial notice of the court records in the following cases submitted by Defendants pursuant to CCP § 391.2 and Evid. Code § 452(d):

1.    Foley v. Zinnemann, et al., Case No. C 03-00585 CRB (dismissed 6/10/03).
2.    Foley v. Marquez, et al., Case No. C 03-1010 SI (dismissed 10/2/03).
3.    Foley v. Kennedy, et al., Case No. C 03-2203 VRW (dismissed 5/27/04).
4.    Foley v. Marquez, et al., Case No. C 03-2481 SI (dismissed 3/24/04).
5.    Foley v. Brady, et al., Case No. C 03-3722 SI (dismissed 5/26/04; appeal dismissed for failure to file opening brief 8/26/04).
6.    Foley v. Sedwick, et al., Case No. C 04-0137 SI (voluntary dismissal 4/20/04).
7.    Foley v. Brady, et al., Case No. C 04-1903 CW (voluntary dismissal 8/30/04).
8.    Foley v. Brady, et al., Case No. C 04-3576 JSW (appeal of bankruptcy court ruling to district court dismissed without prejudice 1/9/06).
9.    Foley v. Jellen, et al., Case No. C 04-5364 SI (dismissed 5/10/05).
10.    Foley v. Illston, et al., Case No. C 05-1797 MMC (dismissed 5/25/05; dismissal affirmed on appeal 3/29/06).

The Court need not consider the two cases that were voluntarily dismissed by Plaintiff to decide this motion, but the Court notes that a voluntary dismissal without prejudice can be considered an "adverse and final determination." Tokerud v. Capitol Bank Sacramento (1995) 38 Cal.App.4th 775, 779-780. Plaintiff has not submitted any evidence to rebut the presumption that the voluntary dismissals should be considered adverse and final determinations.  See Id. at 780 fn. 3.  Instead, Plaintiff argues in his

written opposition, submitted in the form of a Request for Judicial Notice of the November 27, 2006 filing of yet another lawsuit concerning the conditions at the Ninth Street house, Foley v. Bates, et al., Case No. C 06-7294 PJH (N.D. Cal., Hamilton, J.), that Defendants are retaliating against him and harassing him by filing this motion in this Court when the matter is already before Judge Jeffrey White in the United States District Court for the Northern District of California. The Court cannot properly evaluate Plaintiff's bald contention without evidence, which has not been provided, showing that the same or similar motion has been filed and is being considered by Judge White. The Court further notes that there is no explicit or implied provision in CCP § 391.7 that limits the Court's authority to make the requested prefiling order because the request has previously been made to another judge or in another court.

For the reasons stated above, the Court HEREBY DECLARES that Plaintiff Darrell F. Foley is a "vexatious litigant" under the definition set forth in CCP § 391(b)(1), and FINDS THAT good cause exists for the requested entry of a prefiling order pursuant to CCP § 391.7. Plaintiff Darrell F. Foley is HEREBY PROHIBITED from filing any new litigation in the courts of the state in propria persona without first obtaining leave of the presiding judge of the court where the litigation is proposed to be filed. Plaintiff Darrell F. Foley is HEREBY ADVISED that if he fails to comply with the terms of this order, he may be subject to contempt sanctions.

Defendants City of Berkeley and B.O.S.S. shall promptly deliver a copy of this order to the Judicial Council of the State of California. See Wolfgram v. Wells Fargo Bank (1997) 53 Cal.App.4th 43, 49.

Dated: 12/07/2006

Facsimile

_Winifred Y. Smith_

Judge Winifred Y. Smith

**EXHIBIT B**

Darrell D. Foley
c/o NOSCW
P.O. Box 11406
Berkeley, CA   94712-2406

McNamara, Dodge, Ney, Beatty
Attn:  Schwartz, Seth J.
1211 Newell Avenue, 2nd Floor
P.O. Box 5288
Walnut Creek, CA   94596

---

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| Foley<br>                              Plaintiff/Petitioner(s)<br><br>                    VS.<br><br><br>City of Berkeley<br>                              Defendant/Respondent(s)<br>                    (Abbreviated Title) | No. RG06281831<br><br>Order<br><br>Motion to Amend Complaint<br>Denied |

The Motion to Amend Complaint was set for hearing on 04/16/2008 at 09:30 AM in Department 30 before the Honorable Kenneth Mark Burr.  The Tentative Ruling was published and has not been contested.

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The motion by Plaintiff Darrell D. Foley for leave to file an amended Complaint is DENIED.  The motion is untimely.  Plaintiff has not complied with C.R.C. 3.1324.  Allowing Plaintiff to add new claims in this action based on facts that have occurred since this action was filed  is not in the interests of justice, in light of his status as a vexatious litigant.  Plaintiff's claims are based on alleged spoliation of evidence, which is not a recognized tort.

Defendants' request for judicial notice is GRANTED.

Dated:  04/16/2008

facsimile

_Kenneth M. Burr_

Judge Kenneth Mark Burr

---

Order

**EXHIBIT C**

| Case number: | RG06281831 |
|---|---|
| Title: | Foley VS City of Berkeley |
| Case Type: | Civil |
| Complaint Type: | Professional Negligence |
| Case Subtype: | General Civil |
| Filing Date: | 08/01/06 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

| Date | Action | Image (Java) | Image (TIFF) |
|------|--------|--------------|--------------|
| 08/01/06 | Complaint - Professional Negligence Filed (Amended) | ▤ | ▤ |
| 08/01/06 | Civil Case Cover Sheet Filed for Darrell D. Foley | ▤ | ▤ |
| 08/01/06 | Summons on Complaint Issued and Filed | ▤ | ▤ |
| 08/01/06 | Application Re: Waiver of Court Fees and Costs Filed for Darrell D. Foley | | |
| 08/01/06 | Application Re: Waiver of Court Fees and Costs As to Darrell D. Foley Granted | ▤ | ▤ |
| 08/08/06 | Proof of Service on Complaint As to City of Berkeley Filed | ▤ | ▤ |
| 08/08/06 | Proof of Service on Complaint As to B.O.S.S. Filed | ▤ | ▤ |
| 08/30/06 | Order Shortening Time Reservation Set for dept: 31 date: 09/01/2006 time: 01:30 PM | | |
| 09/01/06 | Application Re: Order Shortening Time Filed for City of Berkeley, B.O.S.S. | ▤ | ▤ |
| 09/01/06 | Application Re: Order Shortening Time Granted | ▤ | ▤ |
| 09/08/06 | Proof of Service on Complaint As to Boona Cheema Filed | ▤ | ▤ |
| 09/14/06 | Notice of and Demand for Compliance with Health & Safety Codes Filed | ▤ | ▤ |
| 09/15/06 | Miscellaneous Certification of Service Filed | ▤ | ▤ |
| 09/25/06 | Rejection Letter Issued on Proof of Service on Complaint | ▤ | ▤ |
| 09/25/06 | Miscellaneous Proof of service Filed | ▤ | ▤ |
| 10/02/06 | Demurrer to Complaint Filed by City of Berkeley, B.O.S.S. | ▤ | ▤ |
| 10/02/06 | Demurrer to Complaint Hearing Confirmed for 11/02/2006 09:00 AM D- 31 | | |
| 10/02/06 | Motion to Strike Filed by City of Berkeley, B.O.S.S. | ▤ | ▤ |
| 10/02/06 | Motion to Strike 11/02/2006 09:00 AM D- 31 | | |
| 10/23/06 | Declaration in Opposition Filed by Darrell D. Foley | ▤ | ▤ |
| 10/23/06 | Declaration in Opposition Filed by Darrell D. Foley | ▤ | ▤ |
| 10/24/06 | Proof of Service by Mail Filed | ▤ | ▤ |
| 10/24/06 | Initial Case Management Conference 12/18/2006 09:00 AM D- 114 | ▤ | ▤ |
| 10/26/06 | Declaration in Reply Filed by City of Berkeley | ▤ | ▤ |
| 10/26/06 | Declaration Filed by City of Berkeley | ▤ | ▤ |
| 11/01/06 | First Amendment to Complaint Filed | ▤ | ▤ |
| 11/02/06 | Civil Law and Motion Hearing Commenced and Completed | ▤ | ▤ |
| 11/02/06 | Demurrer to Complaint - Dropped | ▤ | ▤ |
| 11/02/06 | Civil Law and Motion Hearing Commenced and Completed | ▤ | ▤ |
| 11/02/06 | Motion to Strike - Dropped | ▤ | ▤ |
| 11/02/06 | Application Re: Other Exparte Filed: | ▤ | ▤ |

| 11/02/06 | Application Re: Other Exparte Denied | 📄 | 📄 |
|----------|--------------------------------------|----|----|
| 11/02/06 | Order Shortening Time Reservation Set for dept: 31 date: 11/07/2006 time: 01:30 PM | | |
| 11/07/06 | Motion /prefiling ord for vex lit w/o leave of ct Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 11/07/06 | Motion /prefiling ord for vex lit w/o leave of ct Hearing Confirmed for 12/07/2006 09:00 AM D- 31 | | |
| 11/07/06 | Application Re: Order Shortening Time Filed for City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 11/07/06 | Application Re: Order Shortening Time Denied | 📄 | 📄 |
| 11/27/06 | Demurrer to the First Amended Complaint Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 11/27/06 | Demurrer to the First Amended Complaint Hearing Confirmed for 01/03/2007 09:00 AM D- 31 | | |
| 11/28/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 11/29/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 11/29/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 11/30/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 12/01/06 | Case Management Statement of Darrell D. Foley Filed | 📄 | 📄 |
| 12/04/06 | Proof of Service by Mail Filed | 📄 | 📄 |
| 12/04/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 12/04/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 12/04/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 12/05/06 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 12/05/06 | Objections of City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 12/05/06 | Declaration of Kirk Neuner Filed | 📄 | 📄 |
| 12/05/06 | Proof of Service Filed | 📄 | 📄 |
| 12/06/06 | Notice of Appeal Filed by Darrell D. Foley | 📄 | 📄 |
| 12/06/06 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 12/06/06 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 12/07/06 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/07/06 | Motion /prefiling ord for vex lit w/o leave of ct Granted | 📄 | 📄 |
| 12/07/06 | Miscellaneous Amended Notice Of Appeal Filed | 📄 | 📄 |
| 12/07/06 | Order re: Prefiling Order - Vexatious Litigant Filed | 📄 | 📄 |
| 12/12/06 | Hearing Reset to Initial Case Management Conference 09/05/2007 09:00 AM D- 114 | 📄 | 📄 |
| 12/14/06 | Declaration Darrell D. Foley Filed | 📄 | 📄 |
| 12/18/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Filed for Darrell D. Foley | 📄 | 📄 |
| 12/19/06 | Notice of Default Issued | 📄 | 📄 |

| Date | Description | | |
|---|---|---|---|
| 12/19/06 | Notice of Default Issued | 📄 | 📄 |
| 12/20/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Denied | 📄 | 📄 |
| 12/21/06 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 12/21/06 | Request Re: Continuance of Hearing Filed for Darrell D. Foley | 📄 | 📄 |
| 12/21/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Filed for Darrell D. Foley | 📄 | 📄 |
| 12/21/06 | Proof of Service by Mail Filed | 📄 | 📄 |
| 12/22/06 | Opposition to Ex-parte Application RE: Disqualify Judge... Filed by Darrell D. Foley | 📄 | 📄 |
| 12/26/06 | Petition Request Writ of Mandate Filed by Darrell D. Foley | 📄 | 📄 |
| 12/27/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Granted | 📄 | 📄 |
| 12/27/06 | Request Re: Continuance of Hearing Dropped | | |
| 12/27/06 | Hearing Reset to Demurrer to the First Amended Complaint 01/10/2007 02:00 PM D- 31 | | |
| 12/27/06 | Proof of Service on Complaint As to Darrell D. Foley Filed | 📄 | 📄 |
| 12/28/06 | Designation of Record Filed | 📄 | 📄 |
| 12/29/06 | Reply to Oppostiont to Demurrer Filed | 📄 | 📄 |
| 01/02/07 | Declaration in Reply Filed by Darrell D. Foley | 📄 | 📄 |
| 01/02/07 | Declaration Re: Other Exparte Filed: | 📄 | 📄 |
| 01/04/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 01/04/07 | Proof of Service on Complaint - Professional Negligence As to Darrell D. Foley Filed | 📄 | 📄 |
| 01/08/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 01/09/07 | Notice of Certification of Record Filed | 📄 | 📄 |
| 01/09/07 | Notice of Certification of Record Filed | 📄 | 📄 |
| 01/10/07 | Hearing Reset to Initial Case Management Conference 09/05/2007 09:00 AM D- 109 | 📄 | 📄 |
| 01/10/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 01/10/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 01/12/07 | Notice of Entry of Order Filed | 📄 | 📄 |
| 01/16/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 01/19/07 | Declaration Re: Other Exparte Denied | 📄 | 📄 |
| 02/05/07 | Second Amended Complaint Filed | 📄 | 📄 |
| 02/05/07 | Proof of Service on Complaint As to Tom Bates, Boona Cheema Filed | 📄 | 📄 |
| 02/06/07 | Proof of Service Superior Court's Copy of Plaintiff's Opening Brief (Appeal) Received | 📄 | 📄 |
| 02/08/07 | Other Exparte Reservation Set for dept: 31 date: 02/13/2007 time: 08:45 AM | | |

| 02/09/07 | Application Re: Other Exparte Filed: | 📄 | 📄 |
|---|---|---|---|
| 02/09/07 | Proof of Service by Mail Filed | 📄 | 📄 |
| 02/13/07 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 02/13/07 | Application Re: Other Exparte Granted | 📄 | 📄 |
| 02/23/07 | Application Re: Other Exparte Dropped | | |
| 02/27/07 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 02/27/07 | Motion to Strike Complaint Hearing Confirmed for 04/03/2007 02:00 PM D- 31 | | |
| 02/27/07 | Demurrer to Complaint Filed by Tom Bates, Boona Cheema, City of Berkeley | 📄 | 📄 |
| 02/27/07 | Demurrer to Complaint 04/03/2007 02:00 PM D- 31 | | |
| 03/13/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 03/15/07 | Miscellaneous Certification Of Service By Fax Filed | 📄 | 📄 |
| 03/26/07 | Opposition Filed | 📄 | 📄 |
| 03/26/07 | Opposition Filed | 📄 | 📄 |
| 03/26/07 | Objections of Tom Bates, Boona Cheema, City of Berkeley Filed | 📄 | 📄 |
| 04/03/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 04/03/07 | Motion to Strike Complaint - Motion Rescheduled | 📄 | 📄 |
| 04/03/07 | Hearing Continued to Civil Law and Motion dept: 31 date: 04/09/2007 time: 02:00 PM | | |
| 04/03/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 04/03/07 | Demurrer to Complaint - Motion Rescheduled | 📄 | 📄 |
| 04/03/07 | Hearing Continued to Civil Law and Motion dept: 31 date: 04/09/2007 time: 02:00 PM | | |
| 04/04/07 | Memorandum of Points and Authorities in Support (Amended) Filed | 📄 | 📄 |
| 04/09/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/09/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 04/09/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/09/07 | Motion to Strike Complaint Denied | 📄 | 📄 |
| 04/23/07 | Third Amended Complaint Filed | 📄 | 📄 |
| 04/30/07 | Proof of Service by Fax Filed | 📄 | 📄 |
| 05/07/07 | Demurrer to Complaint Filed by Boona Cheema, City of Berkeley | 📄 | 📄 |
| 05/07/07 | Demurrer to Complaint Hearing Confirmed for 09/12/2007 09:00 AM D- 31 | | |
| 05/07/07 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 05/07/07 | Motion to Strike Complaint Hearing Confirmed for 09/12/2007 09:00 AM D- 31 | | |
| 05/07/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |

| 05/07/07 | Proof of Service by Mail Filed | | |
|---|---|---|---|
| 05/07/07 | Motion for Sanctions Filed for Defendant | | |
| 05/07/07 | Motion for Sanctions Hearing Confirmed for 09/12/2007 09:00 AM D- 31 | | |
| 05/23/07 | Notice of Judicial Assignment for All Purposes Issued | | |
| 06/08/07 | Remittitur Filed | | |
| 06/21/07 | Hearing Reset to Demurrer to Complaint 09/12/2007 09:00 AM D- 114 | | |
| 06/21/07 | Hearing Reset to Motion to Strike Complaint 09/12/2007 09:00 AM D- 114 | | |
| 06/21/07 | Hearing Reset to Motion for Sanctions 09/12/2007 09:00 AM D- 114 | | |
| 06/21/07 | Hearing Reset to Initial Case Management Conference 09/07/2007 09:00 AM D- 114 | | |
| 07/18/07 | Returned Mail: Notice of Judicial Assignment for all Purposes Filed | | |
| 07/18/07 | Returned Mail: Notice of Hearing Filed | | |
| 08/09/07 | Returned Mail: Notice of Hearing Filed | | |
| 08/14/07 | Hearing Reset to Initial Case Management Conference 09/07/2007 09:00 AM D- 8 | | |
| 08/14/07 | Hearing Reset to Civil Law and Motion 09/12/2007 09:00 AM D- 8 | | |
| 08/14/07 | Hearing Reset to Civil Law and Motion 09/12/2007 09:00 AM D- 8 | | |
| 08/14/07 | Hearing Reset to Civil Law and Motion 09/12/2007 09:00 AM D- 8 | | |
| 08/23/07 | Returned Mail: Notice of Case Management Conference Filed | | |
| 08/27/07 | Opposition Filed | | |
| 08/27/07 | Request Re: Peremptory Challenge as to Judge Winifred Y. Smith Filed for Darrell D. Foley | | |
| 08/27/07 | Miscellaneous Certification Of Service Filed | | |
| 08/27/07 | Opposition To Defendant's Demurrer To Third Amended Complaint Filed | | |
| 08/27/07 | Request for Judicial Notice Filed for Plaintiff | | |
| 08/27/07 | Opposition To Motion To Strike Portions Of Third Amended Complaint Filed | | |
| 08/28/07 | Miscellaneous Certification of Service Filed | | |
| 08/28/07 | Amended Declaration Third Premptive Motion to Disqualify Judge Winifred Smith Under 170.6 Filed | | |
| 09/04/07 | Supplemental Declaration in Support Filed | | |
| 09/05/07 | Declaration in Reply of Defendant to Plaintiff's Opposition to Motion to Strike Portions of Plaintif | | |
| 09/05/07 | Reply of Defendant to Plaintiff's Opposition to Motion for Terminating Sanction or Monetary Sanction | | |
| 09/05/07 | Request for Judicial Notice Filed for Defendant | | |
| 09/05/07 | Reply to opposition to demurrer Filed | | |

| 09/07/07 | Notice of Judicial Reassignment for All Purposes Issued | 📄 | 📄 |
|---|---|---|---|
| 09/07/07 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 09/10/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 09/11/07 | Memorandum of Points and Authorities in Opposition motion for monetary sanctions Filed | 📄 | 📄 |
| 09/11/07 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 09/11/07 | Motion for Sanctions Hearing Confirmed for 10/24/2007 09:30 AM D- 30 | | |
| 09/11/07 | Motion For Leave Of The Court To File Fourth Amended Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 09/11/07 | Motion For Leave Of The Court To File Fourth Amended Complaint Hearing Confirmed for 10/24/2007 09:3 | | |
| 09/11/07 | Objection to plaintiff's motion Filed | 📄 | 📄 |
| 09/12/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 09/12/07 | Motion for Sanctions - Motion Rescheduled | 📄 | 📄 |
| 09/12/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 09/25/2007 time: 09:30 AM | | |
| 09/12/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 09/12/07 | Demurrer to Complaint - Motion Rescheduled | 📄 | 📄 |
| 09/12/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 09/25/2007 time: 09:30 AM | | |
| 09/12/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 09/12/07 | Motion to Strike Complaint - Motion Rescheduled | 📄 | 📄 |
| 09/12/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 09/25/2007 time: 09:30 AM | | |
| 09/13/07 | Motion for Interim Relief Filed by Darrell D. Foley | 📄 | 📄 |
| 09/13/07 | Motion for Interim Relief Hearing Confirmed for 10/24/2007 09:30 AM D- 30 | | |
| 09/17/07 | Motion for Summary Judgment Reservation Set for dept: 30 date: 12/11/2007 time: 09:30 AM | | |
| 09/25/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 09/25/07 | Motion to Strike Complaint - Granted in Part | 📄 | 📄 |
| 09/25/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 09/25/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 09/25/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 09/25/07 | Motion for Sanctions Denied | 📄 | 📄 |
| 09/27/07 | Returned Mail: Filed | 📄 | 📄 |
| 10/01/07 | Fourth Amended Complaint Filed | 📄 | 📄 |
| 10/01/07 | Motion for Reconsideration Reservation Set for dept: 30 date: 11/06/2007 time: 09:30 AM | | |
| 10/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |

7/28/2008 10:06 AM

| 10/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
|----------|-----------------------------------|----|----|
| 10/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 10/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 10/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 10/10/07 | Hearing Vacated: Motion for Reconsideration 11/06/2007 09:30 AM D- 30 | | |
| 10/10/07 | Hearing Vacated: Motion for Summary Judgment 12/11/2007 09:30 AM D- 30 | | |
| 10/12/07 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 10/12/07 | Motion to Strike Complaint Hearing Confirmed for 11/06/2007 09:30 AM D- 30 | | |
| 10/12/07 | Demurrer to Complaint Filed by Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 10/12/07 | Demurrer to Complaint Hearing Confirmed for 11/06/2007 09:30 AM D- 30 | | |
| 10/16/07 | Reply To Motions For Sanctions Filed | 📄 | 📄 |
| 10/16/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 10/18/07 | Declaration Opposition to 4th Amended Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 10/22/07 | Opposition To Motion To Strike Filed | 📄 | 📄 |
| 10/22/07 | Request Re: Peremptory Challenge as to Judge Kenneth Mark Burr Filed for Darrell D. Foley | 📄 | 📄 |
| 10/23/07 | Hearing Reset to Demurrer to Complaint 12/04/2007 09:30 AM D- 30 | | |
| 10/23/07 | Hearing Reset to Motion to Strike Complaint 12/04/2007 09:30 AM D- 30 | 📄 | 📄 |
| 10/23/07 | Request Re: Peremptory Challenge as to Judge Kenneth Mark Burr Denied | 📄 | 📄 |
| 10/24/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 10/24/07 | Motion for Interim Relief Denied | 📄 | 📄 |
| 10/24/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 10/24/07 | Motion For Leave Of The Court To File Fourth Amended Complaint - Dropped | 📄 | 📄 |
| 10/24/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 10/24/07 | Motion for Sanctions Denied | 📄 | 📄 |
| 10/26/07 | Request Re: Other Exparte Filed: | 📄 | 📄 |
| 10/29/07 | Application Re: Challenge for Cause as to Judge Kenneth Mark Burr Filed for Darrell D. Foley | 📄 | 📄 |
| 10/30/07 | Proof of Personal Service on Application Re: Challenge for Cause as to Judge Kenneth Mark Burr As to | 📄 | 📄 |
| 10/30/07 | Reply Filed | 📄 | 📄 |
| 10/30/07 | Reply Filed | 📄 | 📄 |
| 11/02/07 | Order Denying Striking Challenge for Cause Filed | 📄 | 📄 |

| 11/02/07 | Application Re: Challenge for Cause as to Judge Kenneth Mark Burr Denied | 📄 | 📄 |
|----------|-------------------------------------------------------------------------|----|----|
| 11/05/07 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 11/05/07 | Motion for Sanctions Hearing Confirmed for 12/05/2007 09:30 AM D- 30 | | |
| 11/05/07 | Opposition Filed | 📄 | 📄 |
| 11/07/07 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 11/07/07 | Motion for Sanctions Hearing Confirmed for 12/12/2007 09:30 AM D- 30 | | |
| 11/15/07 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 11/15/07 | Motion for Sanctions Hearing Confirmed for 12/19/2007 09:30 AM D- 30 | | |
| 11/19/07 | Request Re: Stay Filed for Darrell D. Foley | 📄 | 📄 |
| 11/26/07 | Miscellaneous - Certification of Service Filed | 📄 | 📄 |
| 11/26/07 | Notice of Change of Address Filed | 📄 | 📄 |
| 12/04/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/04/07 | Motion to Strike Complaint - Granted in Part | 📄 | 📄 |
| 12/04/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/04/07 | Demurrer to Complaint - Overruled | 📄 | 📄 |
| 12/04/07 | Request Re: Stay Denied | 📄 | 📄 |
| 12/05/07 | Request Re: Other Exparte Denied | 📄 | 📄 |
| 12/05/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/05/07 | Motion for Sanctions Denied | 📄 | 📄 |
| 12/11/07 | Fifth Amended Complaint Filed | 📄 | 📄 |
| 12/11/07 | Miscellaneous Certification Of Service Fifth Amended Complaint Filed | 📄 | 📄 |
| 12/12/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/12/07 | Motion for Sanctions Denied | 📄 | 📄 |
| 12/14/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 12/19/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/19/07 | Motion for Sanctions Denied | 📄 | 📄 |
| 12/21/07 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 12/21/07 | Motion to Strike Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |
| 12/26/07 | Demurrer to Complaint Filed by Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 12/26/07 | Demurrer to Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |

1

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 01/03/08 | Motion to Amend Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |
| 01/03/08 | Motion to Amend Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 01/07/08 | Motion to Amend Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 01/07/08 | Motion to Amend Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |
| 01/11/08 | Motion Reservation Set for dept: 30 date: 03/25/2008 time: 09:30 AM | | |
| 01/14/08 | Declaration Re: Demurrer Filed | 📄 | 📄 |
| 01/14/08 | Hearing Vacated: Motion to Amend Complaint 03/25/2008 09:30 AM D- 30 | | |
| 01/14/08 | Hearing Vacated: Motion to Amend Complaint 03/25/2008 09:30 AM D- 30 | | |
| 02/07/08 | Motion for Discovery Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/07/08 | Motion for Discovery Sanctions Hearing Confirmed for 04/09/2008 09:30 AM D- 30 | | |
| 02/07/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/07/08 | Motion for Sanctions Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
| 02/07/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/07/08 | Motion for Sanctions Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
| 02/14/08 | Miscellaneous Certification of Service Filed | 📄 | 📄 |
| 02/21/08 | Opposition to Defendants Demurrer to Fifth Amended Complaint Filed | 📄 | 📄 |
| 02/21/08 | Request for Judicial Notice Filed for Darrell D. Foley | 📄 | 📄 |
| 02/28/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/28/08 | Motion for Sanctions Hearing Confirmed for 05/14/2008 09:30 AM D- 30 | | |
| 03/04/08 | Opposition to Defendants Motion to Strike Portions of The Fifth Amended Complaint Filed | 📄 | 📄 |
| 03/04/08 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 03/05/08 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 03/07/08 | Motion to Amend Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 03/07/08 | Motion to Amend Complaint Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
| 03/07/08 | Proof of Service Motion to Amend & Miscellaneous Motions Filed | 📄 | 📄 |
| 03/10/08 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 03/10/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 03/17/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |

| 03/17/08 | Motion for Sanctions Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
|---|---|---|---|
| 03/17/08 | Reply to Opposition to Demurrer Filed | 📄 | 📄 |
| 03/17/08 | Reply to Opposition to Motion to Strike Filed | 📄 | 📄 |
| 03/18/08 | Motion to Amend Complaint Reservation Set for dept: 30 date: 04/16/2008 time: 09:30 AM | | |
| 03/25/08 | Hearing Vacated: Motion to Amend Complaint 04/16/2008 09:30 AM D- 30 | | |
| 03/25/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 03/25/08 | Motion to Strike Complaint - Granted in Part | 📄 | 📄 |
| 03/25/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 03/25/08 | Demurrer to Complaint - Overruled | 📄 | 📄 |
| 03/26/08 | Hearing Restored: Civil Law and Motion 04/16/2008 09:30 AM D-30 | | |
| 03/26/08 | Opposition Filed | 📄 | 📄 |
| 03/26/08 | Objections to Evidence Filed for Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 03/26/08 | Proof of Service Filed for Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 03/26/08 | Request for Judicial Notice Filed for Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 03/27/08 | Reply to Defendants Opposition to Discovery Sanctions Filed | 📄 | 📄 |
| 04/01/08 | Motion Reservation Set for dept: 30 date: 06/04/2008 time: 09:30 AM | | |
| 04/02/08 | Motion for Court to Apoint Civil Indigent Plaintiff Counsel Filed by Darrell D. Foley | 📄 | 📄 |
| 04/02/08 | Motion for Court to Apoint Civil Indigent Plaintiff Counsel Hearing Confirmed for 06/04/2008 09:30 A | | |
| 04/03/08 | Motion for Contempt of Court Sanctions Against Seth Schwartz Filed by Darrell D. Foley | 📄 | 📄 |
| 04/03/08 | Motion fpr Contempt of Court Sanctions Against Seth Schwartz Hearing Confirmed for 06/04/2008 09:30 | | |
| 04/03/08 | Opposition Filed | 📄 | 📄 |
| 04/03/08 | Request for Judicial Notice Filed for Tom Bates, Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Proposed Order Filed for Tom Bates, Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 04/03/08 | Opposition Filed | 📄 | 📄 |
| 04/03/08 | Request for Judicial Notice Filed for Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 04/03/08 | Opposition Filed | 📄 | 📄 |
| 04/03/08 | Request for Judicial Notice Filed for Boona Cheema, B.O.S.S. | 📄 | 📄 |

| 04/03/08 | Declaration in Opposition Filed by Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Objection Filed | 📄 | 📄 |
| 04/03/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 04/03/08 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 04/03/08 | Evidence in Support opposition to motion for sanctions Filed | 📄 | 📄 |
| 04/04/08 | Declaration in Reply to Opposition Filed by Darrell D. Foley | 📄 | 📄 |
| 04/04/08 | Answer to Amended Complaint Filed for Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 04/07/08 | Declaration in Reply to Opposition Filed by Darrell D. Foley | 📄 | 📄 |
| 04/07/08 | Proof of Service by Mail (Amended) Filed | 📄 | 📄 |
| 04/08/08 | Motion Filed by Darrell D. Foley | 📄 | 📄 |
| 04/08/08 | Motion Hearing Confirmed for 06/04/2008 09:30 AM D- 30 | | |
| 04/09/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/09/08 | Motion for Discovery Sanctions Denied | 📄 | 📄 |
| 04/10/08 | Motion for Reconsideration Reservation Set for dept: 30 date: 06/04/2008 time: 09:30 AM | | |
| 04/10/08 | Miscellaneous - Request for Jury Trial Filed | 📄 | 📄 |
| 04/11/08 | Proof of Service on Motion | 📄 | 📄 |
| 04/14/08 | Other Exparte Reservation Set for dept: 30 date: 04/17/2008 time: 09:00 AM | | |
| 04/15/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 06/18/2008 time: 09:30 AM | | |
| 04/15/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 06/18/2008 time: 09:30 AM | | |
| 04/15/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 06/18/2008 time: 09:30 AM | | |
| 04/15/08 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 04/16/08 | Hearing Restored: Civil Ex-Parte 04/17/2008 09:00 AM D- 30 | | |
| 04/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/16/08 | Motion to Amend Complaint Denied | 📄 | 📄 |
| 04/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/16/08 | Motion for Sanctions Denied | 📄 | 📄 |
| 04/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/16/08 | Motion for Sanctions Denied | 📄 | 📄 |
| 04/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/16/08 | Motion for Sanctions Denied | 📄 | 📄 |
| 04/17/08 | Application Re: Other Exparte Denied | 📄 | 📄 |
| 04/18/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 07/23/2008 time: 09:30 AM | | |
| 04/22/08 | Case Management Conf Continuance 07/18/2008 11:00 AM D- 30 | | |

| 04/22/08 | Notice of Hearing Trial Setting Conference Filed | 📄 | 📄 |
| 04/30/08 | Motion for Sanctions Filed for Defendant | 📄 | 📄 |
| 04/30/08 | Motion for Sanctions Hearing Confirmed for 06/04/2008 09:30 AM D- 30 | | |
| 04/30/08 | Motion for Sanctions Hearing Dropped from dept: 30 date: - 06/04/2008 time: 09:30 AM | | |
| 05/06/08 | Declaration in Reply to Opposition to Sanctions Filed by Darrell D. Foley | 📄 | 📄 |
| 05/14/08 | Hearing Vacated: Motion to Compel (Motion) 06/18/2008 09:30 AM D- 30 | | |
| 05/14/08 | Hearing Vacated: Motion to Compel (Motion) 06/18/2008 09:30 AM D- 30 | | |
| 05/14/08 | Hearing Vacated: Motion to Compel (Motion) 06/18/2008 09:30 AM D- 30 | | |
| 05/14/08 | Hearing Vacated: Motion to Compel (Motion) 07/23/2008 09:30 AM D- 30 | | |
| 05/14/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 05/14/08 | Motion for Sanctions Denied | 📄 | 📄 |
| 05/21/08 | Opposition Filed | 📄 | 📄 |
| 05/21/08 | Opposition Filed | 📄 | 📄 |
| 05/21/08 | Opposition Filed | 📄 | 📄 |
| 05/21/08 | Declaration Filed by Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 06/03/08 | Motion to Amend Complaint Reservation Set for dept: 30 date: 07/16/2008 time: 09:30 AM | | |
| 06/04/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 06/04/08 | Motion Denied | 📄 | 📄 |
| 06/04/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 06/04/08 | Motion fpr Contempt of Court Sanctions Against Seth Schwartz Denied | 📄 | 📄 |
| 06/04/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 06/04/08 | Motion for Court to Apoint Civil Indigent Plaintiff Counsel Denied | 📄 | 📄 |
| 06/16/08 | Case Management Statement of Darrell D. Foley Filed | 📄 | 📄 |
| 07/18/08 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 07/18/08 | Case Management Conference Order Issued | 📄 | 📄 |
| 07/18/08 | Civil Jury Trial 03/06/2009 09:30 AM D- 30 | | |
| 07/18/08 | Order Denying Challenge (with proof of mailing) Filed | 📄 | 📄 |
| 07/22/08 | Demand for Jury Trial Filed | 📄 | 📄 |
| 07/24/08 | Motion for Protective Order Reservation Set for dept: 30 date: 10/29/2008 time: 09:30 AM | | |

2

| Case number: | RG06285539 |
|---|---|
| Title: | Foley VS City of Berkeley |
| Case Type: | Civil |
| Complaint Type: | Civil Rights |
| Case Subtype: | General Civil |
| Filing Date: | 08/23/06 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 08/23/06 | Complaint - Civil Rights Filed (Amended) | 📄 | 📄 |
| 08/23/06 | Civil Case Cover Sheet Filed for Darrell D. Foley | 📄 | 📄 |
| 08/23/06 | Summons on Complaint Issued and Filed | 📄 | 📄 |
| 08/23/06 | Application Re: Waiver of Court Fees and Costs Filed for Darrell D. Foley | | |
| 08/23/06 | Application Re: Waiver of Court Fees and Costs As to Darrell D. Foley Granted | 📄 | 📄 |
| 08/23/06 | Notice of of Related Case Filed | 📄 | 📄 |
| 09/08/06 | Proof of Service on Complaint As to Filed | 📄 | 📄 |
| 09/21/06 | Order Shortening Time Reservation Set for dept: 31 date: 09/25/2006 time: 01:30 PM | | |
| 09/25/06 | Rejection Letter Issued on Proof of Service on Complaint | 📄 | 📄 |
| 09/25/06 | Application Re: Order Shortening Time Filed for B.O.S.S. | 📄 | 📄 |
| 09/25/06 | Opposition to Ex-parte Application Filed by Darrell D. Foley | 📄 | 📄 |
| 09/25/06 | Application Re: Order Shortening Time Granted | 📄 | 📄 |
| 09/25/06 | Miscellaneous Proof of service Filed | 📄 | 📄 |
| 10/04/06 | Other Exparte Reservation Set for dept: 31 date: 10/06/2006 time: 01:30 PM | | |
| 10/06/06 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 10/06/06 | Application Re: Other Exparte Granted in Part | 📄 | 📄 |
| 10/11/06 | Application Re: Extension of Time to Respond to Complaint Filed for City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 10/11/06 | Application Re: Extension of Time to Respond to Complaint Granted | 📄 | 📄 |
| 10/11/06 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 10/20/06 | Demurrer Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 10/20/06 | Demurrer Hearing Confirmed for 11/16/2006 09:00 AM D- 31 | | |
| 10/20/06 | Motion to Strike Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 10/20/06 | Motion to Strike 11/16/2006 09:00 AM D- 31 | | |
| 11/06/06 | First Amended Complaint Filed | 📄 | 📄 |
| 11/06/06 | Proof of Service by Mail Filed | 📄 | 📄 |
| 11/16/06 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 11/16/06 | Demurrer - Dropped | 📄 | 📄 |
| 11/16/06 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 11/16/06 | Motion to Strike - Dropped | 📄 | 📄 |
| 11/21/06 | Initial Case Management Conference 01/19/2007 01:30 PM D- 202 | 📄 | 📄 |
| 12/01/06 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |

| 12/11/06 | Motion to Strike Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
|---|---|---|---|
| 12/11/06 | Motion to Strike Hearing Confirmed for 01/16/2007 09:00 AM D- 31 | | |
| 12/11/06 | Demurrer to Complaint Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 12/11/06 | Demurrer to Complaint Hearing Confirmed for 01/16/2007 09:00 AM D- 31 | | |
| 01/03/07 | Request Re: Peremptory Challenge as to Judge Winifred Smith Filed for Darrell D. Foley | 📄 | 📄 |
| 01/03/07 | Case Management Statement of Darrell D. Foley Filed | 📄 | 📄 |
| 01/04/07 | Memorandum of Points and Authorities in Opposition to Motion to Strike Filed | 📄 | 📄 |
| 01/05/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 01/05/07 | Case Management Conference Order Issued | 📄 | 📄 |
| 01/05/07 | Hearing Reset to Case Management Conf Continuance 04/06/2007 01:30 PM D- 202 | | |
| 01/08/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 01/08/07 | Proof of Service Filed | 📄 | 📄 |
| 01/10/07 | Request Re: Peremptory Challenge as to Judge Winifred Smith Granted | 📄 | 📄 |
| 01/10/07 | Hearing Reset to Motion to Strike 01/19/2007 02:00 PM D- 31 | | |
| 01/10/07 | Hearing Reset to Demurrer to Complaint 01/19/2007 02:00 PM D- 31 | | |
| 01/11/07 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 01/11/07 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 01/11/07 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 01/12/07 | Declaration in Reply Filed by Darrell D. Foley | 📄 | 📄 |
| 01/17/07 | Objection Filed | 📄 | 📄 |
| 01/18/07 | Application Re: Other Exparte Denied | 📄 | 📄 |
| 01/18/07 | Opposition Filed | 📄 | 📄 |
| 01/18/07 | Proof of Service by Mail Filed | 📄 | 📄 |
| 01/18/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 01/19/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 01/19/07 | Motion to Strike Granted | 📄 | 📄 |
| 01/19/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 01/19/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 01/26/07 | Second Amended Complaint Filed | 📄 | 📄 |
| 02/05/07 | Proof of Service on Demurrer to Complaint As to City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 02/07/07 | Demurrer and demurrer to second amended Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 02/07/07 | Demurrer Hearing Confirmed for 03/23/2007 02:00 PM D- 31 | | |

| 03/05/07 | Memorandum of Points and Authorities in Opposition Filed | | |
|---|---|---|---|
| 03/07/07 | Request for Judicial Notice Filed for Plaintiff | | |
| 03/13/07 | Memorandum of Points and Authorities in Reply ,to 2nd amended, Filed | | |
| 03/22/07 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | | |
| 03/23/07 | Civil Law and Motion Hearing Commenced and Completed | | |
| 03/23/07 | Demurrer Sustained With Leave to Amend | | |
| 03/27/07 | Proof of Service on Amended Complaint Filed | | |
| 03/27/07 | Third Amended Complaint Filed | | |
| 04/04/07 | Motion for Sanctions Reservation Set for dept: 31 date: 05/10/2007 time: 02:00 PM | | |
| 04/06/07 | Case Management Conference Commenced and Completed | | |
| 04/06/07 | Case Management Conference Order Issued | | |
| 04/06/07 | Hearing Reset to Case Management Conf Continuance 07/06/2007 09:30 AM D- 202 | | |
| 04/09/07 | Motion to Strike Filed by City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | | |
| 04/09/07 | Motion to Strike Hearing Confirmed for 05/10/2007 02:00 PM D- 31 | | |
| 04/10/07 | Declaration of Tiffany Griffin Filed | | |
| 04/10/07 | Demurrer to Complaint Filed by City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | | |
| 04/10/07 | Demurrer to Complaint Hearing Confirmed for 05/10/2007 02:00 PM D- 31 | | |
| 04/30/07 | Memorandum of Points and Authorities in Opposition Filed | | |
| 04/30/07 | Memorandum of Points and Authorities in Opposition Filed | | |
| 05/03/07 | Reply Brief in Support of Motion Filed | | |
| 05/10/07 | Civil Law and Motion Hearing Commenced and Completed | | |
| 05/10/07 | Demurrer Sustained W/O Leave to Amend As To Matter | | |
| 05/10/07 | Civil Law and Motion Hearing Commenced and Completed | | |
| 05/10/07 | Motion to Strike - Dropped | | |
| 06/13/07 | Notice of Entry of Judgment Filed | | |
| 06/28/07 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | | |
| 08/23/07 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | | |
| 11/20/07 | Motion to Consolidate Reservation Set for dept: 30 date: 01/23/2008 time: 09:30 AM | | |
| 11/26/07 | Application Re: Peremptory Challenge as to Judge Frank Roesch Filed for Darrell D. Foley | | |
| 11/26/07 | Notice of Change of Address Filed | | |
| 11/26/07 | Miscellaneous - Certification of Service Filed | | |
| 11/30/07 | Motion to Vacate/Set Aside Dismissal Filed for Plaintiff | | |

| 11/30/07 | Motion to Vacate/Set Aside Dismissal Hearing Confirmed for 01/29/2008 09:00 AM D- 31 | | |
|---|---|---|---|
| 12/03/07 | Proof of Service Re: Certification of Service Filed | 🗎 | 🗎 |
| 12/04/07 | Hearing Vacated: Motion to Consolidate 01/23/2008 09:30 AM D-30 | | |
| 12/05/07 | Miscellaneous Certification Of Service Filed | 🗎 | 🗎 |
| 12/05/07 | Application Re: Peremptory Challenge as to Judge Frank Roesch Denied | 🗎 | 🗎 |
| 12/10/07 | Declaration Re: Challenge for Cause as to Judge Frank Roesch Filed for Darrell D. Foley | 🗎 | 🗎 |
| 12/11/07 | Proof of Service on Motion | 🗎 | 🗎 |
| 12/11/07 | Proof of Service on Motion | 🗎 | 🗎 |
| 12/11/07 | Proof of Service on Motion | 🗎 | 🗎 |
| 12/11/07 | Proof of Service Filed | 🗎 | 🗎 |
| 12/11/07 | Proof of Service Filed | 🗎 | 🗎 |
| 12/11/07 | Proof of Service Filed | 🗎 | 🗎 |
| 12/13/07 | Proof of Personal Service on Complaint - Civil Rights As to Darrell D. Foley Filed | 🗎 | 🗎 |
| 12/13/07 | Miscellaneous - Proof of Service Filed | 🗎 | 🗎 |
| 12/13/07 | Miscellaneous - Proof of Service Filed | 🗎 | 🗎 |
| 12/13/07 | Miscellaneous - Proof of Service Filed | 🗎 | 🗎 |
| 12/19/07 | Opposition Filed | 🗎 | 🗎 |
| 12/19/07 | Declaration in Opposition Filed by City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | 🗎 | 🗎 |
| 12/19/07 | Request for Judicial Notice Filed for City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | 🗎 | 🗎 |
| 12/20/07 | Memorandum of Points and Authorities in Reply Filed | 🗎 | 🗎 |
| 12/20/07 | Order Striking Challenge for Cause to Judge Frank Roesch Filed December 10, 2007. Filed | 🗎 | 🗎 |
| 12/20/07 | Memorandum of Points and Authorities in Opposition Filed | 🗎 | 🗎 |
| 12/21/07 | Proof of Service Certificate of Service Filed | 🗎 | 🗎 |
| 01/22/08 | Motion to Vacate/Set Aside Dismissal Filed for Plaintiff | 🗎 | 🗎 |
| 01/22/08 | Motion to Vacate/Set Aside Dismissal Hearing Confirmed for 02/28/2008 09:00 AM D- 31 | | |
| 01/23/08 | Proof of Service by Mail Filed | 🗎 | 🗎 |
| 01/29/08 | Civil Law and Motion Hearing Commenced and Continued | 🗎 | 🗎 |
| 01/29/08 | Motion to Vacate/Set Aside Dismissal - Motion Rescheduled | 🗎 | 🗎 |
| 01/29/08 | Hearing Continued to Civil Law and Motion dept: 31 date: 02/28/2008 time: 09:00 AM | | |
| 02/13/08 | Proof of Service by Mail Filed | 🗎 | 🗎 |
| 02/13/08 | Proposed Order Filed | 🗎 | 🗎 |

| 02/13/08 | Opposition Filed | 📄 | 📄 |
|----------|------------------|-----|-----|
| 02/13/08 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 02/13/08 | Proposed Order Filed | 📄 | 📄 |
| 02/13/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 02/15/08 | Reply to Defendant's Answer to PL Motion for relief From Dismissal Filed | 📄 | 📄 |
| 02/20/08 | Proof of Service on Motion | 📄 | 📄 |
| 02/28/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 02/28/08 | Motion to Vacate/Set Aside Dismissal Denied | 📄 | 📄 |
| 02/28/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 02/28/08 | Motion to Vacate/Set Aside Dismissal Denied | | |
| 03/03/08 | Motion for Reconsideration Filed for Plaintiff | 📄 | 📄 |
| 03/03/08 | Motion for Reconsideration Hearing Confirmed for 04/21/2008 09:00 AM D- 31 | | |
| 04/08/08 | Opposition Filed | 📄 | 📄 |
| 04/08/08 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 04/08/08 | Proof of Service on Complaint As to City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 04/08/08 | Proposed Order Filed | 📄 | 📄 |
| 04/14/08 | Reply Filed | 📄 | 📄 |
| 04/21/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/21/08 | Motion for Reconsideration Denied | 📄 | 📄 |
| 04/23/08 | Notice of Appeal Filed by Darrell D. Foley | 📄 | 📄 |
| 04/23/08 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 04/23/08 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 04/30/08 | Designation of Record Filed | 📄 | 📄 |
| 05/01/08 | Letter from DCA to Darrell Foley Filed | 📄 | 📄 |
| 05/19/08 | Order from DCA Filed | 📄 | 📄 |

7/28/2008 10:07 AM

# CALIFORNIA APPELLATE COURTS
## Case Information

Welcome

Search

E-mail

Calendar

Help

Opinions

## 1st Appellate District

Change court

Court data last updated: 07/28/2008 10:05 AM

**Case Summary**   **Docket**   **Scheduled Actions**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Trial Court**

# Docket (Register of Actions)

**Foley v. City of Berkeley**
**Division 3**
**Case Number A116317**

| Date | Description | Notes |
|---|---|---|
| 01/05/2007 | Notice of appeal lodged/received. | D. Foley;12/06/06 |
| 01/05/2007 | Notified parties of local rules and procedures. | |
| 01/05/2007 | Default notice sent-appellant notified per rule 8.100(c). | |
| 01/10/2007 | Notice of record completion received. | |
| 01/11/2007 | Record on appeal filed. | c-4 |
| 01/17/2007 | Default letter sent; no case information statement filed. | |
| 01/18/2007 | Certificate of interested entities or persons filed by: | appellant Foley |
| 01/18/2007 | Application for waiver of filing fee filed. | |
| 01/23/2007 | Order waiving filing fee. | |
| 02/07/2007 | Appellant's opening brief. | |

| 02/16/2007 | Filed letter from: | the law office of McNamara, Dodge, Ney, Beatty, etc... stating that attorney Gary A. Watt will be handling the appeal. He will represent the respondent. |
| --- | --- | --- |
| 02/20/2007 | Requested - extension of time. | |
| 02/20/2007 | Granted - extension of time. | |
| 02/14/2007 | Filed proof of service. | corrected certification of service; corrects date of service |
| 03/07/2007 | Civil case information statement filed. | by aplt Darrell Foley, In Pro Per. |
| 03/08/2007 | Letter to counsel - 15 days to file case information statement. | A copy of the jdgmnt or order is needed. |
| 03/19/2007 | Filed document entitled: | A copy of the order for the jdgmnt to be attached to the DKT filed 3/7/07. |
| 03/29/2007 | Motion to dismiss filed (after record). | Respondents counsel Seth J. Schwartz motion to dismiss and Strike Appellants Opening Brief |
| 04/03/2007 | Requested - extension of time. | |
| 04/06/2007 | Dismissal order filed. | Darrell D. Foley purports to appeal from the trial court's December 7, 2006 order granting the motion of respondents City of Berkeley and Building Opportunities for Self Sufficiency to declare him to be a vexatious litigant. Such an order is not appealable. Rather, it is reviewable on appeal from a subsequent appealable order or judgment. (People v. Harrison (2001) 92 Cal.App.4th 780, 785, fn. 6; In re Bittaker (1997) 55 Cal.App.4th 1004, 1008.) Accordingly, the above-referenced appeal is dismissed. Respondents' motion to dismiss appeal or strike appellant's opening brief is denied as moot. |
| 06/07/2007 | Remittitur issued. | |
| 06/07/2007 | Case complete. | |
| 07/30/2007 | Mail returned, unable to forward. | copy of remittitur to appellant Darrell Foley/RTS-doesn't live here |
| 10/12/2007 | Shipped to state retention center, box # / list #: | L265 |

**Click here to request automatic e-mail notifications about this case.**

# CALIFORNIA APPELLATE COURTS



## Case Information

## 1st Appellate District

Change court 

Welcome
Search
E-mail
Calendar
Help
Opinions

C|C
home

Court data last updated: 07/28/2008 10:05 AM

**Case Summary    Docket    Scheduled Actions    Briefs
Disposition    Parties and Attorneys    Trial Court**

## Docket (Register of Actions)

**Foley v. City of Berkeley
Division 3
Case Number A121359**

| Date | Description | Notes |
|------|-------------|-------|
| 04/30/2008 | Received: | NOA Darrell Foley; 04/23/08 |
| 04/30/2008 | Litigant declared vexatious. | |
| 04/30/2008 | Letter sent to: | aplnt re: vex litigant |
| 05/08/2008 | Application filed to: | permission to appeal from appellant Darrell D. Foley (to court) |
| 05/14/2008 | Order filed. | Foley has previously been found to be a vexatious litigant and is subject to a prefiling order. On May 8, 2008, Mr. Foley submitted an application for permission to appeal the trial court□s February 28, 2008 order denying his motion to set aside a prior dismissal order. The request for permission to appeal is denied. Mr. Foley has failed to show a reasonable possibility that his appeal has merit. (See Code Civ. Proc., ' 391.7.) |
| 05/14/2008 | Case complete. | |

**Click here to request automatic e-mail notifications about this case.**

© 2007 Judicial Council of California