1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
     455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA 94102-3664
     Telephone: (415) 703-5506
5   Fax: (415) 703-5480
     Email: tom.blake@doj.ca.gov
6
   Attorneys for Defendants, Judge Burr; Justice
7  McGuiness; Judicial Council of California.

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **DARRELL D. FOLEY,** | CV 08 2370 JL |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING COMPLAINT** |
| v. | |
| **CITY OF BERKELEY; B.O.S.S.; BOONA CHEEMA; KIRK NEUNER; SETH SCHWARTZ; MCNAMARA & DODGE; THE HONORABLE KENNTH BURR; THE HONORABLE FRANK MCGUINESS; JUDICIAL COUNCIL OF CALIFORNIA,** | |
| Defendants. | |

19

20      **O**n September 17, 2008 the defendants' motion to dismiss was heard in open court.  Plaintiff

21  Darrell D. Foley appeared pro se.  The moving defendants, the Judicial Council of California, Judge

22  Burr, and Justice McGuiness, were represented by Deputy Attorney General Tom Blake.  The court

23  takes judicial notice of the records and other matters requested by moving defendants.  Pursuant to

24  Rule 12(b)(6), Federal Rules of Civil Procedure, the complaint is dismissed on the grounds that the

25  complaint fails to state a claim upon which relief can be granted.

26      The California vexatious litigant law (Cal. Code Civ. Pro. secs. 391 et seq.) is constitutional.

27  *Wolfe v. George*, 486 F.3d 1120, 1124 (9th Cir. 2007).  The Supremecy Clause does not preclude

28  the application of the state's vexatious litigant  law. *Id.*, 1127.

1    The plaintiff having been determined a vexatious litigant in the California Superior Court, this

2  court is without jurisdiction to review that decision. *District of Columbia Court of Appeals v.*

3  *Feldman,* 460 U.S. 462, 486-87 (1983); 8 U.S.C. § 1257.  This district courts lack jurisdiction to

4  exercise appellate review of state court judgments.  *Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 415

5  (1923); *Feldman,* 460 U.S. at 486-87; *Henrichs v. Valley View Development*, 474 F.3d 609, 613

6  (9th Cir. 2007).

7    Further, the moving defendants, the Judicial Council of California (part of the judicial branch

8  of California state government) and two judicial officers sued in their capacities as a judge of state

9  trial court and a justice of the state's intermediate appellate court, are immune from suit under the

10  long-standing doctrines of Eleventh Amendment immunity and absolute judicial immunity.

11    THEREFORE, it is ordered and adjudged that plaintiff take nothing from moving defendants,

12  that judgement be entered against plaintiff and in favor of moving defendants Judge Burr, Justice

13  McGuiness, and Judicial Council of California, and that this matter be dismissed.

14

15    Dated: _____

16

17

18    _____
       JAMES LARSON
19     Unites States Chief Magistrate Judge

20

21

22

23

24

25

26

27

28

[Proposed] Order Dismissing Complaint                                    Case No. CV 08 2370 JL