1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA 94102-3664
     Telephone: (415) 703-5506
5    Fax: (415) 703-5480
     Email: tom.blake@doj.ca.gov
6
   Attorneys for Defendants, Judge Burr; Justice
7  McGuiness; Judicial Council of California.

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 **DARRELL D. FOLEY,** | CV 08 2370 JL |
| 12                        Plaintiff, | **NOTICE OF HEARING; MOTION** |
| 13                                    | **FOR PRE-FILING REVIEW;** |
|      v.                               | **REQUEST FOR JUDICIAL** |
| 14                                    | **NOTICE; MEMORANDUM OF** |
| **CITY OF BERKELEY; B.O.S.S.; BOONA** | **POINTS AND AUTHORITIES IN** |
| 15 **CHEEMA; KIRK NEUNER; SETH**      | **SUPPORT THEREOF** |
| **SCHWARTZ; MCNAMARA & DODGE; THE**   | |
| 16 **HONORABLE KENNETH BURR; THE**    | Date:       September 17, 2008 |
| **HONORABLE FRANK MCGUINESS;**        | Time:       9:30 a.m. |
| 17 **JUDICIAL COUNCIL OF CALIFORNIA,** | Courtroom: F – 15th Floor |
| 18                        Defendants. | |

19

20    **PLEASE TAKE NOTICE** that on September 17, 2008 at 9:30 a.m. or as soon thereafter as

21  counsel may be heard in Courtroom F (15th Floor) of the above entitled court, located at 450 Golden

22  Gate Avenue, San Francisco, California 94102, defendants Judicial Council of California, Judge

23  Burr, and Justice McGuiness will move for an order requiring pre-filing review and approval by the

24  Court of any future actions in propria persona by plaintiff.

25    **PLEASE TAKE FURTHER NOTICE** that judicial notice is requested of the court decisions,

26  records and other matters attached hereto as exhibits.

27    **THIS MOTION WILL BE BASED** on this notice of motion and motion; the memorandum

28  of points and authorities in support thereof, and the exhibits thereto; the pleadings, papers, and

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice    Case No. CV 08 2370 JL

1

1  documents on file herein; and such oral and documentary evidence as shall be introduced at the time

2  of the hearing.

3  ### MOTION FOR PRE-FILING REVIEW

4      Defendants move that plaintiff be prohibited from filing any new litigation in this United

5  States District Court in propria persona without first obtaining leave of court.

6      WHEREFORE, moving defendants pray as follows:

7      1.  That plaintiff be required to obtain pre-filing approval of the Court before filing any future

8  federal actions in propria persona (in pro se), and

9      2.  For such other relief as the court deems just.

10          Dated:  July 30, 2008

11                                      Respectfully submitted,

12

13

14                                      TOM BLAKE
                                        Deputy Attorney General

15                                      Attorney for Defendants, Judge Burr; Justice
                                        McGuiness; Judicial Council of California.

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice          Case No. CV 08 2370 JL

2

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## INTRODUCTION

3    Plaintiff is a vexatious litigant of long standing. This motion is brought by defendants, Judge

4  Burr, Justice McGuiness, and the Judicial Council of California, contemporaneously with their

5  motion to dismiss plaintiff's challenge to the state's vexatious litigant law.

6    California state courts recognized plaintiff as a vexatious litigant and placed him under a Pre-

7  filing order on December 7, 2006. (Exh. A, *Foley v. City of Berkeley*, No. RG06281831 (Cal. Super.

8  Ct. Dec. 7, 2006) (order granting motion for pre-filing order).) Apart from the current lawsuit,

9  plaintiff has brought no less than fifteen (15) non-meritorious pro se actions in this Court since 2003.

10  (See Exh. B, PACER report.) Docket reports for these actions are attached as Exhibits "C" through

11  "Q." Of these fifteen actions:

12  •    All were dismissed, and plaintiff never obtained a monetary judgment or equitable relief;

13  •    Nine (9) cases were dismissed with prejudice as to some, if not all, of plaintiff's claims;[1]

14  •    Two (2) cases resulted in plaintiff appealing to the Court of Appeals, where one suit was

15       dismissed for failure to file an opening brief and in the other, the Court of Appeals affirmed

16       the district court's dismissal;[2]

17  •    One (1) complaint was followed by a motion alleging judicial bias and retaliation on the part

18       of a defendant judge, which was rejected and not pursued further.[3]

19

## History of Vexatious Federal Litigation

20    As seen in the list above, plaintiff has an extraordinarily prolific history of abusive filings

21  in this Court. (See Exhs. C-Q.) Of the fifteen actions brought by plaintiff in pro se in this Court

22

---

23    1. *See* Exhs. C, F, G, J, K, M, N, O, & P. (*Foley v. Zinnemann et al*, 3:03-cv-00585-CRB;

24  *Foley v. Marquez et al*, 3:03-cv-02481-SI; *Foley v. Brady et al*, 3:03-cv-03722; *Foley v. Jellen et al*,
    3:04-cv-05364-SI; *Foley v. Illston et al*, 3:05-cv-01797-MMC; *Foley v. Commissioner of the*

25  *Internal Revenue Service*, 3:06-cv-05018-EDL; *Foley v. Bates et al*, 3:06-cv-07294-PJH; *Foley v.*
    *Bates et al*, 3:07-cv-00402-PJH; *Foley v. United States et al*, 4:06-cv-07481-CW.)

26

27    2.  *See* Exhs. G & K. (*Foley v. Brady et al*, 3:03-cv-03722; *Foley v. Illston et al*,
    3:05-cv-01797-MMC.)

28    3. *See* Exh. G. (*Foley v. Brady et al*, 3:03-cv-03722.)

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice          Case No. CV 08 2370 JL

1

1   alone, *none* has resulted in a verdict or judgment favorable to him.  (See Exhs. C-Q.)  The first of

2   these fifteen lawsuits to be determined adversely to plaintiff was against Paula Zinnemann, the then

3   Commissioner of the California Department of Real Estate.  (Exh. C, *Foley v. Zinnemann et al*, 3:03-

4   cv-00585-CRB.)  Plaintiff later filed an action against two physically disabled persons, Americans

5   with Disabilities Advocates ("AWDA"), and their attorneys, after the disabled persons and AWDA

6   sued plaintiff's business–Home Coach Realty–for violations of the Americans with Disabilities Act.

7   (Exh. E, *Foley v. Kennedy et al*, 3:03-cv-02203-VRW.)

8           Not only are plaintiff's filings non-meritorious, but he has repeatedly subjected the same

9   defendants to frivolous lawsuits.  (See Exhs. C-Q.)  Among those whom plaintiff has sued three or

10  more times in his last fifteen actions are:

11  •       U.S. Attorney General John Ashcroft (Exhs. A, F & G);

12  •       U.S. District Court for the Northern District of California (Exhs. L, N & Q);

13  •       U.S. Bankruptcy Court for the Northern District of California (Exhs. H, I & J);

14  •       U.S. Bankruptcy Court Judge Edward Jellen, the judge assigned to plaintiff's bankruptcy

15          case (Exhs. H, I, J, K, L & P);

16  •       Lois Brady, the duly appointed Chapter 7 trustee of plaintiff's bankruptcy estate (Exhs. G,

17          I, K, L & P);

18  •       U.S. District Court Judge John Sedwick (Exhs. F, G & H);

19  •       Janice Marquez, plaintiff's ex-wife (Exhs. B, D, E & X: *Foley v. Marquez et al*, 3:03-cv-

20          01010-SI (N.D. Cal. Sep. 30, 2003) (order of dismissal));

21  •       Quarles & Brady Streich Lang, attorneys for plaintiff's ex-wife in her divorce proceedings

22          against plaintiff (Exhs. D, F, G & X).

23          Plaintiff also sued no less than six (6) federal judges: Hon. Susan Illston, Hon. Sandra Brown

24  Armstrong, Hon. William Alsup, Hon. Edward Jellen, Hon. Thomas Carlson, and Hon. Randall

25  Newsome for $20 million damages for their performance of their judicial duties in denying plaintiff's

26  appeals, dismissing his complaints, or relating his cases to prior actions assigned to those judges.

27  (Exh. R, *Foley v. Illston et al*, 3:05-cv-01797-MMC (N.D. Cal. May 25, 2005) (order dismissing

28  action).)  Plaintiff has been particularly active as to Judge Jellen, against whom he has filed *six*

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice          Case No. CV 08 2370 JL

2

1    separate actions, all of which have been determined adversely to plaintiff and dismissed. (Exhs. H,

2    I, J, K, L & P.)

3         In the instant complaint, plaintiff continues to sue judges who rule against him. (Compl., pg.

4    12, lines 12-19.) Here, plaintiff names as defendants both the Superior Court judge who denied his

5    motion to file a *sixth* amended complaint, and the presiding justice of the Court of Appeals who

6    denied his appeal from a separate dismissal for failure to show a reasonable possibility of merit.

7    (Compl., pg. 12, lines 12-19; Exh. S, *Foley v. Berkeley* (Cal. Super. Ct. Apr. 16, 2008) (order

8    denying motion to amend complaint); Exh. T, Docket, *Foley v. City of Berkeley*, A121359 (1st App.

9    Dist.).)

10        As plaintiff's complaint admits, both defendants did nothing more than enforce the vexatious

11   litigant Pre-filing order. (Compl., pg. 12, lines 12-19; see Cal. Code Civ. Proc. §§ 391 *et seq*.)

12   Plaintiff should be well-acquainted with the concept of judicial immunity after so many unsuccessful

13   actions, but despite many adverse decisions, plaintiff is not dissuaded and returns to this Court again

14   and again. (See Exhs. C-Q.)

15        Plaintiff is a vexatious litigant who has been warned by this Court of possible sanctions if

16   he persists in vexatious litigation. The vexatious litigation has imposed an undue burden, to date,

17   on a former wife and her attorneys, the bankruptcy trustee assigned to his estate, seven (7) federal

18   judges who have ruled against him, and disabled persons who brought an action against his real

19   estate business for violation of the Americans with Disabilities Act. (See Exhs. B, D - L & P.) This

20   Court held, on considering plaintiff's abusive litigation, that, "[s]uch an order would be appropriate

21   in this case given plaintiff's repeated filing of frivolous motions and threats to file new complaints.

22   . . plaintiff should be aware that future filings similar to those he has already filed may subject him

23   to sanctions." (Exh. U, *Foley v. Brady et al*, 3:03-cv-03722 (N.D. Cal. May 26, 2004) (order

24   dismissing action in its entirety).) There are ample grounds to require pre-filing review to stem the

25   tide of plaintiff's abuse of the federal courts.

26                    **History of Vexatious State-Court Litigation**

27        Plaintiff presently has set his sights on two entities that ventured to assist him: the City of

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice          Case No. CV 08 2370 JL

3

1  Berkeley and B.O.S.S.[4]  Plaintiff has filed the instant federal suit and two complaints in state court

2  against these defendants arising out of purported violations of law at a Ninth Street transitional

3  facility.  (Compl. ¶¶ 13, 125.)  Registers of Action for plaintiff's two state-court claims

4  (RG06281831, RG06285539) are attached as exhibits "V" and "W" respectively.

5        Under California's vexatious litigant statutes, which have been repeatedly challenged and

6  found constitutional, *see Wolfe v. George*, 486 F.3d 1120 (9th Cir. 2007), plaintiff was determined

7  to be a vexatious litigant by the Superior Court.  (Exh. A.)  On December 7, 2006, the Superior

8  Court, County of Alameda, entered an order pursuant to California Code of Civil Procedure § 391.7[5]

9  requiring plaintiff to obtain approval before filing new propria persona litigation in the state courts.

10 (Exh. A.)  As a basis for its vexatious litigant determination, the Superior Court took judicial notice

11 of court records from ten (10) of plaintiff's cases adjudicated here in the District Court.  (Exh. A.)

12 The Superior Court considered both the moving and opposition papers, heard oral argument, and

13 found the plaintiff to be a vexatious litigant within the meaning of the California vexatious litigant

14 law.  (Exh. A; see Code of Civ. Proc. §§ 391 *et seq*.)

15       Plaintiff's two state-court suits against City of Berkeley and B.O.S.S. are rife with examples

16 of plaintiff's abusive litigation.  (See Exhs. V & W.)  In a single state court case, plaintiff filed ten

17 (10) motions for sanctions against defense counsel, as well as four (4) peremptory challenges and

18 a challenge for cause against various judges assigned to the case.  (See Exh. V.)  The Court denied

19 all motions for sanctions and denied all but one peremptory challenge.  (See Exh. V.)  The state-court

20 record makes clear that plaintiff has mounted harassing and delaying attacks on opposing parties and

21 judges alike.

22

23

24

25

---

26     4. Building Opportunities for Self-Sufficiency ("B.O.S.S.") is a Berkeley nonprofit
   organization that manages subsidized housing. (Compl. ¶ 3.)

27

28     5.  Statutory references hereafter are to the California Code of Civil Procedure unless
   otherwise stated.

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice    Case No. CV 08 2370 JL

4

1

**ARGUMENT**

2

**I.**

3

4

**THE COURT HAS THE INHERENT AUTHORITY AS WELL
AS THE DUTY TO CURTAIL ABUSE OF THE JUDICIAL
SYSTEM AND CONSERVE JUDICIAL RESOURCES.**

5       Statutory and case law authorize the federal courts to control vexatious litigants. *See* Fed.

6    R. Civ. P. 11(b)(1-2). A federal court is under a continuing duty to dismiss a case whenever it

7    appears the action is "frivolous or malicious," or fails to state a claim on which relief may be granted.

8    28 U.S.C. §1915(e)(2)(B)(i)-(ii). *See Neitzek v. Williams*, 490 U.S. 319, 325 (1989); *Lopez v. Smith*,

9    203 F.3d 1122, 1127 (9th Cir. 2000). A complaint is frivolous if it has no arguable basis in law or

10   fact. *Neitzek v. Williams*, 490 U.S. at 325.

11       Under 28 U.S.C. § 1915, even *pro se* complaints must contain at least a minimum of factual

12   support, and plaintiffs may not proceed in *forma pauperis* if their claims are either lacking in specific

13   facts or based on an "indisputably meritless legal theory." *Richmond v. Cagle*, 920 F.Supp. 955, 957

14   (E.D. Wis. 1996).

15       In addition to ordering dismissal of a frivolous complaint, district courts "have the inherent

16   power to file restrictive pre-filing orders against vexatious litigants with abusive and lengthy

17   histories of litigation." *Weissman v. Quail Lodge, Inc.*, 179 F.3d 1194, 1197 (9th Cir. 1999).

18   However, the Ninth Circuit holds that courts should be cautious in entering pre-filing orders because

19   of the possibility that "such sanctions can tread on a litigant's due process right of access to the

20   courts." *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007). Such pre-filing

21   orders may enjoin the litigant from filing further actions or papers unless the litigant meets certain

22   criteria, such as first obtaining leave of court or filing declarations that support the merits of the case.

23    *See Moy v. United States*, 906 F.2d 467, 469 (9th Cir. 1990) (approving order prohibiting pro se

24   plaintiff from filing further complaints against certain specified defendants without prior approval

25   of district court); *Galeska v. Duncan*, 894 F. Supp. 1375, 1377 (C.D. Cal. 1995) (enjoining petitioner

26   from filing further habeas petitions unless petitioner submitted declaration outlining facts in support

27   of claim).

28

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice        Case No. CV 08 2370 JL

5

1

## II.

2    **PLAINTIFF IS PROPERLY SUBJECT TO APPROPRIATE**
**MEASURES TO PREVENT FURTHER ABUSE OF THE**
3    **JUDICIAL PROCESS.**

4        The Ninth Circuit has set out four factors that district courts should consider before declaring

5 a litigant vexatious. *Molski*, 500 F.3d at 1057. The *Molski* factors are that the court (1) must provide

6 the plaintiff with an opportunity to oppose entry of the order; (2) must provide an adequate record

7 for review, showing that the litigant's filings were numerous or abusive; (3) must find that the filings

8 were frivolous or harassing; and (4) must narrowly tailor the order to prevent the litigant's abusive

9 behavior. *Id* at 1057. Here, all four requirements for a pre-filing order are abundantly met.

10        The first requirement, that plaintiff receive fair notice of the possibility that he might be

11 declared a vexatious litigant and have a pre-filing order entered against him, is satisfied in that this

12 noticed motion affords him that opportunity. Civil L.R. 7-1 *et seq*. This Court will, as a matter of

13 course, allow plaintiff an opportunity to oppose the motion in writing, but an oral hearing is not

14 required. "[A]n opportunity to be heard does not require an oral or evidentiary hearing on the issue

15 . . . . [T]he opportunity to brief the issue fully satisfies due process requirements." *Pac. Harbor*

16 *Capital, Inc. v. Carnival Air Lines, Inc.*, 210 F.3d 1112, 1118 (9th Cir. 2000).

17        The second requirement is for "a listing of all the cases and motions that led the district court

18 to conclude that a vexatious litigant order was needed." *Molski*, 500 F.3d at 1058. Here, that listing

19 includes those cases noted above, including the following cases in which plaintiff has previously

20 sued some of the same defendants, in this same Court, for the same relief:

21   •     *Foley v. Marquez* (N.D. Cal., October 2, 2003, No. 3:03-cv-01010-SI) – Order entered on

22         October 2, 2003 granted defendants' motions to dismiss plaintiff's complaint without leave

23         to amend; no appeal filed. (Exh. D.)

24   •     *Foley v. Kennedy* (N.D. Cal., May 27, 2004, No. 3:03-cv-02203-VRW) – Order entered on

25         May 27, 2004 granted defendants' motions to dismiss the federal claims in plaintiff's

26         complaint and declined to take supplemental jurisdiction over the remaining state claim; no

27         amended complaint filed within the sixty days allowed; no appeal filed. (Exh. E.)

28   •     *Foley v. Brady* (N.D. Cal., August 26, 2004, No. 3:03-cv-03722) – Order dated March 22,

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice           Case No. CV 08 2370 JL

6

1    2004 and order dated May 26, 2004 granted defendants' motions to dismiss action in its

2    entirety; notice of appeal was filed on June 3, 2004; appeal dismissed by order of U.S. Court

3    of Appeal for the Ninth Circuit, filed on August 26, 2004, for failure to file an opening brief.

4    (Exh. G.)

5    •   *Foley v. Brady* (N.D. Cal., August 30, 2004, No. 4:04-cv-01903-CW) – Order entered on

6    August 30, 2004 dismissed appellant Foley's Appeal of Bankruptcy Court Case No. 03-

7    43140 EJ; no appeal filed. (Exh. P.)

8    •   *Foley v. Jellen* (N.D. Cal., May 10, 2005, No. 3:04-cv-05364-SI) – Order entered on May 10,

9    2005 dismissed plaintiff's complaint with prejudice; no appeal filed. (Exh. J.)

10        The third requirement is that the district court "look at both the number and content of the

11    filings as indicia of the frivolousness of the litigant's claims." *Molski*, 500 F.3d at 1059 (citations

12    omitted). Plaintiff has filed no less than *sixteen* (16) actions in this Court since 2003. (Exh. B.) In

13    the present complaint, plaintiff again targets the California judiciary in an entirely frivolous action.

14    Furthermore, the assertion that §§ 391 *et seq.* is invalidated by the Supremacy Clause of the Federal

15    Constitution is also frivolous. *See Wolfe*, 486 F.3d at 1127; *see also* Defs.' Mot. to Dismiss.

16    Plaintiff's barrage of motions in state court for sanctions and for disqualification of judges likewise

17    shows a pattern of abuse of the judicial process. (See Exhs. V & W.)

18        The fourth requirement is that the pre-filing order be narrowly tailored to the vexatious

19    litigant's wrongful behavior. An order requiring a plaintiff to obtain leave of court to file any suit

20    is overly broad when the plaintiff has only been highly litigious against one group of defendants.

21    *Moy*, 906 F.2d at 470. Here, however, plaintiff has been highly litigious as to the California

22    judiciary and against many other defendants, as set out above. Given the wide variety of ways in

23    which plaintiff has styled his filings, there is no practical way for the Clerk's office to discern the

24    nature of his possible future filings. It is therefore reasonable to require pre-filing review of all of

25    plaintiff's future pro se filings, in the manner of the California state court's pre-filing order.

26        Because the requirements for issuance of a pre-filing order set out by the Ninth Circuit in

27    *Molski*, 500 F.3d at 1057 are met, defendants respectfully ask this Court to order pre-filing review

28    for plaintiff Foley.

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice       Case No. CV 08 2370 JL

7

1

**CONCLUSION**

2       The long litany of plaintiff's harassing and wasteful lawsuits clearly requires a pre-filing order

3  to relieve the state and federal judiciary, and the public, of vexatious litigation.  Plaintiff's vexatious

4  litigation should be curtailed by an order for pre-filing review, and by imposing such financial

5  sanctions as the Court finds appropriate to deter and stigmatize this abusive conduct.

6           Dated: July 31, 2008

7

8                         Respectfully submitted,

9

                         TOM BLAKE

10                       Deputy Attorney General

                         Attorney for Defendants, Judge Burr; Justice

11                       McGuiness; Judicial Council of California.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of hearing; Motion for Pre-filing Review; Points and Authorities; Req. for Judicial Notice       Case No. CV 08 2370 JL

· 8

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **FOLEY, Darrell D. v. City of Berkeley, et al.**

No.:    **C08-02370 JL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 1, 2008</u>, I served the attached NOTICE OF HEARING; MOTION FOR PRE-FILING REVIEW; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Darrell D. Foley
2240 9th Street
Berkeley, CA 94707

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 1, 2008, at San Francisco, California.

| | |
|---|---|
| Lorraine Smith | _(signature)_ |
| Declarant | Signature |

40269960.wpd

**EXHIBIT A**

Darrell D. Foley
2240 9th St
Berkeley, CA    94707-____

McNamara, Dodge, Ney, Beatty
Attn:  Schwartz, Seth J.
1211 Newell avenue, 2nd Floor
P.O. Box 5288
Walnut Creek, CA    94596

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Foley | No. RG06281831 |
|---|---|
| Plaintiff/Petitioner(s) | |
| VS. | Order |
| | Motion /prefiling ord for vex lit w/o leave of ct |
| City of Berkeley | Granted |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

The Motion /prefiling ord for vex lit w/o leave of ct was set for hearing on 12/07/2006 at 09:00 AM in Department 31 before the Honorable Winifred Y. Smith.  The Tentative Ruling was published and has not been contested.

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The Motion of Defendants City of Berkeley and Building Opportunities for Self Sufficiency ("B.O.S.S.") for Prefiling Order Prohibiting Vexatious Litigant Darrell D. Foley from Filing New Litigation in Propria Persona Without First Obtaining Leave of Court, made pursuant to CCP §§ 391(b)(1) AND 391.7(a), is GRANTED.

Defendants have made the required prima facie showing that Plaintiff Foley meets the definition of a "vexatious litigant" under CCP § 391(b)(1) because he has commenced, prosecuted and maintained in propria persona at least five lawsuits within seven years from the date of filing of the motion that were finally determined adversely against him.  The Court hereby takes judicial notice of the court records in the following cases submitted by Defendants pursuant to CCP § 391.2 and Evid. Code § 452(d):

1.    Foley v. Zinnemann, et al., Case No. C 03-00585 CRB (dismissed 6/10/03).
2.    Foley v. Marquez, et al., Case No. C 03-1010 SI (dismissed 10/2/03).
3.    Foley v. Kennedy, et al., Case No. C 03-2203 VRW (dismissed 5/27/04).
4.    Foley v. Marquez, et al., Case No. C 03-2481 SI (dismissed 3/24/04).
5.    Foley v. Brady, et al., Case No. C 03-3722 SI (dismissed 5/26/04; appeal dismissed for failure to file opening brief 8/26/04).
6.    Foley v. Sedwick, et al., Case No. C 04-0137 SI (voluntary dismissal 4/20/04).
7.    Foley v. Brady, et al., Case No. C 04-1903 CW (voluntary dismissal 8/30/04).
8.    Foley v. Brady, et al., Case No. C 04-3576 JSW (appeal of bankruptcy court ruling to district court dismissed without prejudice 1/9/06).
9.    Foley v. Jellen, et al., Case No. C 04-5364 SI (dismissed 5/10/05).
10.    Foley v. Illston, et al., Case No. C 05-1797 MMC (dismissed 5/25/05; dismissal affirmed on appeal 3/29/06).

The Court need not consider the two cases that were voluntarily dismissed by Plaintiff to decide this motion, but the Court notes that a voluntary dismissal without prejudice can be considered an "adverse and final determination."  Tokerud v. Capitol Bank Sacramento (1995) 38 Cal.App.4th 775, 779-780.  Plaintiff has not submitted any evidence to rebut the presumption that the voluntary dismissals should be considered adverse and final determinations.  See Id. at 780 fn. 3.  Instead, Plaintiff argues in his

written opposition, submitted in the form of a Request for Judicial Notice of the November 27, 2006 filing of yet another lawsuit concerning the conditions at the Ninth Street house, Foley v. Bates, et al., Case No. C 06-7294 PJH (N.D. Cal., Hamilton, J.), that Defendants are retaliating against him and harassing him by filing this motion in this Court when the matter is already before Judge Jeffrey White in the United States District Court for the Northern District of California. The Court cannot properly evaluate Plaintiff's bald contention without evidence, which has not been provided, showing that the same or similar motion has been filed and is being considered by Judge White. The Court further notes that there is no explicit or implied provision in CCP § 391.7 that limits the Court's authority to make the requested prefiling order because the request has previously been made to another judge or in another court.

For the reasons stated above, the Court HEREBY DECLARES that Plaintiff Darrell F. Foley is a "vexatious litigant" under the definition set forth in CCP § 391(b)(1), and FINDS THAT good cause exists for the requested entry of a prefiling order pursuant to CCP § 391.7. Plaintiff Darrell F. Foley is HEREBY PROHIBITED from filing any new litigation in the courts of the state in propria persona without first obtaining leave of the presiding judge of the court where the litigation is proposed to be filed. Plaintiff Darrell F. Foley is HEREBY ADVISED that if he fails to comply with the terms of this order, he may be subject to contempt sanctions.

Defendants City of Berkeley and B.O.S.S. shall promptly deliver a copy of this order to the Judicial Council of the State of California. See Wolfgram v. Wells Fargo Bank (1997) 53 Cal.App.4th 43, 49.

Dated:  12/07/2006

Facsimile

_____
Judge Winifred Y. Smith

**EXHIBIT B**



• **Query** • **Reports** • **Utilities** • **Logout**

# Select A Case

### This person is a party in 15 cases.

3:03-cv-00585-CRB    Foley v. Zinnemann et al    filed 02/11/03   closed 06/10/03

3:03-cv-01010-SI    Foley v. Marquez et al    filed 03/07/03   closed 10/01/03

3:03-cv-02203-VRW    Foley v. Kennedy et al    filed 05/12/03   closed 05/27/04

3:03-cv-02481-SI    Foley v. Marquez et al    filed 05/27/03   closed 03/22/04

3:03-cv-03722    Foley v. Brady et al    filed 08/11/03   closed 05/26/04

3:04-cv-00137-SI    Foley v. Sedwick    filed 01/12/04   closed 04/19/04

3:04-cv-03576-JSW    Foley v. Brady et al    filed 08/25/04   closed 01/09/06

3:04-cv-05364-SI    Foley v. Jellen et al    filed 12/20/04   closed 05/05/05

3:05-cv-01797-MMC    Foley v. Illston et al    filed 05/02/05   closed 05/25/05

3:06-cv-03888-JSW    Foley v. Brady et al    filed 06/22/06   closed 03/07/07

3:06-cv-05018-EDL    Foley v. Commissioner of the Internal Revenue Service    filed 08/21/06   closed 03/16/07

3:06-cv-07294-PJH    Foley v. Bates et al                          filed 11/27/06  closed 05/07/07

3:07-cv-00402-PJH    Foley v. Bates et al                          filed 01/22/07  closed 06/25/07

4:04-cv-01903-CW    Foley v. Brady                                 filed 05/13/04  closed 08/24/04

4:06-cv-07481-CW    Foley v. United States et al                   filed 12/06/06  closed 12/06/07

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/31/2008 11:04:08 | | | |
| **PACER Login:** | ⬛⬛⬛⬛⬛ | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: foley First Name: darrell |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

**EXHIBIT C**

ADRMOP, CLOSED, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:03−cv−00585−CRB

Foley v. Zinnemann et al
Assigned to: Hon. Charles R. Breyer
Demand: $0
Cause: 28:1331 Fed. Question

Date Filed: 02/11/2003
Date Terminated: 06/10/2003
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell D. Foley**

represented by **Darrell D. Foley**
20115 Redwood Road
Unit 11
Castro Valley, CA 94546
510−733−9873
PRO SE

V.

**Defendant**

**Paula Zinnemann**
*Commissioner of California Department of Real Estate*

represented by **Anne Michelle Burr**
California Attorney General's Offic
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102−7004
415−703−1403
Email: annemichelle.burr@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Ashcroft**
*Attorney General United States*

**Defendant**

**Robert Mueller**
*Director Federal Bureau of Investigations*

**Defendant**

**Gray Davis**
*Governor State of California*

represented by **Bonnie J. Chen**
CA State Attorney General's Office
ERA
1515 Clay Street, 20th Floor
20th Floor
Oakland, CA 94612−0550
510−622−2113
Fax: (510) 622−2121
Email: bonnie.chen@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2003 | 1 | COMPLAINT ; *demand for jury trial; no process* against John Ashcroft, Gray Davis, Robert Mueller, Paula Zinnemann (Filing fee $150.00 receipt number 4407221). Filed by pro se Darrell D. Foley. (gba, ) (Entered: 02/13/2003) |

| 02/11/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 6/6/2003. Case Management Conference set for 6/13/2003 at 01:30 PM. (gba) (Entered: 02/13/2003) |
|---|---|---|
| 03/04/2003 | 3 | WAIVER OF SERVICE Returned Executed, by pro se Darrell D. Foley. Paula Zinnemann waiver sent on 3/3/2003, answer due 5/2/2003 (gba, ) (Entered: 03/04/2003) |
| 03/04/2003 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Paula Zinnemann. (gba, ) (Entered: 03/04/2003) |
| 03/05/2003 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (gba) (Entered: 03/06/2003) |
| 03/06/2003 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Charles R. Breyer for all further proceedings. Judge Joseph C. Spero no longer assigned to case. (gba) (Entered: 03/11/2003) |
| 03/06/2003 | 7 | Consent to Proceed Before a U.S. Magistrate Judge by pro se Darrell D. Foley. (mcl, ) (Entered: 03/11/2003) |
| 03/12/2003 | 8 | CLERK'S NOTICE Case Management Conference set for 6/20/2003 at 08:30 AM. Case Management Statement due by 6/13/2003. (be, ) Additional attachment(s) added on 3/12/2003 (be, ). (Entered: 03/12/2003) |
| 04/11/2003 | 9 | MOTION to Dismiss *complaint* filed by Paula Zinnemann. Motion Hearing set for 6/13/2003 10:00 AM. (mcl, ) (Entered: 04/14/2003) |
| 04/11/2003 | 10 | MEMORANDUM in Support re 9 filed by Paula Zinnemann. (Related document(s) 9 ) (mcl, ) (Entered: 04/14/2003) |
| 04/16/2003 | 11 | MOTION to Dismiss filed by Gray Davis. Motion Hearing set for 6/13/2003 10:00 AM. (mcl, ) (Entered: 04/16/2003) |
| 04/16/2003 | 12 | MEMORANDUM in Support re 11 filed by Gray Davis. (Related document(s) 11 ) (mcl, ) (Entered: 04/16/2003) |
| 04/16/2003 | 13 | Request for Judicial Notice re 11 filed by Gray Davis. (Related document(s) 11 ) (mcl, ) (Entered: 04/16/2003) |
| 04/16/2003 | | Received Order re 11 by Gray Davis. (mcl, ) (Entered: 04/16/2003) |
| 04/16/2003 | 14 | REQUEST *for continuance of case management conference pending hearing of dispositive motions* by Gray Davis. (mcl, ) (Entered: 04/16/2003) |
| 04/16/2003 | | Received Order re 14 by Gray Davis. (mcl, ) (Entered: 04/16/2003) |
| 04/17/2003 | 15 | ORDER by Judge Breyer granting defendant's request for continuance of case management conference pending hearing of dispositive motions. Signed by Judge Charles R. Breyer on 4/17/03. (mcl, ) (Entered: 04/17/2003) |
| 04/23/2003 | 16 | CERTIFICATE/PROOF OF SERVICE by Gray Davis re 15 (mcl, ) (Entered: 04/23/2003) |
| 05/28/2003 | 17 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing set for 6/10/2003 10:00 AM. (mcl, ) (Entered: 05/29/2003) |
| 06/02/2003 | | Received Order re 9 *motion to dismiss* by Paula Zinnemann. (mcl, ) (Entered: 06/02/2003) |
| 06/05/2003 | 18 | MOTION for award of costs, MOTION for Sanctions filed by pro se Darrell D. Foley. (mcl, ) (Entered: 06/05/2003) |
| 06/10/2003 | 19 | JUDGMENT by Judge Charles R. Breyer granting 9 Motion to Dismiss, granting 11 Motion to Dismiss, finding as moot 18 Motion for costs, finding as moot 18 Motion for Sanctions (crblc1, ) Additional attachment(s) added on 6/18/2003 (be, ). (Entered: 06/10/2003) |
| 06/10/2003 | 20 | Minute Entry: Motion Hearing held on 6/10/2003 before Judge Charles R. Breyer. Defendant's motion to dismiss is granted. Defendant's motion to dismiss (G. Davis) is granted. (Court Reporter Kathy Wyatt.) (mcl, ) (Entered: 06/11/2003) |

**EXHIBIT D**

ADRMOP, CLOSED, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:03−cv−01010−SI

Foley v. Marquez et al
Assigned to: Hon. Susan Illston
Member case: (View Member Case)
Cause: 28:1332 Diversity−Fraud

Date Filed: 03/07/2003
Date Terminated: 10/01/2003
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Darrell D. Foley**

represented by **Darrell D. Foley**
20115 Redwood Road
Unit 11
Castro Valley, CA 94546
510−304−4006
PRO SE

V.

**Defendant**

**Janice Marquez**

**Defendant**

**Edwin Wainscott**

represented by **Samuel Ray Miller**
Sidley Austin LLP
555 California Street, Suite 5000
San Francisco, CA 94111
(415) 772−1200
Fax: (415) 772−7400
Email: srmiller@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Quarles &Brady Streich Lang**

represented by **Samuel Ray Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arizona State Bar**

**Defendant**

**James Lee**

**Defendant**

**Charles W. Wirkin**

**Defendant**

**Harold Hurtt**

represented by **Frederick J. Geonetta**
Litton &Geonetta LLP
120 Montgomery St., 16th Floor
San Francisco, CA 94104
415−421−4770
Email: landglawyers@msn.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele M. Iafrate**
Iafrate &Rai, P.L.C.
One Renaissance Square
Two North Central Avenue, Suite 1100
Phoenix, AZ 85004
602–234–9775
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joan Fitzgerald**

**Defendant**

**Skip Rimsza**    represented by    **Frederick J. Geonetta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele M. Iafrate**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John L. Clayton**    represented by    **Paul T. Hammerness**
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102–7004
415/703–5520
Fax: 415–703–5480
Email: paul.hammerness@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa Mroz**
1275 West Washington Street
Phoenix, AZ 85007–2997
602–542–7775
Fax: 602–542–3393
*ATTORNEY TO BE NOTICED*

**Defendant**

**Attorney General Janet Napolitano**    represented by    **Paul T. Hammerness**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa Mroz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2003 | 1 | COMPLAINT *issued summons* against Arizona State Bar, John L. Clayton, Joan Fitzgerald, Harold Hurtt, James Lee, Janice Marquez, Janet Napolitano, Quarles &Brady Streich Lang, Skip Rimsza, Edwin Wainscott, Charles W. Wirkin (Filing fee $150 receipt number 4407381). Filed by pro se Darrell D. Foley. (ga, ) (Entered: 03/11/2003) |

| 03/07/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 7/3/2003. Case Management Conference set for 7/10/2003 at 10:00 AM.. Signed by Judge Maria–Elena James on 3/7/03. (ga, ) (Entered: 03/11/2003) |
|---|---|---|
| 03/31/2003 | 3 | Declination to Proceed Before a U.S. Magistrate Judge by Quarles &Brady Streich Lang, Edwin Wainscott. (ga, ) (Entered: 04/02/2003) |
| 03/31/2003 | 4 | MOTION to Change Venue *for the District of Arizona*, MOTION to Dismiss *For Failure to State a Claim and for Lack of Personal Jurisdiction* filed by Quarles &Brady Streich Lang, Edwin Wainscott. Motion Hearing set for 5/8/2003 10:00 AM. (ga, ) (Entered: 04/02/2003) |
| 03/31/2003 | 5 | MOTION for Pro Hac Vice *of Attorney Robert E. Miles (fee paid)* filed by Quarles &Brady Streich Lang, Edwin Wainscott. (ga, ) (Entered: 04/02/2003) |
| 04/10/2003 | 6 | MOTION for Pro Hac Vice *of attorney Rosa Mroz (paid)* filed by John L. Clayton, Janet Napolitano. (ga, ) (Entered: 04/10/2003) |
| 04/23/2003 | 7 | ORDER Impending Reassignment . Signed by Judge Hon. Maria–Elena James on 4/23/03. (bjt, ) (Entered: 04/23/2003) |
| 04/24/2003 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Susan Illston for all further proceedings. Judge Maria–Elena James no longer assigned to case. Signed by Executive Committee on 4/24/03. (ga, ) (Entered: 04/25/2003) |
| 04/28/2003 | 9 | MOTION for Pro Hac Vice *of Michele M. Iafrate* filed by Harold Hurtt, Skip Rimsza. (ys, ) (Entered: 04/29/2003) |
| 04/28/2003 | | Proposed Order re 9 by Harold Hurtt, Skip Rimsza. (ys, ) (Entered: 04/29/2003) |
| 04/30/2003 | 10 | ORDER by Judge Susan Illston granting 9 Motion for Pro Hac Vice of Michele M. Iafrate (ys, ) (Entered: 05/01/2003) |
| 05/01/2003 | 11 | MOTION to Dismiss *for failure to state a claim and for lack of personal jurisdiction*; and alternative MOTION to Transfer Case *to United States District Court for the District of Arizona* filed by Quarles &Brady Streich Lang, Edwin Wainscott. Motion Hearing set for 6/13/2003 09:00 AM. (ys, ) (Entered: 05/01/2003) |
| 05/01/2003 | | Proposed Order *granting motion to dismiss for failure to state a claim* by Quarles &Brady Streich Lang, Edwin Wainscott. (ys, ) (Entered: 05/01/2003) |
| 05/01/2003 | | Proposed Order *granting motion to dismiss for lack of personal jurisdiction* by Quarles &Brady Streich Lang, Edwin Wainscott. (ys, ) (Entered: 05/01/2003) |
| 05/01/2003 | | Proposed Order *Transferring to United States District Court for the District of Arizona* by Quarles &Brady Streich Lang, Edwin Wainscott. (ys, ) (Entered: 05/01/2003) |
| 05/02/2003 | 13 | Motion Opposing motion for attorney Pro Hac; Motion Opposing 11 motion to dismiss and transfer; Notice of pending related California letigation filed by pro se Darrell D. Foley. (ys, ) (Entered: 05/07/2003) |
| 05/06/2003 | 12 | CERTIFICATE/PROOF OF SERVICE by Quarles &Brady Streich Lang, Edwin Wainscott re 11 *, proposed orders* (ys, ) (Entered: 05/06/2003) |
| 05/07/2003 | 14 | State defendants' special appearance and Notice of MOTION and Motion to Dismiss *plaintiff's complaint; and Memorandum of Points and Authorities in support thereof* filed by John L. Clayton, Janet Napolitano. Motion Hearing set for 6/13/2003 09:00 AM. (ys, ) (Entered: 05/07/2003) |

| 05/07/2003 | 15 | ORDER by Judge Susan Illston granting 6 Motion for Pro Hac Vice of Rosa Mroz (ys, ) (Entered: 05/07/2003) |
| 05/09/2003 | 16 | MOTION to Dismiss filed by Harold Hurtt, Skip Rimsza. Motion Hearing set for 6/13/2003 09:00 AM. (ga, ) (Entered: 05/13/2003) |
| 05/15/2003 | 17 | CLERK'S NOTICE Initial Case Management Conference reset for 8/1/2003 at 02:00 PM. (ys, ) (Entered: 05/15/2003) |
| 05/19/2003 | 18 | REQUEST *for telephonic appearance* by John L. Clayton, Janet Napolitano. (ys, ) (Entered: 05/20/2003) |
| 05/21/2003 | 19 | REQUEST *for Telephonic Appearance* by Harold Hurtt, Skip Rimsza. (ys, ) (Entered: 05/22/2003) |
| 05/29/2003 | 20 | Reply in support to Motion re 11 *motion to dismiss* filed by Quarles &Brady Streich Lang, Edwin Wainscott. (ys, ) (Entered: 05/30/2003) |
| 06/02/2003 | | Proposed Order re 14 *State Defendants' motion to dismiss* by John L. Clayton, Janet Napolitano. (ys, ) (Entered: 06/02/2003) |
| 06/02/2003 | | Proposed Order *for Telephonic Appearance re State Defendants' motion to dismiss scheduled on 6/13/03* by John L. Clayton, Janet Napolitano. (ys, ) (Entered: 06/02/2003) |
| 06/02/2003 | 21 | NOTICE of Related Case *with C03−2481−JSW* by pro se Darrell D. Foley. (ys, ) (Entered: 06/03/2003) |
| 06/04/2003 | 22 | ORDER granting request by Defendants Napolitano and Clayton for Telephonic Appearance at hearing currently scheduled for Friday, June d13, 2003 to argue State Defendants' motion to dismiss. Signed by Judge Susan Illston on 6/3/03. (ys, ) (Entered: 06/05/2003) |
| 06/04/2003 | 23 | ORDER granting Defendants Harold Hurtt and Skip Rimsza (state defendants) be allowed to appear telephonically at the hearing set for 6/13/03 at 9:00 a.m.. Signed by Judge Susan Illston on 6/3/03. (ys, ) (Entered: 06/05/2003) |
| 06/06/2003 | 24 | Letter *dated 6/4/03* from Samuel R. Miller, Esq. to the Darrell D. Foley advising the Court vacate the hearing scheduled on 6/13/03. (ys, ) (Entered: 06/09/2003) |
| 06/17/2003 | 25 | ORDER RELATING CASE to C 03−2482 . Signed by Judge Susan Illston on 6/13/03. (rcs) (Entered: 06/17/2003) |
| 06/19/2003 | 26 | NOTICE of need of ADR Phone Conference (vlh, ) (Entered: 06/24/2003) |
| 07/01/2003 | | Remark: ADR Phone Conference scheduled for 7/28/03 at 9:30 a.m. Please take note that the court initiates the call to all parties. (tjs, ) (Entered: 07/01/2003) |
| 07/03/2003 | 27 | NOTIFICATION *of Stay* by pro se Darrell D. Foley. (ys, ) (Entered: 07/09/2003) |
| 07/09/2003 | 28 | NOTICE *of Need for ADR Phone Conference (have not yet reached an agreement to an ADR process)* by Quarles &Brady Streich Lang, Edwin Wainscott. (ys, ) (Entered: 07/10/2003) |
| 07/11/2003 | | Remark: The ADR Phone Conference scheduled for 7/28/03 has been taken off calendar. (tjs, ) (Entered: 07/11/2003) |
| 07/22/2003 | 29 | Ex Parte Applicaton *to vacate schedule for submitting joint case management statement and case management conference* filed by Quarles &Brady Streich Lang, Edwin Wainscott. (ys, ) (Entered: 07/22/2003) |
| 07/22/2003 | | Proposed Order re 29 by Quarles &Brady Streich Lang, Edwin Wainscott. (ys, ) (Entered: 07/22/2003) |

| 07/23/2003 | 30 | ORDER by Judge Susan Illston granting 29 Ex Parte Application to vacate dates for submitting joint case management statement and case management conference (ys, ) (Entered: 07/24/2003) |
| 07/23/2003 | 31 | MOTION for case management conference as scheduled, MOTION for Injunction *against Alameda Sheriff*, MOTION to Set Aside *bogus restraining order* filed by pro se Darrell D. Foley. (ys, ) (Entered: 07/24/2003) |
| 07/25/2003 | 32 | MOTION for Injunction against the Alameda County Sheriff; MOTION for Injunction against Janice Marquez; MOTION to Set Aside bogus restraining order filed by pro se Darrell D. Foley. (ys, ) (Entered: 07/28/2003) |
| 08/11/2003 | 33 | CERTIFICATE/PROOF OF SERVICE by Arizona State Bar *of notice of substitution of Lead Counsel filed 6/27/03, Defendants John W. Sedwick and Stephen M. Mcnamee's Notice of Motion and Motion to Dismiss filed 7/23/03, [Proposed order] granting motion to dismiss received 7/23/03* (ys, COURT STAFF) (Entered: 08/11/2003) |
| 08/12/2003 | 34 | Reply Brief *in support of motion to dismiss (F.R.C.P. 12(B)(6))* filed by Stephen M. McNamee, John Sedwick (ys, COURT STAFF) (Entered: 08/13/2003) |
| 08/14/2003 | 35 | MOTION to Dismiss *all dismissal motions in three related complaints (C03−3722, C03−2481)* filed by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 08/15/2003) |
| 08/18/2003 | 36 | Additional REQUEST *for injunctive and declaratory relief/plaintiff's waiver of oral argument* by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 08/18/2003) |
| 08/18/2003 | 37 | Letter *dated 8/17/03* from Darrell D. Foley to the Court re confidentiality request. (ys, COURT STAFF) (Entered: 08/19/2003) |
| 08/25/2003 | 38 | MOTION for Temporary Injunction against Relief of Stay filed by pro se Darrell D. Foley. Motion Hearing set for 8/29/2003 09:00 AM. (ys, COURT STAFF) (Entered: 08/25/2003) |
| 08/26/2003 | 39 | Expedited REQUEST *for Settlement Conference* by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 08/27/2003) |
| 09/12/2003 | 40 | NOTICE *of Exemption under Rule 26 (A)* by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 09/15/2003) |
| 09/22/2003 | 41 | MOTION to appeal bankruptcy court rulings to district court, MOTION to Dismiss adversarial proceedings 03−4638; MOTION to Transfer Case *bankruptcy petition 03−43140EJ to district court* filed by pro se Darrell D. Foley. Motion Hearing set for 10/24/2003 09:00 AM. (ys, COURT STAFF) (Entered: 09/22/2003) |
| 09/30/2003 | 42 | CLERK'S NOTICE Continuing Motion Hearing 41 Motion Hearing set for 11/7/2003 09:00 AM. (ys, COURT STAFF) (Entered: 10/01/2003) |
| 10/01/2003 | 43 | ORDER by Judge Susan Illston granting defendants' motions to dismiss for lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue; denying as moot defendants' motions to dismiss for failure to state a claim upon which relief may be granted; and denying as moot all other motions pending. 4 , 11 , 13 , 14 , 16 , 31 , 32 , 35 , 38 , 41 (ys, COURT STAFF) (Entered: 10/02/2003) |
| 10/01/2003 | 44 | JUDGMENT: Defendants' motions to dismiss for lack of jurisdiction and improper venue have been granted without leave to amend. Accordingly, judgment in favor of defendants against plaintiff. Signed by Judge Susan Illston on 9/30/03. (ys, COURT STAFF) (Entered: 10/02/2003) |

| 10/02/2003 | 45 | Expedited REQUEST *for Court order allowing sale of property* by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 10/03/2003) |
|---|---|---|
| 10/08/2003 | 46 | ORDER denying Request re 45 for order allowing sale of property. This action has already been dismissed without leave to amend and judgment has been entered against plaintiff; no further motions may be filed in this action. In any event, plaintiff may not appeal from bankruptcy court decisions by filing motions in separate district court action; he must follow the rules of the bankruptcy court. Signed by Judge Susan Illston on 10/8/03. (ys, COURT STAFF) (Entered: 10/09/2003) |

**EXHIBIT E**

ADRMOP, CLOSED, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03−cv−02203−VRW

Foley v. Kennedy et al
Assigned to: Hon. Vaughn R. Walker
Demand: $0
Cause: 28:1331 Fed. Question

Date Filed: 05/12/2003
Date Terminated: 05/27/2004
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**Darrell D. Foley**
*doing business as*
Home Coach Realty

represented by **Darrell D. Foley**
P.O. Box 7157
Berkeley, CA 94707
510−304−4006
PRO SE

V.

**Defendant**

**J. Grant Kennedy**

represented by **J. Grant Kennedy**
Law Offices of J. Grant Kennedy
141 Duesenberg Drive
Suite 4
Westlake Village, CA 91362−3489
805/374−0010
Fax: 805−374−0048
Email: grant@jgrantkennedy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**California State Bar**

**Defendant**

**Richard Whitehurst**

represented by **J. Grant Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**George S. Louie**

represented by **J. Grant Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Americans with Disabilities Advocates**

represented by **J. Grant Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2003 | 1 | COMPLAINT *&Demand For Jury Trial − [Summons Issued]* against Americans with Disabilities Advocates, California State Bar, J. Grant Kennedy, George S. Louie &Richard Whitehurst, [Filing Fee: $150.00, receipt number 4407766]. Filed by Pro Se Plaintiff Darrell D. Foley. (tn) (Entered: 05/14/2003) |
| 05/12/2003 | | SUMMONS Issued as to Attorney J. Grant Kennedy. (tn) (Entered: 05/14/2003) |

| 05/12/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/22/2003. Initial Case Management Conference set for 4:00 p.m. on 9/29/2003. (tn) (Entered: 05/14/2003) |
| 06/03/2003 | 3 | MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure Section 12(b)(6); Memorandum of Points and Authorities for Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).* filed by Americans with Disabilities Advocates, J. Grant Kennedy, George S. Louie, Richard Whitehurst. Motion Hearing set for 7/30/2003 10:00 AM. (Kennedy, J.) (Entered: 06/03/2003) |
| 06/09/2003 | 4 | CLERK'S NOTICE Regarding Filing of Consent/Declination to proceed before a United States Magistrate Judge. (tn) (Entered: 06/10/2003) |
| 07/10/2003 | 5 | ORDER RELATING AND REASSIGNING CASE. Cases C03–2127 VRW and C03–2203 BZ are related. Case C03–2203 reassigned to Judge Vaughn R. Walker for all further proceedings. Judge Bernard Zimmerman no longer assigned to case. Counsel are instructed that all future filings are to bear the initial VRW immediately after the case number. ALL MATTERS PRESENTLY SCHEDULED FOR HEARING IN THE REASSIGNED CASE ARE VACATED AND MUST BE RENOTICED FOR HEARING BEFORE THE UNDERSIGNED . Signed by Judge Vaughn R. Walker on 7/10/2003. (cgd, ) (Entered: 07/10/2003) |
| 07/10/2003 | 6 | CERTIFICATE of Clerk *: ORDER OF RELATED CASES.* (cgd, ) (Entered: 07/10/2003) |
| 02/06/2004 | 7 | CLERK'S NOTICE Case Management Conference set for 3/9/2004 09:00 AM. (hdj, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/10/2004) |
| 02/23/2004 | 8 | MOTION for Summary Judgment filed by Darrell D. Foley. (hdj, COURT STAFF) (Filed on 2/23/2004) (Entered: 02/25/2004) |
| 02/23/2004 | 9 | NOTICE of Change of Address by Darrell D. Foley (hdj, COURT STAFF) (Filed on 2/23/2004) (Entered: 02/25/2004) |
| 02/26/2004 | 10 | CASE MANAGEMENT STATEMENT filed by Darrell D. Foley. (hdj, COURT STAFF) (Filed on 2/26/2004) (Entered: 03/01/2004) |
| 03/04/2004 | 11 | CASE MANAGEMENT STATEMENT filed by Americans with Disabilities Advocates, J. Grant Kennedy, George S. Louie, Richard Whitehurst. (Kennedy, J.) (Filed on 3/4/2004) (Entered: 03/04/2004) |
| 03/08/2004 | 12 | MOTION to Dismiss *PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES FOR MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* filed by Americans with Disabilities Advocates, J. Grant Kennedy, George S. Louie, Richard Whitehurst. Motion Hearing set for 4/29/2004 02:00 PM. (Kennedy, J.) (Filed on 3/8/2004) (Entered: 03/08/2004) |
| 03/08/2004 | 13 | NOTICE by Americans with Disabilities Advocates, J. Grant Kennedy, George S. Louie, Richard Whitehurst re 12 MOTION to Dismiss *PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES FOR MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [PROOF OF SERVICE TO DARRELL D. FOLEY]* (Kennedy, J.) (Filed on 3/8/2004) (Entered: 03/08/2004) |
| 03/08/2004 | 14 | ORDER by Judge Walker terminating 3 Motion to Dismiss (vrwlc2, COURT STAFF) (Filed on 3/8/2004) (Entered: 03/08/2004) |
| 03/12/2004 | 15 | MOTION for Sanctions filed by Darrell D. Foley. Motion Hearing set for 4/29/2004 02:00 PM. (hdj, COURT STAFF) (Filed on 3/12/2004) (Entered: 03/17/2004) |
| 03/17/2004 | 16 | CERTIFICATE OF SERVICE *: Clerk's Office* (cgd, COURT STAFF) (Filed on 3/17/2004) (Entered: 03/17/2004) |
| 03/17/2004 | 17 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing set for 5/20/2004 02:00 PM. (hdj, COURT STAFF) (Filed on 3/17/2004) (Entered: 03/19/2004) |
| 03/25/2004 | 18 | Memorandum in Opposition re 12 MOTION to Dismiss *PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 12(B)(6); MEMORANDUM OF POINTS* |

| | | |
|---|---|---|
| | | *AND AUTHORITIES FOR MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* filed by Darrell D. Foley. (hdj, COURT STAFF) (Filed on 3/25/2004) (Entered: 03/30/2004) |
| 04/19/2004 | 19 | NOTICE of Defendants Failure to Confer by Darrell D. Foley (hdj, COURT STAFF) (Filed on 4/19/2004) (Entered: 04/22/2004) |
| 04/30/2004 | 20 | CASE MANAGEMENT STATEMENT filed by Americans with Disabilities Advocates, J. Grant Kennedy, George S. Louie, Richard Whitehurst. (Kennedy, J.) (Filed on 4/30/2004) (Entered: 04/30/2004) |
| 04/30/2004 | 21 | Memorandum in Opposition re 8 MOTION for Summary Judgment filed by Americans with Disabilities Advocates, J. Grant Kennedy, George S. Louie, Richard Whitehurst. (Kennedy, J.) (Filed on 4/30/2004) (Entered: 04/30/2004) |
| 04/30/2004 | 22 | Memorandum in Opposition re 15 MOTION for Sanctions filed by Americans with Disabilities Advocates, J. Grant Kennedy, George S. Louie, Richard Whitehurst. (Kennedy, J.) (Filed on 4/30/2004) (Entered: 04/30/2004) |
| 05/05/2004 | 23 | CASE MANAGEMENT STATEMENT filed by Darrell D. Foley. (hdj, COURT STAFF) (Filed on 5/5/2004) (Entered: 05/06/2004) |
| 05/05/2004 | 24 | MOTION for Sanctions and MOTION for Summary Judgment filed by Darrell D. Foley. Motion Hearing set for 5/20/2004 02:00 PM. (hdj, COURT STAFF) (Filed on 5/5/2004) (Entered: 05/06/2004) |
| 05/27/2004 | 25 | ORDER by Judge Walker granting in part 12 Motion to Dismiss with respect to the due process claim and declining supplemental jurisdiction over the remaining claims, terminating 8 24 Motion for Summary Judgment, denying 15 24 Motion for Sanctions. (vrwlc2, COURT STAFF) (Filed on 5/27/2004) (Entered: 05/27/2004) |
| 05/28/2004 | 26 | CERTIFICATE OF SERVICE : *ORDER* (cgd, COURT STAFF) (Filed on 5/28/2004) (Entered: 05/28/2004) |

**EXHIBIT F**

ADRMOP, CLOSED, ProSe, RELATE

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:03−cv−02481−SI**

Foley v. Marquez et al
Assigned to: Hon. Susan Illston
Lead case: 3:03−cv−01010−SI
Member case: (View Member Case)
Cause: 28:1331 Fed. Question

Date Filed: 05/27/2003
Date Terminated: 03/22/2004
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell D. Foley**

represented by **Darrell D. Foley**
20115 Redwood Road
Unit 11
Castro Valley, CA 94546
510−304−4006
PRO SE

V.

**Defendant**

**Janice Marquez**

represented by **Andrew Y.S. Cheng**
U.S. Attorney's Office
Civil Division
450 Golden Gate Ave., 10th Fl.
San Francisco, CA 94102−3495
415−436−6813
Fax: 415−436−6748
Email: andrew.cheng@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edwin Wainscott**

**Defendant**

**Quarles &Brady Streich Lang**

**Defendant**

**Arizona State Bar**

**Defendant**

**United States of America**

**Defendant**

**John Sedwick**

represented by **Andrew Y.S. Cheng**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen M. McNamee**

represented by **Andrew Y.S. Cheng**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Ashcroft**

**Defendant**

**Charles C. Plummer**

**Defendant**

**Steve Montoya**

**Defendant**

**Janet Napolitano**

**Defendant**

**Ernest Anderson**

**Defendant**

**John Porter**

**Defendant**

**Dan Grimmer**

**Defendant**

**California State Bar**

**Defendant**

**Gray Davis**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2003 | 1 | COMPLAINT against Ernest Anderson, Arizona State Bar, John Ashcroft, California State Bar, Gray Davis, Dan Grimmer, Janice Marquez, Stephen M. McNamee, Steve Montoya, Janet Napolitano, Charles C. Plummer, John Porter, Quarles &Brady Streich Lang, John Sedwick, United States, Edwin Wainscott (Filing fee $150 receipt number 4407839). Filed by pro se Darrell D. Foley. (vlh, ) (Entered: 05/29/2003) |
| 05/27/2003 |  | Summons Issued as to Janice Marquez (vlh, ) (Entered: 05/29/2003) |
| 05/27/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/26/2003. Case Management Conference set for 10/3/2003 at 01:30 PM. (vlh, ) (Entered: 05/29/2003) |
| 06/02/2003 | 3 | NOTICE of Related Case *to Case No. C03−1010 SI* by pro se Darrell D. Foley. (vlh, ) (Entered: 06/03/2003) |
| 06/17/2003 | 4 | ORDER RELATING CASE. Case reassigned to Judge Susan Illston for all further proceedings. Judge Jeffrey S. White no longer assigned to case. Signed by Judge Susan Illston on 06/13/03. (rcs) (Entered: 06/17/2003) |
| 06/27/2003 | 5 | Application for Substitution of Attorney by Ernest Anderson, Arizona State Bar, John Ashcroft, California State Bar, Gray Davis, Dan Grimmer, Janice Marquez, Stephen M. McNamee, Steve Montoya, Janet Napolitano, Charles C. Plummer, John Porter, Quarles &Brady Streich Lang, John Sedwick, United States, Edwin Wainscott. (ga, ) (Entered: 07/03/2003) |
| 07/03/2003 | 6 | NOTIFICATION *of Stay* by pro se Darrell D. Foley. (ys, ) (Entered: 07/08/2003) |
| 07/08/2003 | 7 | CLERK'S NOTICE Initial Case Management Conference set for 10/3/2003 at 02:00 PM. (ys, ) (Entered: 07/10/2003) |
| 07/23/2003 | 8 | MOTION to Dismiss filed by Stephen M. McNamee, John Sedwick. Motion Hearing set for 8/29/2003 09:00 AM. (ys, ) (Entered: 07/23/2003) |

| 07/23/2003 | | Proposed Order re 8 *motion to dismiss* by Stephen M. McNamee, John Sedwick. (ys, ) (Entered: 07/23/2003) |
|---|---|---|
| 07/30/2003 | 9 | Corrected Notice of MOTION and MOTION to Dismiss filed by Stephen M. McNamee, John Sedwick. Motion Hearing set for 8/29/2003 09:00 AM. (ys, ) (Entered: 08/01/2003) |
| 08/11/2003 | 10 | CERTIFICATE/PROOF OF SERVICE by Federal Defendants re 5 , 8 , *proposed order granting motion to dismiss received 7/23/03* (ys, COURT STAFF) (Entered: 08/11/2003) |
| 08/12/2003 | 11 | Reply Brief re 9 *motion to dismiss* filed by Stephen M. McNamee, John Sedwick. (Related document(s) 9 ) (ys, COURT STAFF) (Entered: 08/13/2003) |
| 08/14/2003 | 12 | MOTION to Dismiss *all dismissal motions in three related complaint (C03–1010, C03–3722)* filed by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 08/15/2003) |
| 09/22/2003 | 13 | CASE MANAGEMENT STATEMENT filed by federal defendants. (ys, COURT STAFF) (Entered: 09/23/2003) |
| 10/02/2003 | 14 | Minute Entry: Court VACATED Initial Case Management Conference and is in the process of reviewing the file. (Court Reporter None.) (ys, COURT STAFF) (Entered: 10/03/2003) |
| 01/26/2004 | 15 | NOTICE of Related Case C04–0137–SBA. (ys, COURT STAFF) (Filed on 1/26/2004) (Entered: 01/27/2004) |
| 02/09/2004 | 16 | ORDER RELATING CASE to C04–0137. Signed by Judge Susan Illston on 2/6/04. (ys, COURT STAFF) (Filed on 2/9/2004) (Entered: 02/10/2004) |
| 02/11/2004 | 17 | MOTION to Dismiss filed by John W. Sedwick, Stephen M. McNamee. Motion Hearing set for 3/26/2004 09:00 AM. (ys, COURT STAFF) (Filed on 2/11/2004) (Entered: 02/12/2004) |
| 02/11/2004 | | Proposed Order re 17 motion to dismiss by Stephen M. McNamee, John Sedwick. (ys, COURT STAFF) (Filed on 2/11/2004) (Entered: 02/12/2004) |
| 03/11/2004 | 18 | Reply Memorandum re 17 MOTION to Dismiss filed byJohn W. Sedwick, Stephen M. McNamee.(ys, COURT STAFF) (Filed on 3/11/2004) (Entered: 03/11/2004) |
| 03/22/2004 | 19 | ORDER by Judge Susan Illston granting 8 , 17 Motion to Dismiss by defendants Sedwick and McNamee, denying 12 Motion to Dismiss, and Dismissing remaining parties. Dismissing with prejudice the claims against defendants Wainscott, QBSL, Napolitano, and the Arizona State Bar for lack of personal jurisdiction and lack of service of process; Dismissing without prejudice the claims against defendants Marquez, United States, Ashcroft, Anderson, the California State Bar, Davis, Montoya and Plummer for lack of service of process (ys, COURT STAFF) (Filed on 3/22/2004) . (Entered: 03/24/2004) |
| 03/22/2004 | 20 | JUDGMENT: This action has been dismissed with prejudice as to defendants Wainscott et ux., Quarles &Brady Streich Lang, the Arizona State Bar, John Sedwick, Stephen M. McNamee, Janet Napolitano, John Porter, and Dan Grimmer, and has been dismissed without prejudice as to all other defendants. Judgment is entered accordingly. Signed by Judge Susan Illston on 3/19/04. (ys, COURT STAFF) (Filed on 3/22/2004) (Entered: 03/24/2004) |

**EXHIBIT G**

ADRMOP, CLOSED, ProSe, RELATE

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03−cv−03722

Foley v. Brady et al
Assigned to: Hon. Susan Illston
Relate Case Cases:   3:04−cv−00137−SI
                            3:04−cv−05364−SI
 Case in other court:   USCA, 04−16250
Cause: 28:1331 Fed. Question

Date Filed: 08/11/2003
Date Terminated: 05/26/2004
Jury Demand: Plaintiff
Nature of Suit: 330 Federal Employer's Liability
Jurisdiction: Federal Question

**Plaintiff**

**Darrell D. Foley**

represented by **Darrell D. Foley**
P.O. Box 7157
Berkeley, CA 94707
510−304−4006
PRO SE

V.

**Defendant**

**Lois Brady**

represented by **Vivian Hemmi Rhoe, Esq.**
Kornfield, Paul, Nyberg &Kunner, P.C.
1999 Harrison Street, Suite 2675
Oakland, CA 94612
510−763−1000
Fax: 510−273−8669
Email: v.rhoe@kornfieldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chris David Kuhner, Esq.**
Kornfield, Paul, Nyberg &Kunner, P.C.
1999 Harrison Street, Suite 2675
Oakland, CA 94612
510−763−1000
Email: c.kuhner@kornfieldlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard W. Wieking**

**Defendant**

**Michael Fallon**

represented by **Michael Fallon**
Attorney at Law
100 E Street, Suite 220
Santa Rosa, CA 95404
707−546−6770
Fax: 707−546−5775
PRO SE

**Defendant**

**Janice Marquez**

**Defendant**

**Edwin Wainscott**
*TERMINATED: 03/22/2004*

**Defendant**

**Quarles &Brady**
*TERMINATED: 03/22/2004*

**Defendant**

**Arizona State Bar**
*TERMINATED: 03/22/2004*

**Defendant**

**John W. Sedwick**
*TERMINATED: 03/22/2004*

**Defendant**

**Stephen M. McNamee**
*TERMINATED: 03/22/2004*

**Defendant**

**John Ashcroft**
*TERMINATED: 03/22/2004*

**Defendant**

**Samuel Miller**                    represented by   **Lynne Sarah Bourgault**
                                                      Folger Levin &Kahn LLP
                                                      Embarcadero Center West
                                                      275 Battery Street, 23rd Floor
                                                      San Francisco, CA 94111
                                                      415−986−2800
                                                      Fax: 415−986−2827
                                                      Email: lbourgault@flk.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Folger Levin &Kahn**               represented by   **Lynne Sarah Bourgault**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2003 | 1 | COMPLAINT *summons issued;* against Arizona State Bar, John Ashcroft, Lois Brady, Michael Fallon, Samuel Miller Folger, Janice Marquez, Stephen M. McNamee, Quarles &Brady, John W. Sedwick, Edwin Wainscott, Richard W. Wieking (Filing fee $150 receipt number 3350438). Filed by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 08/11/2003) |
| 08/11/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 12/12/2003. Case Management Conference set for 12/19/2003 at 02:00 PM. (ys, COURT STAFF) (Entered: 08/11/2003) |
| 08/11/2003 |  | Summons Issued as to Janice Marquez (ys, COURT STAFF) (Entered: 08/11/2003) |
| 08/14/2003 | 3 | MOTION to Dismiss *all dismissal motions in three related complaints (C03−1010, C03−2481)* filed by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 08/15/2003) |
| 10/10/2003 | 4 | MOTION for evidentiary hearing to determine ability to pay , *MOTION to terminate pro hac vice representation,* MOTION to Stay *pending appeal* filed by pro se Darrell D. Foley. Motion Hearing set for 11/7/2003 09:00 AM. (ys, COURT STAFF) (Entered: 10/10/2003) |

| 10/10/2003 | 4 | MOTION to terminate pro hac vice representation filed by pro se Darrell D. Foley. Motion Hearing set for 11/7/2003 09:00 AM. (ys, COURT STAFF) (Entered: 10/10/2003) |
|---|---|---|
| 10/17/2003 | 5 | CLERK'S NOTICE Continuing Motion Hearing re 4 motion for evidentiary hearing to determine ability to pay/motion to terminate pro hac vice representation/motion to stay pending appeal. Motion Hearing set for 12/12/2003 09:00 AM. Plaintiff is directed to serve copies of this notice on all parties (ys, COURT STAFF) (Entered: 10/17/2003) |
| 10/31/2003 | 6 | MOTION to request Extension of Time to complete service of process filed by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 10/31/2003) |
| 11/05/2003 | 7 | MOTION to enter copy of 03 4752 AJ into record filed by pro se Darrell D. Foley. (ys, COURT STAFF) (Entered: 11/05/2003) |
| 12/01/2003 | 8 | MOTION to Amend/Correct, MOTION to Extend Service of Process filed by Darrell D. Foley. Motion Hearing set for 12/12/2003 09:00 AM. (ys, COURT STAFF) (Filed on 12/1/2003) (Entered: 12/01/2003) |
| 12/05/2003 | 9 | CLERK'S NOTICE: All motions noticed for argument on Friday, December 12, 2003, have been deemed submitted without oral argument. No appearances shall be made and the Court will issue an order deciding the pending motions. Plaintiff is directed to serve copies of this notice on all parties. (ys, COURT STAFF) (Filed on 12/5/2003) (Entered: 12/08/2003) |
| 12/08/2003 | 10 | Motion in support of stay by plaintiff Darrell D. Foley. (ys, COURT STAFF) (Filed on 12/8/2003) (Entered: 12/08/2003) |
| 12/17/2003 | 11 | NOTICE of Change of Address by Darrell D. Foley (ys, COURT STAFF) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 12/17/2003 | 12 | NOTIFICATION of Sale of Primary Residence by Darrell D. Foley. (ys, COURT STAFF) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 12/22/2003 | 13 | NOTIFICATION OF FINAL ACCOUNTING ON SALE OF REAL PROPERTY by Darrell D. Foley. (ys, COURT STAFF) (Filed on 12/22/2003) (Entered: 12/22/2003) |
| 01/06/2004 | 14 | MOTION for consideration of additional information for complaint and motions under submission filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 1/6/2004) (Entered: 01/06/2004) |
| 01/14/2004 | 15 | MOTION for consideration of additional information for motions under submission; MOTION for Leave to File an Amended Complaint filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 1/14/2004) (Entered: 01/14/2004) |
| 01/20/2004 | 16 | MOTION to Request a Temporary Restraining Order against defendant/ MOTION to remove any outstanding restraining orders against plaintiff filed by Darrell D. Foley. Motion Hearing set for 1/30/2004 09:00 AM. (ys, COURT STAFF) (Filed on 1/20/2004) (Entered: 01/20/2004) |
| 01/22/2004 | 17 | MOTION to Request Temporary Restraining Order against defendant Janice Marquez filed by Darrell D. Foley. Motion Hearing set for 1/30/2004 09:00 AM. (ys, COURT STAFF) (Filed on 1/22/2004) (Entered: 01/22/2004) |
| 01/23/2004 | 18 | MOTION to Quash filed by Darrell D. Foley. Motion Hearing set for 1/30/2004 09:00 AM. (ys, COURT STAFF) (Filed on 1/23/2004) (Entered: 01/23/2004) |
| 01/26/2004 | 19 | MOTION to Compel acceptance of service of process/notification of intent to purchase firearm filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 1/26/2004) (Entered: 01/26/2004) |
| 02/11/2004 | 20 | MOTION to include related district court filings filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 2/11/2004) (Entered: 02/11/2004) |
| 02/24/2004 | 21 | MOTION to Consolidate Cases (3−2481,3−3722,04−0137)/Objection to Dismissal of defendant Sedwick filed by Darrell D. Foley. Motion Hearing set for 3/26/2004 09:00 AM. (ys, COURT STAFF) (Filed on 2/24/2004) (Entered: 02/24/2004) |
| 02/25/2004 | 22 | Amended MOTION to Consolidate Case 21 filed by Darrell D. Foley. Motion Hearing set for 4/9/2004 09:00 AM. (ys, COURT STAFF) (Filed on 2/25/2004) (Entered: |

| | | 02/25/2004) |
|---|---|---|
| 03/01/2004 | 23 | MOTION to include affidavit of Bethanie Marquez into Court record filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/1/2004) (Entered: 03/01/2004) |
| 03/04/2004 | 24 | MOTION to include background information into the record filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/4/2004) (Entered: 03/04/2004) |
| 03/08/2004 | 25 | MOTION to add Bethanie Marquez as a plaintiff in the consolidated action filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/8/2004) (Entered: 03/08/2004) |
| 03/19/2004 | 26 | MOTION to present evidence of judicial bias and retaliation on teh part of Edwar Jellen filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/19/2004) (Entered: 03/23/2004) |
| 03/22/2004 | 27 | Amended MOTION re 26 MOTION to present evidence of judicial bias and retaliation on the part of Edwar Jellen. filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/22/2004) (Entered: 03/23/2004) |
| 03/22/2004 | 28 | ORDER dismissing certain defendants; requiring service of process on all remaining defendants to be completed by 4/5/04 ; denying motion to consolidate; and denying remaining motions by Judge Susan Illston. Defendants Wainscott et ux., Quarles &Brady Streich Lang, the Arizona State Bar, John Sedwick, Stephen M. McNamee, and John Ashcroft are dismissed with prejudice from this action. Plaintiff must serve the remaining defendants and file a proof of service no later than 4/5/04, or this action will be dismissed 6 , 8 ; Denying 21 , 22 Motion to consolidated ; All other pending motions 3 , 4 , 7 , 10 , 14 , 15 , 16 , 17 , 18 , 19 , 20 , 23 , 24 and 25 are denied without prejudice to refiling after service of process on all remaining defendants has been effected. (ys, COURT STAFF) (Filed on 3/22/2004) (Entered: 03/24/2004) |
| 03/26/2004 | | Summons Issued as to Lois Brady, Michael Fallon, John Ashcroft, Samuel Miller, U.S.Dept. of Justice (SF). (ys, COURT STAFF) (Filed on 3/26/2004) (Entered: 03/29/2004) |
| 03/30/2004 | 29 | SUMMONS Returned (proof of service was not fill out) on US Dept. of Justice (SF) by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/30/2004) (Entered: 03/30/2004) |
| 04/02/2004 | 30 | CERTIFICATE OF SERVICE of Process; motion to request substitute service for defendant Marquez/motion to extend time to serve Marquez/motion for sanctions in re Fallon &Marquez by Darrell D. Foley (ys, COURT STAFF) (Filed on 4/2/2004). (Entered: 04/02/2004) |
| 04/05/2004 | 31 | MOTION to notice third affidavit in support of sanctions for avoidance of service of process. filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 4/5/2004) (Entered: 04/05/2004) |
| 04/16/2004 | 32 | MOTION to Dismiss for failure to state a claim filed by Samuel Miller. Motion Hearing set for 5/28/2004 09:00 AM. (ys, COURT STAFF) (Filed on 4/16/2004) (Entered: 04/19/2004) |
| 04/16/2004 | 33 | MEMORANDUM in Support re 32 motion dismiss filed by Samuel Miller. (Related document(s) 32 ) (ys, COURT STAFF) (Filed on 4/16/2004) (Entered: 04/19/2004) |
| 04/16/2004 | 34 | Request for Judicial Notice re 32 motion to dismiss filed by Samuel Miller. (Related document(s) 32 ) (ys, COURT STAFF) (Filed on 4/16/2004) (Entered: 04/19/2004) |
| 04/16/2004 | 0 | Proposed Order re 32 motion to dismiss by Samuel Miller. (ys, COURT STAFF) (Filed on 4/16/2004) . (Entered: 04/19/2004) |
| 04/16/2004 | 35 | MOTION to Dismiss for failure to effect service filed by Folger Levin &Kahn. Motion Hearing set for 5/28/2004 09:00 AM. (ys, COURT STAFF) (Filed on 4/16/2004) (Entered: 04/19/2004) |
| 04/16/2004 | | Proposed Order re 35 specially appearing defendant Folger Levin &Kahn's motion to dismiss for failure to effect service by Folger Levin &Kahn. (ys, COURT STAFF) (Filed on 4/16/2004) (Entered: 04/19/2004) |
| 04/16/2004 | 36 | MEMORANDUM in Support re 35 motion to dismiss filed by Folger Levin &Kahn. (Related document(s) 35 ) (ys, COURT STAFF) (Filed on 4/16/2004) (Entered: |

| | | 04/19/2004) |
|---|---|---|
| 04/16/2004 | 37 | CERTIFICATE OF SERVICE by Samuel Miller re 32 MOTION to Dismiss, 33 Memorandum in Support, 34 Request for Judicial Notice, 35 MOTION to Dismiss, 36 Memorandum in Support , *proposed orders.* (ys, COURT STAFF) (Filed on 4/16/2004) (Entered: 04/19/2004) |
| 04/20/2004 | 38 | MOTION TO NOTICE Plaintiff's OBJECTIONS to re 32 defendant Sam Miller's motion to dismiss by Darrell D. Foley. (ys, COURT STAFF) (Filed on 4/20/2004) (Entered: 04/20/2004) |
| 04/22/2004 | 39 | NOTICE of Recusal by Darrell D. Foley. (ys, COURT STAFF) (Filed on 4/22/2004) (Entered: 04/22/2004) |
| 04/23/2004 | 40 | ANSWER to Complaint by Michael Fallon. (ys, COURT STAFF) (Filed on 4/23/2004) (Entered: 04/26/2004) |
| 04/23/2004 | 41 | DECLARATION of Michael Fallon in Opposition to motion for sanctions filed by Michael Fallon. (ys, COURT STAFF) (Filed on 4/23/2004) (Entered: 04/26/2004) |
| 04/23/2004 | | Received Document Application for order shortening time and proposed order thereon by Michael Fallon. (ys, COURT STAFF) (Filed on 4/23/2004) (Entered: 04/26/2004) |
| 04/26/2004 | 42 | Supplemental notice of fourth affidavit in regard to avoidance of service/ MOTION to request substitute method of service filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 4/26/2004) (Entered: 04/27/2004) |
| 04/27/2004 | 43 | Notification of plaintiff's OBJECTIONS to defendant Michael Fallon's motion to dismiss 12(b)(6) by Darrell D. Foley. (ys, COURT STAFF) (Filed on 4/27/2004) (Entered: 04/28/2004) |
| 04/30/2004 | 44 | MOTION to notice fifth filing in support of sanctions for avoidance of service/Request for finding of unprofessional conduct filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 4/30/2004) (Entered: 04/30/2004) |
| 05/03/2004 | 45 | Motion to REQUEST a continuance for May 7th 2004 hearing scheduled at 9:00 a.m. by Darrell D. Foley. (ys, COURT STAFF) (Filed on 5/3/2004) (Entered: 05/03/2004) |
| 05/03/2004 | 46 | ORDER denying attorney Michael C. Fallon's application for order shortening time. Mr. Fallon may file his motion to dismiss so that it may be heard along with the following motions which are currently scheduled for oral argument on 5/28/04 at 9:00 a.m.. 1. motion to dismiss for failure to effect service filed by Folger Levin &Kahn, 2. motion to dismiss for failure to state a claim filed by Samuel Miller. Signed by Judge Susan Illston on 4/30/04. (ys, COURT STAFF) (Filed on 5/3/2004) (Entered: 05/04/2004) |
| 05/10/2004 | 47 | MOTION to Dismiss or, in the alternative, MOTION for Judgment on the Pleadings filed by Michael Fallon. Motion Hearing set for 5/28/2004 09:00 AM. (ys, COURT STAFF) (Filed on 5/10/2004) (Entered: 05/10/2004) |
| 05/10/2004 | 48 | Request for Judicial Notice re 47 motion to dismiss or, in the alternative, for Judgment on the pleadings filed by Michael Fallon. (Related document(s) 47 ) (ys, COURT STAFF) (Filed on 5/10/2004) (Entered: 05/10/2004) |
| 05/10/2004 | | Proposed Order re 47 motion to dismiss complaint or, in the alternative, for judgment on the pleadings by Michael Fallon. (ys, COURT STAFF) (Filed on 5/10/2004) (Entered: 05/10/2004) |
| 05/11/2004 | 49 | MOTION to Dismiss for lack of subject matter jurisdiction and failure to state a claim filed by Lois Brady. Motion Hearing set for 6/18/2004 09:00 AM. (ys, COURT STAFF) (Filed on 5/11/2004) (Entered: 05/11/2004) |
| 05/11/2004 | | Proposed Order re 49 motion to dismiss by Lois Brady. (ys, COURT STAFF) (Filed on 5/11/2004) (Entered: 05/11/2004) |
| 05/14/2004 | 50 | Reply Memorandum re 32 MOTION to Dismiss by Samuel Miller, 35 MOTION to Dismiss by Folger Levin &Kahn filed by Folger Levin &Kahn, Samuel Miller. (ys, COURT STAFF) (Filed on 5/14/2004) (Entered: 05/17/2004) |

| 05/17/2004 | 51 | MOTION to include supplemental arguments in objection to dismissal of any defendant/Motion to included arguments in support of right to amend (oral arguments waived) filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 5/17/2004) (Entered: 05/17/2004) |
| 05/18/2004 | 52 | REQUEST to transfer of appeal to Honorable Judge Susan Illston by Darrell D. Foley. (gba, COURT STAFF) (Filed on 5/18/2004) (Entered: 05/21/2004) |
| 05/19/2004 | 53 | MOTION to Stay appeal under BR 8002(b) filed by Darrell D. Foley. (gba, COURT STAFF) (Filed on 5/19/2004) (Entered: 05/21/2004) |
| 05/24/2004 | 54 | REQUEST judicial notice of tactical advantage gained through avoidance of service / evidence of the continuity of the enterprise by Darrell D. Foley. (gba, COURT STAFF) (Filed on 5/24/2004) (Entered: 05/26/2004) |
| 05/24/2004 | 55 | REQUEST judicial notice of Edward Wainscot's control and authority over continuity of the enterprise by Darrell D. Foley. (gba, COURT STAFF) (Filed on 5/24/2004) (Entered: 05/26/2004) |
| 05/25/2004 | 56 | Reply in Objection to motion for dismissal of Lois Brady filed by Darrell D. Foley. (gba, COURT STAFF) (Filed on 5/25/2004) (Entered: 06/01/2004) |
| 05/26/2004 | 57 | ORDER by Judge Susan Illston that the court hereby GRANTS the pending motions to dismiss [32,35,47]; DENIES all requests to extend the time for service of process or for substitute service; and DISMISSES this action with prejudice. All pending motions shall be terminated. (gba, COURT STAFF) (Filed on 5/26/2004) (Entered: 06/01/2004) |
| 05/26/2004 | 58 | JUDGMENT by Judge Susan Illston that this action has been dismissed in its entirety as to all defendants. Judgment is entered accordingly. ***Civil Case Terminated. (gba, COURT STAFF) (Filed on 5/26/2004) (Entered: 06/01/2004) |
| 06/03/2004 | 59 | NOTICE OF APPEAL as to 57 Order on Motion to Dismiss, Order on Motion for Judgment on the Pleadings, 58 Judgment, Terminated Case by Darrell D. Foley. Filing fee $ 255.00, receipt number 3360467. (gba, COURT STAFF) (Filed on 6/3/2004) (Entered: 06/04/2004) |
| 06/03/2004 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 59 Notice of Appeal (gba, COURT STAFF) (Filed on 6/3/2004) (Entered: 06/04/2004) |
| 06/03/2004 | | Copy of Notice of Appeal and Docket sheet mailed to all counsel (gba, COURT STAFF) (Filed on 6/3/2004) (Entered: 06/04/2004) |
| 06/03/2004 | 60 | TRANSCRIPT DESIGNATION by Darrell D. Foley for proceedings held on No Dates Designated. (gba, COURT STAFF) (Filed on 6/3/2004) (Entered: 06/04/2004) |
| 06/03/2004 | | Certificate of Record Mailed to USCA re appeal 59 : (gba, COURT STAFF) (Filed on 6/3/2004) (Entered: 06/04/2004) |
| 06/24/2004 | | USCA Case Number 04–16250 for 59 Notice of Appeal filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 6/24/2004) (Entered: 06/25/2004) |
| 08/30/2004 | 61 | ORDER of USCA as to 59 Notice of Appeal filed by Darrell D. Foley : This Appeal is dismissed for failure to file the opening brief on appeal in this case. (ys, COURT STAFF) (Filed on 8/30/2004) (Entered: 08/31/2004) |
| 08/30/2004 | 62 | CLERKS Letter Spreading Mandate to Counsel : Appeal is dismissed for failure to file the opening brief on appeal in this case. (ys, COURT STAFF) (Filed on 8/30/2004) (Entered: 08/31/2004) |
| 02/25/2005 | 63 | ORDER : Directing the clerk to prepare a "Related Case Order" that the following cases may be related within the meaning of Civil L.R. 3–12(b): 03–3722–SI, 04–3576–SBA, 04–137–SI, 04–5364–WHA. Signed by Judge Saundra Brown Armstrong on 2/24/05. (ys, COURT STAFF) (Filed on 2/25/2005) (Entered: 03/03/2005) |
| 03/08/2005 | 64 | ORDER RELATING CASE 04–3576, 04–5364, 04–0137. Signed by Judge Susan Illston on 3/8/05. (ys, COURT STAFF) (Filed on 3/8/2005) (Entered: 03/10/2005) |

**EXHIBIT H**

CLOSED, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:04−cv−00137−SI

Foley v. Sedwick                                      Date Filed: 01/12/2004
Assigned to: Hon. Susan Illston                      Date Terminated: 04/19/2004
Relate Case Cases:  3:03−cv−03722                     Jury Demand: None
                    3:04−cv−05364−SI                  Nature of Suit: 423 Bankruptcy Withdrawl
Cause: 28:0157 Motion for Withdrawal of Reference     Jurisdiction: Federal Question

**Plaintiff**

**Darrell D. Foley**                     represented by   **Darrell D. Foley**
                                                          20115 Redwood Road
                                                          Unit 11
                                                          Castro Valley, CA 94546
                                                          510−733−9873
                                                          PRO SE

V.

**Defendant**

**John Sedwick**                         represented by   **Andrew Y.S. Cheng**
                                                          U.S. Attorney's Office
                                                          Civil Division
                                                          450 Golden Gate Ave., 10th Fl.
                                                          San Francisco, CA 94102−3495
                                                          415−436−6813
                                                          Fax: 415−436−6748
                                                          Email: andrew.cheng@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Miscellaneous**

**U.S. Bankruptcy Court, Northern**       represented by   **U.S. Bankruptcy Court, Northern**
**District of CA**                                        **District of CA**
                                                          1300 Clay Street
                                                          Suite 300
                                                          Oakland, CA 94612
                                                          510−879−3600
                                                          PRO SE

**Miscellaneous**

**Bankruptcy Judge Edward D. Jellen**     represented by   **Edward D. Jellen**
                                                          U.S. Bankruptcy Court, Norther District of
                                                          CA
                                                          1300 Clay Street
                                                          Suite 300
                                                          Oakland, CA 94612
                                                          PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2004 | 1 | Notice of Withdrawal of Adversary Proceeding; Bankruptcy Court case number 03−4752. File Received. Upon Order of the Court by Judge Edward D. Jellen. (jlm, COURT STAFF) (Filed on 1/12/2004) (Entered: 01/15/2004) |
| 01/12/2004 | 2 | BANKRUPTCY CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 4/7/2004. Case Management Conference set for 4/14/2004 03:00 PM. (jlm, COURT STAFF) (Filed on 1/12/2004) (Entered: |

|  |  | 01/15/2004) |
|---|---|---|
| 01/26/2004 | 3 | NOTICE of Related Case C–03–2481–SI (jlm, COURT STAFF) (Filed on 1/26/2004) (Entered: 01/26/2004) |
| 01/27/2004 | 4 | CLERK'S NOTICE Telephonic Case Management Conference set for 4/14/2004 at 03:45 PM. (jlm, COURT STAFF) (Filed on 1/27/2004) (Entered: 01/29/2004) |
| 02/09/2004 | 5 | ORDER RELATING CASE to 3–2481. Case reassigned to Judge Susan Illston for all further proceedings. Judge Saundra Brown Armstrong no longer assigned to case. Signed by Judge Susan Illston on 2/6/04. (ys, COURT STAFF) (Filed on 2/9/2004) (Entered: 02/10/2004) |
| 02/10/2004 | 6 | MOTION to Compel Defendants to Answer Complaint filed by Darrell D. Foley. (jlm, COURT STAFF) (Filed on 2/10/2004) (Entered: 02/11/2004) |
| 02/11/2004 | 7 | MOTION to Dismiss filed by John Sedwick, Stephen M. McNamee. Motion Hearing set for 3/26/2004 09:00 AM. (ys, COURT STAFF) (Filed on 2/11/2004) (Entered: 02/12/2004) |
| 02/11/2004 |  | Proposed Order re 7 motion to dismiss by Stephen M. McNamee John Sedwick. (ys, COURT STAFF) (Filed on 2/11/2004) (Entered: 02/12/2004) |
| 03/11/2004 | 8 | Reply Memorandum re 7 MOTION to Dismiss filed by John W. Sedwick, Stephen M. McNamee. (ys, COURT STAFF) (Filed on 3/11/2004) (Entered: 03/11/2004) |
| 03/31/2004 | 9 | Minute Entry: Motion Hearing held on 3/26/2004 before Susan Illston (Date Filed: 3/31/2004) re 7 MOTION to Dismiss filed by John Sedwick. Motion submitted. (Court Reporter Leo Mankiewicz.) (ys, COURT STAFF) (Date Filed: 3/31/2004) (Entered: 03/31/2004) |
| 04/19/2004 | 10 | MOTION to notice voluntary dismissal filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 4/19/2004) (Entered: 04/19/2004) |
| 04/19/2004 | 11 | ORDER granting Dismissal of action. Plaintiff's request to dismiss this action is granted 10 . The action is dismissed without leave to amend. Signed by Judge Susan Illston on 4/19/04. (ys, COURT STAFF) (Filed on 4/19/2004) (Entered: 04/20/2004) |
| 04/19/2004 | 12 | JUDGMENT : This action has been dismissed at plaintiff's request. Judgment is entered accordingly. Signed by Judge Susan Illston on 4/19/04. (ys, COURT STAFF) (Filed on 4/19/2004) (Entered: 04/20/2004) |
| 02/25/2005 | 13 | ORDER: Directing the clerk to prepare a "Related Case Order" that the following cases may be related within the meaning of Civil L.R.3–12(b): 03–3722–SI, 04–137–SI, 04–3576–SBA, 04–5364–WHA. Signed by Judge Saundra Brown Armstrong on 2/24/05. (ys, COURT STAFF) (Filed on 2/25/2005) (Entered: 03/03/2005) |
| 03/08/2005 | 14 | ORDER RELATING CASE 3–3722, 04–3576, 04–5364. Signed by Judge Susan Illston on 3/8/05. (ys, COURT STAFF) (Filed on 3/8/2005) (Entered: 03/10/2005) |

**EXHIBIT I**

CLOSED, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:04−cv−03576−JSW

Foley v. Brady et al
Assigned to: Hon. Jeffrey S. White
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Date Filed: 08/25/2004
Date Terminated: 01/09/2006
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Darrell D. Foley**                    represented by **Darrell D. Foley**
                                        P.O. Box 7157
                                        Berkeley, CA 94707
                                        510−304−4006
                                        PRO SE

V.

**Appellee**

**Lois Brady**                          represented by **Charles Daniel Novack, Esq.**
                                        Law Office of Charles Novack
                                        409 13th Street, 10th Floor
                                        Oakland, CA 94612
                                        (510) 465−1000
                                        Fax: (510) 740−3575
                                        Email: charles@cnovack.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Appellee**

**Vivian Rhoe**                         represented by **Charles Daniel Novack, Esq.**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Appellee**

**Kornfield Paul &Nyberg**              represented by **Charles Daniel Novack, Esq.**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Bankruptcy Judge Edward D. Jellen**   represented by **Edward D. Jellen**
                                        U.S. Bankruptcy Court
                                        1300 Clay Street
                                        Oakland, CA 94612
                                        PRO SE

                                        **Andrew Y.S. Cheng**
                                        U.S. Attorney's Office
                                        Civil Division
                                        450 Golden Gate Ave., 10th Fl.
                                        San Francisco, CA 94102−3495
                                        415−436−6813
                                        Fax: 415−436−6748
                                        Email: andrew.cheng@usdoj.gov
                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**U.S. Bankruptcy Court, Northern**
**District of CA**

represented by **U.S. Bankruptcy Court, Northern**
**District of CA**
Clerk of the Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94104−7341
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT; No process. Bankruptcy Court case number 04−3104 TC. File received. Filed by Darrell D. Foley. (jlm, COURT STAFF) (Filed on 8/25/2004) (Entered: 08/30/2004) |
| 08/25/2004 | 2 | NOTICE OF FILING OF BANKRUPTCY APPEAL &SCHEDULING ORDER: Status Conference set for 12/1/2004 03:00 PM. (jlm, COURT STAFF) (Filed on 8/25/2004) (Entered: 08/30/2004) |
| 09/10/2004 | 3 | CLERK'S NOTICE: Scheduling Conference MOVED to 01/12/05 at 3:15 PM, via telephone. (jlm, COURT STAFF) (Filed on 9/10/2004) (Entered: 09/14/2004) |
| 09/10/2004 | | Set Deadlines/Hearings: re 3 Scheduling Conference set for 1/12/2005 03:15 PM. (jlm, COURT STAFF) (Filed on 9/10/2004) (Entered: 09/14/2004) |
| 12/14/2004 | 4 | MOTION to Stay filed by Darrell D. Foley. Motion Hearing set for 2/1/2005 01:00 PM. (jlm, COURT STAFF) (Filed on 12/14/2004) (Entered: 12/16/2004) |
| 12/28/2004 | 5 | NOTICE of Related Case: C−04−5364−WHA (jlm, COURT STAFF) (Filed on 12/28/2004) (Entered: 12/29/2004) |
| 12/30/2004 | 6 | JOINT CASE MANAGEMENT STATEMENT filed by Darrell D. Foley, Lois Brady, Vivian Rhoe, Kornfield Paul &Nyberg. (jlm, COURT STAFF) (Filed on 12/30/2004) (Entered: 01/03/2005) |
| 01/05/2005 | 7 | CLERK'S NOTICE Case Management Conference continued to 2/1/2005 01:00 PM. to follow hearing on the motion. (lrc, ) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/05/2005 | 8 | Reply Memorandum *Appellee's Response to Clerk's Notice of January 5, 2005* filed byLois Brady, Vivian Rhoe, Kornfield Paul &Nyberg, Edward D. Jellen. (Attachments: # Certificate of Service)(Novack, Charles) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/12/2005 | 9 | CASE MANAGEMENT STATEMENT filed by Darrell D. Foley. (jlm, COURT STAFF) (Filed on 1/12/2005) (Entered: 01/13/2005) |
| 01/24/2005 | 10 | MEMORANDUM in Support of Csae Management Conference filed byDarrell D. Foley. (kc, COURT STAFF) (Filed on 1/24/2005) (Entered: 02/02/2005) |
| 01/24/2005 | 11 | MOTION for Leave to Proceed in forma pauperis filed by Darrell D. Foley. (kc, COURT STAFF) (Filed on 1/24/2005) (Entered: 02/02/2005) |
| 01/27/2005 | 12 | ORDER by Judge Saundra Brown Armstrong DENYING WITHOUT PREJUDICE AS MOOT 4 Motion to Stay, DENYING 11 Motion for Leave to Proceed in forma pauperis. Appellant must pay filing within (30) thirty−days of this Order. The Telephonic Case Management Conference is CONTINUED to 04/06/05 at 3:00 PM. (jlm, COURT STAFF) (Filed on 1/27/2005) (Entered: 02/02/2005) |

| 01/27/2005 | | Set Deadlines/Hearings: Case Management Conference set for 4/6/2005 03:00 PM. (jlm, COURT STAFF) (Filed on 1/27/2005) (Entered: 02/02/2005) |
|---|---|---|
| 02/16/2005 | 13 | NOTICE OF APPEAL as to 12 Order on Motion to Stay, Order on Motion for Leave to Proceed in forma pauperis, by Darrell D. Foley. Appeal Record due by 3/18/2005. (jlm, COURT STAFF) (Filed on 2/16/2005) (Entered: 02/17/2005) |
| 02/25/2005 | <u>14</u> | ORDER, signed by Judge SAUNDRA BROWN ARMSTRONG on 02/24/2005. (sbasec, COURT STAFF) (Filed on 2/25/2005) Modified on 2/25/2005 (sbasec, COURT STAFF). (Entered: 02/25/2005) |
| 02/25/2005 | 15 | ORDER NOT RELATING CASE: C−04−5364−WHA. Signed by Judge Saundra Brown Armstrong on 02/23/05. (jlm, COURT STAFF) (Filed on 2/25/2005) (Entered: 03/01/2005) |
| 03/01/2005 | | Mailed request for payment of docket fee to appellant (cc to USCA). (jlm, COURT STAFF) (Filed on 3/1/2005) Modified on 3/1/2005 (jlm, COURT STAFF). (Entered: 03/01/2005) |
| 03/01/2005 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 13 Notice of Appeal. Counsel notified. (jlm, COURT STAFF) (Filed on 3/1/2005) (Entered: 03/01/2005) |
| 03/08/2005 | 16 | ORDER RELATING CASE 03−3722, 04−5364, 04−0137. Case reassigned to Judge Susan Illston for all further proceedings. Judge Saundra Brown Armstrong no longer assigned to case. Signed by Judge Susan Illston on 3/8/05. (ys, COURT STAFF) (Filed on 3/8/2005) (Entered: 03/10/2005) |
| 03/14/2005 | 17 | NOTICE OF APPEAL as to 12 Order on Motion to Stay, Order on Motion for Leave to Proceed in forma pauperis, by Darrell D. Foley. Appeal Record due by 4/13/2005. (ys, COURT STAFF) (Filed on 3/14/2005) (Entered: 03/17/2005) |
| 03/14/2005 | 18 | NOTICE of Grant of In Forma Pauperis Status According to U.S.C. ss1915 by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/14/2005) (Entered: 03/17/2005) |
| 03/14/2005 | | Transmission of Notice of Appeal, Appeal Filing Fee Information and Docket Sheet to US Court of Appeals re 17 Notice of Appeal. (ys, COURT STAFF) (Filed on 3/14/2005) (Entered: 03/17/2005) |
| 03/23/2005 | | USCA Case Number 5−15448 for 17 Notice of Appeal filed by Darrell D. Foley. (ys, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/25/2005 | | USCA Case Number 05−15339 for 13 Notice of Appeal filed by Darrell D. Foley. (jlm, COURT STAFF) (Filed on 3/25/2005) (Entered: 03/29/2005) |
| 05/06/2005 | 19 | USCA JUDGMENT as to 17 Notice of Appeal: Dismissed for lack of jurisdiction. (ys, COURT STAFF) (Filed on 5/6/2005) (Entered: 05/09/2005) |
| 05/06/2005 | 20 | CLERKS Letter Spreading Mandate to Counsel re 17 Notice of Appeal: Dismissed for lack of jurisdiction. (ys, COURT STAFF) (Filed on 5/6/2005) (Entered: 05/09/2005) |
| 06/06/2005 | 21 | ORDER of USCA: A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure. Pursuant to Ninth Circuit Rule 42−1, this appeal is dismissed for failure to comply with the rules requiring processing the appeal to hearing. A Certified copy of this order sent to the district court or Bankruptcy Appellate Panel shall act as and for the mandate of this court as to 13 Notice of Appeal, filed by Darrell D. Foley. (aaa, Court Staff) (Filed on 6/6/2005) (Entered: 06/10/2005) |

| 06/10/2005 | 22 | MANDATE of USCA: Clerk's Letter Spreading the Mandate as to 13 Notice of Appeal, filed by Darrell D. Foley, (aaa, Court Staff) (Filed on 6/10/2005) (Entered: 06/10/2005) |
| 08/08/2005 | 23 | ORDER OF RECUSAL pursuant to Section F. of the Assignment Plan of this Court. Judge Susan Illston recused. Signed by Judge Susan Illston on 8/8/5. (ys, COURT STAFF) (Filed on 8/8/2005) (Entered: 08/10/2005) |
| 08/10/2005 | 24 | ORDER REASSIGNING CASE. Case reassigned to Judge Jeffrey S. White for all further proceedings.. Signed by e the Executive Committee on 8/10/05. (ys, COURT STAFF) (Filed on 8/10/2005) (Entered: 08/11/2005) |
| 01/09/2006 | 25 | ORDER DISMISSING CASE without prejudice for failure to effect appeal of bankruptcty court decision. ***Civil Case Terminated. Signed by Judge Jeffrey S. White on 1/9/06. (epb, COURT STAFF) (Filed on 1/9/2006) (Entered: 01/09/2006) |

**EXHIBIT J**

CLOSED, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:04−cv−05364−SI

Foley v. Jellen et al
Assigned to: Hon. Susan Illston
Relate Case Cases:   3:04−cv−00137−SI
                              3:03−cv−03722
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 12/20/2004
Date Terminated: 05/05/2005
Jury Demand: Plaintiff
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**Plaintiff**

**Darrell D. Foley**

represented by **Darrell D. Foley**
PO Box 7157
Berkeley, CA 94707
PRO SE

V.

**Defendant**

**Bankruptcy Judge Edward D. Jellen**

represented by **Edward D. Jellen**
U.S. Bankruptcy Court
1300 Clay Street
Oakland, CA 94612
PRO SE

**Defendant**

**US Bankruptcy Judge Thomas E. Carlson**

represented by **Thomas E. Carlson**
US Bankruptcy Court, SF
235 Pine Street
PO Box 7341
San Francisco, CA 94120
415−268−2300
PRO SE

**Defendant**

**Judge Randall J. Newsome**

represented by **Randall J. Newsome**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604
(510)879−3600
PRO SE

**Miscellaneous**

**U.S. Bankruptcy Court, Northern District of California, Oakland**

represented by **U.S. Bankruptcy Court, Northern District of California, Oakland**
1300 Clay Street
Suite 300
P.O. Box 2070
Oakland, CA 94604
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2004 | 1 | Withdrawal of Bankruptcy Reference Upon Order of the Court Bankruptcy Court case number 04−4376 AJ.. Filed byDarrell D. Foley. (sis, COURT STAFF) (Filed on 12/20/2004) (Entered: 12/21/2004) |

| 12/20/2004 | 2 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 3/17/2005. Case Management Conference set for 3/24/2005 11:00 AM. (sis, COURT STAFF) (Filed on 12/20/2004) (Entered: 12/21/2004) |
| 12/28/2004 | 3 | NOTICE of Related Case. Case No. C04−3576 SBA. (sis, COURT STAFF) (Filed on 12/28/2004) (Entered: 12/30/2004) |
| 02/18/2005 | 4 | MOTION to Object to Jurisdiction filed by Darrell D. Foley. Motion Hearing set for 3/24/2005 11:00 AM. (sis, COURT STAFF) (Filed on 2/18/2005) (Entered: 02/18/2005) |
| 02/25/2005 | 5 | ORDER NOT RELATING CASE: C−04−3576−SBA. Signed by Judge Saundra Brown Armstrong on 02/23/05. (jlm, COURT STAFF) (Filed on 2/25/2005) (Entered: 03/01/2005) |
| 03/08/2005 | 6 | ORDER RELATING CASE 03−3722, 04−3576, 04−0137. Case reassigned to Judge Susan Illston for all further proceedings. Judge William H. Alsup no longer assigned to case. Signed by Judge Susan Illston on 3/8/05. (ys, COURT STAFF) (Filed on 3/8/2005) (Entered: 03/10/2005) |
| 03/16/2005 | 7 | CLERK'S NOTICE Hearing with respect to the withdraw of reference shall be scheduled for oral argument on 5/6/05, at 9:00 a.m.. All parties shall comply with the local rules when briefing this motion. Case Management Conference set for 5/6/2005 02:00 PM. (ys, COURT STAFF) (Filed on 3/16/2005) (Entered: 03/17/2005) |
| 03/16/2005 | | Set Deadlines/Hearings: Motion Hearing with respect to the withdraw of reference set for 5/6/2005 09:00 AM. (ys, COURT STAFF) (Filed on 3/16/2005) (Entered: 03/17/2005) |
| 05/05/2005 | 8 | ORDER (1) Denying 4 plaintiff's "Motion to Objection to Jurisdictin" and Vacating May 6, 2005 hearing date; (2) DISMISSING plaintiff's complaint with prejudice. Signed by Judge Susan Illston on 5/3/5. (ys, COURT STAFF) (Filed on 5/5/2005) (Entered: 05/10/2005) |
| 05/05/2005 | 9 | JUDGMENT: This action has been dismissed with prejudice. Judgment is entered accordingly. Signed by Judge Susan Illston on 5/3/05. (ys, COURT STAFF) (Filed on 5/5/2005) (Entered: 05/10/2005) |
| 05/05/2005 | 10 | ORDER: Referral of Vexatious Litigation Determination. The issue of whether Foley should be considered a vexatious litigant by this District is hereby referred to the Chief Judge of the Northern District of California for his consideration. Signed by Judge Susan Illston on 5/3/5. (ys, COURT STAFF) (Filed on 5/5/2005) (Entered: 05/10/2005) |

**EXHIBIT K**

ADRMOP, CLOSED, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05−cv−01797−MMC

Foley v. Illston et al

Assigned to: Hon. Maxine M. Chesney

Demand: $0

Case in other court:  05−16161

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 05/02/2005

Date Terminated: 05/25/2005

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell D. Foley**                    represented by    **Darrell D. Foley**
P.O. Box 7157
Berkeley, CA 94707
510−228−5715
PRO SE

V.

**Defendant**

**Susan Illston**
*United States District Court Judge*

**Defendant**

**Sandra Brown**

**Defendant**

**William H. Alsup**
*United States District Court Judge*

**Defendant**

**Edward Jellen**

**Defendant**

**Thomas Carlson**

**Defendant**

**Randall Newsome**

**Defendant**

**Lois Brady**

**Defendant**

**Vivian Rhoe**

**Defendant**

**Andrew Novack**

**Defendant**

**Kornfield Paul &Nyberg**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 05/02/2005 | 1 | COMPLAINT &Demand for Jury Trial − [No Summons Issued] against Vivian Rhoe, Andrew Novack, Kornfield Paul &Nyberg, Judge Susan Illston, Sandra Brown, Judge William H. Alsup, Edward Jellen, Thomas Carlson, Randall Newsome &Lois Brady, [Filing Fee: Ifpp Entered on 5/2/05]. Filed by Pro se Plaintiff Darrell D. Foley. (tn, COURT STAFF) (Filed on 5/2/2005) (Entered: 05/03/2005) |
|---|---|---|
| 05/02/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 8/23/2005 &Initial Case Management Conference set for 8/30/2005 10:00 AM. (tn, COURT STAFF) (Filed on 5/2/2005) (Entered: 05/03/2005) |
| 05/02/2005 | 3 | EX−PARTE MOTION for Leave to Proceed in Forma Pauperis According to Civil L.R. 7−10(a) &MOTION for Court Service of Process According to U.S. C. Section 1915(d). Filed by Pro se Plaintiff Darrell D. Foley. (tn, COURT STAFF) (Filed on 5/2/2005) (Entered: 05/03/2005) |
| 05/04/2005 | 4 | RECUSAL ORDER Signed by Mag. Judge Elizabeth D. Laporte on 5/4/05 Recusing herself from hearing this matter &that the Clerk shall reassign this matter forthwith to another judge.(tn, COURT STAFF) (Filed on 5/4/2005) (Entered: 05/04/2005) |
| 05/05/2005 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Susan Illston for all further proceedings. Judge Elizabeth D. Laporte no longer assigned to case. Signed by EXECUTIVE COMMITTEE on 5/5/05. (ha, COURT STAFF) (Filed on 5/5/2005) (Entered: 05/05/2005) |
| 05/12/2005 | 6 | Recusal ORDER: Recusing and requesting the case be reassigned pursuant to the Assignment Plan of this Court. Signed by Judge Susan Illston on 5/11/05. (ys, COURT STAFF) (Filed on 5/12/2005) (Entered: 05/13/2005) |
| 05/13/2005 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Maxine M. Chesney for all further proceedings. Judge Susan Illston no longer assigned to case. Signed by Executive Committee on 5/13/05. (ys, COURT STAFF) (Filed on 5/13/2005) (Entered: 05/13/2005) |
| 05/25/2005 | 8 | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; DISMISSING ACTION signed by Judge Maxine M. Chesney on May 25, 2005. (mmcsec, COURT STAFF) (Filed on 5/25/2005) (Entered: 05/25/2005) |
| 05/25/2005 | 9 | JUDGMENT: DECISION BY COURT. IT IS ORDERED AND ADJUDGED 1. Plaintiff's application to proceed in forma pauperis is hereby DENIED. 2. Plaintiff's claims against defendants Illston, Armstrong, Alsup, Jellen, Carlson, Newsome, Brady, and Chung are hereby DISMISSED with prejudice. 3. The Court declines to exercise supplemental jurisdiction over plaintiff's claims against Rhoe, Novack, and Kornfield, Paul &Nyberg, and hereby DISMISSES such claims without prejudice to plaintiff's refiling them in state court. (aaa, Court Staff) (Filed on 5/25/2005) (Entered: 05/26/2005) |
| 06/20/2005 | 10 | NOTICE OF APPEAL as to 8 Order, 9 Judgment, by Darrell D. Foley. (aaa, Court Staff) (Filed on 6/20/2005) (Entered: 06/21/2005) |
| 06/20/2005 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 10 Notice of Appeal, (aaa, Court Staff) (Filed on 6/20/2005) (Entered: 06/21/2005) |
| 06/20/2005 | | Copy of Notice of Appeal and Docket sheet mailed to all counsel (aaa, Court Staff) (Filed on 6/20/2005) (Entered: 06/21/2005) |
| 06/20/2005 | | Certificate of Record Mailed to USCA re appeal 10 Notice of Appeal, : (aaa, Court Staff) (Filed on 6/20/2005) (Entered: 06/21/2005) |

| 06/20/2005 | | Mailed request for payment of docket fee to appellant (cc to USCA) (aaa, Court Staff) (Filed on 6/20/2005) (Entered: 06/21/2005) |
| 06/28/2005 | 11 | USCA Case Number 05−16161: RECEIPT OF ACKNOWLEDGMENT from the Ninth Circuit Court of Appeals for 10 Notice of Appeal, filed by Darrell D. Foley,. (aaa, Court Staff) (Filed on 6/28/2005) (Entered: 06/29/2005) |
| 07/05/2005 | | USCA Appeal Fees received $ 255 receipt number 3373929 re 10 Notice of Appeal, filed by Darrell D. Foley. (mcl, COURT STAFF) (Entered: 07/07/2005) |
| 10/26/2005 | | Certified and Transmitted Record on Appeal to US Court of Appeals re 10 Notice of Appeal (aaa, Court Staff) (Filed on 10/26/2005) (Entered: 10/27/2005) |
| 11/09/2005 | 12 | RECEIPT OF ACKNOWLEDGMENT from the United States Court of Appeals for the Ninth Circuit Record Transmittal Form. (aaa, Court Staff) (Filed on 11/9/2005) (Entered: 11/15/2005) |
| 07/10/2006 | 13 | USCA JUDGMENT : On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED as to 10 Notice of Appeal filed by Darrell D. Foley, (aaa, Court Staff) (Filed on 7/10/2006) (Entered: 07/11/2006) |
| 07/10/2006 | 14 | MANDATE of USCA: Clerk's letter spreading the mandate as to 10 Notice of Appeal filed by Darrell D. Foley. (aaa, Court Staff) (Filed on 7/10/2006) (Entered: 07/11/2006) |
| 11/20/2006 | 15 | Appeal Record Returned: 10 Notice of Appeal (sis, COURT STAFF) (Filed on 11/20/2006) (Entered: 11/22/2006) |

**EXHIBIT L**

CLOSED, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:06−cv−03888−JSW

Foley v. Brady et al
Assigned to: Hon. Jeffrey S. White
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 06/22/2006
Date Terminated: 03/07/2007
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**Plaintiff**

**Darrell D. Foley**
    represented by    **Darrell D. Foley**
2240 Ninth Street
Berkeley, CA 94710
PRO SE

V.

**Defendant**

**Lois I. Brady**
    represented by    **Chris David Kuhner, Esq.**
Kornfield, Paul, Nyberg &Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, CA 94612
510−763−1000
Email: c.kuhner@kornfieldlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief Judge Edward D. Jellen**
    represented by    **Edward D. Jellen**
United States Bankruptcy Court
Nothern District of California
1300 Clay St
PO Box 2070
Oakland, CA 94604−2070
PRO SE

**Stephen Lawrence Johnson**
U.S. Attorney's Office
450 Golden Gate Avenue
10th Floor, Civil Division
San Francisco, CA 94102
415−436−7161
Email: stephen.johnson1@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vivian H. Rhoe**
    represented by    **Chris David Kuhner, Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. District Court**
    represented by    **Kevin Vincent Ryan**
United States Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
415−436−6730
Fax: 415−436−6748

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Clerk's Office**                          represented by    **Kevin Vincent Ryan**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Charles Novak**                           represented by    **Charles Novak**
                                                              Law Offices of Charles Novak
                                                              409 13th Street
                                                              10th Floor
                                                              Oakland, CA 94612
                                                              510−465−1000
                                                              PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2006 | 1 | Withdrawal of Bankruptcy Reference Upon Order of the Court Bankruptcy Court case number 03−43140−EDJ−7 (Adversary No. 06−4175−RJN). Filed byDarrell D. Foley. (hdj, COURT STAFF) (Filed on 6/20/2006) (Entered: 06/27/2006) |
| 06/22/2006 | 2 | CLERK'S NOTICE RE: Bankruptcy Withdrawal of Reference. (hdj, COURT STAFF) (Filed on 6/22/2006) (Entered: 06/27/2006) |
| 07/13/2006 | 3 | NOTICE by Lois I. Brady, Vivian H. Rhoe *of Motion and Motion of Defendants Lois I. Brady, Vivian H. Rhoe &Kornfield, Paul &Nyberg, P.C. to Dismiss Complaint With Prejudice Or, In The Alternative, For A More Definite Statement Pursuant to Federal Rules of Civil Procedure 12(e)* (Kuhner, Chris) (Filed on 7/13/2006) (Entered: 07/13/2006) |
| 07/14/2006 | 4 | MOTION to Dismiss Complaint with Prejudice, or in the alternative, for a more definite statment pursuant to FRCP 12(e) filed by Lois I. Brady, Vivian H. Rhoe. Motion Hearing set for 8/25/2006 09:00 AM. (hdj, COURT STAFF) (Filed on 7/14/2006) (Entered: 07/18/2006) |
| 07/18/2006 | 5 | MOTION for Leave to Appear Amicus Curiae filed by Edward D. Jellen. (Attachments: # 1 Exhibit A − Proposed Motion to Dismiss)(Johnson, Stephen) (Filed on 7/18/2006) (Entered: 07/18/2006) |
| 07/18/2006 | 6 | Declaration of Stephen L. Johnson in Support of 5 MOTION for Leave to Appear Amicus Curiae filed byEdward D. Jellen. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit I# 9 Exhibit K# 10 Exhibit H−1# 11 Exhibit H−2# 12 Exhibit H−3# 13 Exhibit H−4# 14 Exhibit H−5# 15 Exhibit H−6# 16 Exhibit J−1# 17 Exhibit J−2# 18 Exhibit J−3# 19 Exhibit J−4# 20 Exhibit J−5# 21 Exhibit J−6)(Related document(s) 5 ) (Johnson, Stephen) (Filed on 7/18/2006) (Entered: 07/18/2006) |
| 07/18/2006 | 7 | Proposed Order re 5 MOTION for Leave to Appear Amicus Curiae by Edward D. Jellen. (Johnson, Stephen) (Filed on 7/18/2006) (Entered: 07/18/2006) |
| 07/18/2006 | 8 | CERTIFICATE OF SERVICE by Edward D. Jellen re 7 Proposed Order, 5 MOTION for Leave to Appear Amicus Curiae, 6 Declaration in Support,, (Johnson, Stephen) (Filed on 7/18/2006) (Entered: 07/18/2006) |
| 07/19/2006 | 9 | CERTIFICATE OF SERVICE by Edward D. Jellen re 5 MOTION for Leave to Appear Amicus Curiae (Johnson, Stephen) (Filed on 7/19/2006) (Entered: 07/19/2006) |

| 07/19/2006 | 10 | NOTICE by Edward D. Jellen re 5 MOTION for Leave to Appear Amicus Curiae (Attachments: # 1 Exhibit Certificate of Service)(Johnson, Stephen) (Filed on 7/19/2006) (Entered: 07/19/2006) |
|---|---|---|
| 07/19/2006 | 11 | CLERK'S NOTICE re: Documents E−Filed in a case not designated for ECF (hdj, COURT STAFF) (Filed on 7/19/2006) (Entered: 07/19/2006) |
| 07/21/2006 | 12 | Renotice motion hearing re 4 MOTION to Dismiss filed byLois I. Brady, Vivian H. Rhoe. Motion Hearing set for 9/1/2006 09:00 AM. (hdj, COURT STAFF) (Filed on 7/21/2006) (Entered: 07/24/2006) |
| 08/02/2006 | 13 | OBJECTIONS and Opposition to 4 MOTION to Dismiss by Darrell D. Foley. (hdj, COURT STAFF) (Filed on 8/2/2006) (Entered: 08/04/2006) |
| 08/17/2006 | 14 | Reply Brief on 5 MOTION for Leave to Appear Amicus Curiae Regarding Issues of Judicial Immunity by Edward D. Jellen, U.S. District Court. (hdj, COURT STAFF) (Filed on 8/17/2006) (Entered: 08/17/2006) |
| 08/21/2006 | 15 | RESPONSE to 13 Objection by Lois I. Brady, Vivian H. Rhoe. (hdj, COURT STAFF) (Filed on 8/21/2006) (Entered: 08/22/2006) |
| 08/28/2006 | 16 | ORDER Vacating the Hearing set for September 1, 2006. Signed by Judge Jeffrey S. White on 8/28/06. (hdj, COURT STAFF) (Filed on 8/28/2006) (Entered: 08/30/2006) |
| 12/13/2006 | 17 | Request for Judicial Notice filed byDarrell D. Foley. (hdj, COURT STAFF) (Filed on 12/13/2006) (Entered: 12/15/2006) |
| 12/15/2006 | 18 | NOTICE of Change of Address by Darrell D. Foley (hdj, COURT STAFF) (Filed on 12/15/2006) (Entered: 12/18/2006) |
| 12/15/2006 | 19 | Request for Judicial Notice filed byDarrell D. Foley. (hdj, COURT STAFF) (Filed on 12/15/2006) (Entered: 12/18/2006) |
| 01/10/2007 | 20 | CLERK'S NOTICE − The Court has reviewed the motion(s) to relate and determined that no cases are related and no reassignments shall occur. (jjo, COURT STAFF) (Filed on 1/10/2007) (Entered: 01/10/2007) |
| 03/07/2007 | 21 | ORDER by Judge Jeffrey S. White granting 4 Motion to Dismiss, finding as moot 5 Motion for Leave to Appear (jjo, COURT STAFF) (Filed on 3/7/2007) (Entered: 03/07/2007) |

**EXHIBIT M**

CLOSED, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:06−cv−05018−EDL

Foley v. Commissioner of the Internal Revenue Service
Assigned to: Magistrate Judge Elizabeth D. Laporte
Cause: 28:1331 Fed. Question

Date Filed: 08/21/2006
Date Terminated: 03/16/2007
Jury Demand: Plaintiff
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell D. Foley**

represented by **Darrell D. Foley**
2240 Ninth Street
Berkeley, CA 94710
510−540−9638
PRO SE

V.

**Defendant**

**Commissioner of the Internal Revenue Service**

represented by **Thomas Moore**
United States Attorney's Office
10th Floor Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
(415) 436−6935
Email: tom.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2006 | 1 | COMPLAINT against Commissioner of the Internal Revenue Service (Filing fee $ 350−ifpp). Filed byDarrell D. Foley. (hdj, COURT STAFF) (Filed on 8/21/2006) (Entered: 08/23/2006) |
| 08/21/2006 | 2 | STanding ORDER Initial Case Management Conference set for 11/21/2006 10:00 AM. (hdj, COURT STAFF) (Filed on 8/21/2006) (Entered: 08/23/2006) |
| 08/21/2006 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Darrell D. Foley. (hdj, COURT STAFF) (Filed on 8/21/2006) (Entered: 08/23/2006) |
| 08/21/2006 | 4 | CONSENT to Proceed Before a US Magistrate Judge by Darrell D. Foley.. (hdj, COURT STAFF) (Filed on 8/21/2006) (Entered: 08/23/2006) |
| 10/10/2006 | 5 | ORDER Signed by Mag. Judge Elizabeth D. Laporte on 10/10/2006 GRANTING re 3 Plaintiff's Request for Leave to Proceed in Forma Pauperis &for Issuance of Summons Upon Defendants. (tn, COURT STAFF) (Filed on 10/10/2006) (Entered: 10/12/2006) |
| 10/12/2006 | | SUMMONS Issued as to Commissioner of the Internal Revenue Service. (tn, COURT STAFF) (Entered: 10/12/2006) |
| 10/24/2006 | 6 | SUMMONS Returned Executed Upon The United States Attorney's Office on behalf of Defendant Commissioner of the Internal Revenue Service, Served Personally to Elsie Sato, Paralegal on 10/19/2006. (tn, COURT STAFF) (Filed on 10/24/2006) (Entered: 10/25/2006) |

| 11/14/2006 | 7 | CASE MANAGEMENT STATEMENT Filed by Federal Defendant Commissioner of the Internal Revenue Service. (tn, COURT STAFF) (Filed on 11/14/2006) (Entered: 11/15/2006) |
|---|---|---|
| 11/21/2006 | 8 | CIVIL MINUTES ENTRY: [Court Reporter: FTR Digital Recorder: 11:38a.m.–11:39a.m.] Initial Case Management Conference Held on 11/21/2006 before Mag.Judge Elizabeth D. Laporte. Defendant shall file its dispositive motion no later than 1/16/2007. (tn, COURT STAFF) (Date Filed: 11/21/2006) (Entered: 11/27/2006) |
| 11/22/2006 | 9 | CONSENT to Proceed Before a United States Magistrate Judge Filed by Federal Defendant Commissioner of the Internal Revenue Service. (tn, COURT STAFF) (Filed on 11/22/2006) (Entered: 11/27/2006) |
| 11/28/2006 | 10 | ORDER Signed by Mag. Judge Elizabeth D. Laporte on 11/28/2006 Following Initial Case Management Conference: Defendant shall file its dispositive motion no later than 1/16/2007 &to be noticed on the Court's law &motion calendar. (tn, COURT STAFF) (Filed on 11/28/2006) (Entered: 11/29/2006) |
| 12/14/2006 | 11 | NOTICE OF MOTION &MOTION to Dismiss &MEMORANDUM of Points &Authorities in Support Thereof Filed by Defendant Commissioner of the Internal Revenue Service.Motion Hearing set for 1/23/2007 at 9:00 A.M.. (tn, COURT STAFF) (Filed on 12/14/2006) (Entered: 12/15/2006) |
| 12/15/2006 | 12 | NOTICE of Change of Address to: 2240 Ninth Street, Berkeley, CA 94710 Filed by Pro se Plaintiff Darrell D. Foley. (tn, COURT STAFF) (Filed on 12/15/2006) (Entered: 12/18/2006) |
| 12/26/2006 | 13 | OPPOSITION to re 11 Defendant's MOTION to Dismiss Filed by Pro se PlaintiffDarrell D. Foley. (Related document(s) 11 ). (tn, COURT STAFF) (Filed on 12/26/2006) (Entered: 12/27/2006) |
| 01/04/2007 | 14 | REPLY to re 13 Plaintiff's Opposition to the United States' Motion to Dismiss. Filed by Defendant Commissioner of the Internal Revenue Service. (tn, COURT STAFF) (Filed on 1/4/2007) (Entered: 01/04/2007) |
| 01/23/2007 | 15 | CIVIL MINUTES ENTRY: [Court Reporter: Joan Columbini] Defendant's Motion to Dismiss – Held on 1/23/2007 before Mag. Judge Laporte &Matter Submitted. Order to be prepared by the Court. (tn, COURT STAFF) (Date Filed: 1/23/2007) (Entered: 01/24/2007) |
| 01/30/2007 | 16 | ADMINISTRATIVE MOTION to Consider Whether Cases Should be Related to C–06–7481–BZ Filed by Federal Defendant Commissioner of the Internal Revenue Service. (tn, COURT STAFF) (Filed on 1/30/2007) (Entered: 01/31/2007) |
| 02/21/2007 | 18 | RELATING CASE ORDER Signed by Mag. Judge Elizabeth D. Laporte on 2/21/2007 Relating Case to C–06–7481–EDL. (tn, COURT STAFF) (Filed on 2/21/2007) (Entered: 03/08/2007) |
| 03/06/2007 | 17 | SERVICE OF SUMMONS Returned Executed Upon Defendant Commissioner of the Internal Revenue Service – Served by Certified Mail on 10/25/2006. – [No acknowledgment Received as of 3/1/2007]. (tn, COURT STAFF) (Filed on 3/6/2007) (Entered: 03/07/2007) |
| 03/15/2007 | 19 | ORDER by Magistrate Judge Elizabeth D. Laporte granting 11 Motion to Dismiss (edllc2, COURT STAFF) (Filed on 3/15/2007) (Entered: 03/15/2007) |
| 03/16/2007 | 20 | JUDGMENT Signed by Mag. Judge Elizabeth D. Laporte on 3/15/2007 that Plaintiff take nothing by his complaint against defendant &Judgment be entered in favor of defendant.***Civil Case Terminated. (tn, COURT STAFF) (Filed on 3/16/2007) (Entered: 03/20/2007) |

**EXHIBIT N**

ADRMOP, CLOSED, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:06−cv−07294−PJH

Foley v. Bates et al
Assigned to: Hon. Phyllis J. Hamilton
Cause: 42:1983 Civil Rights Act

Date Filed: 11/27/2006
Date Terminated: 05/07/2007
Jury Demand: Plaintiff
Nature of Suit: 444 Civil Rights: Welfare
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell D. Foley**                          represented by  **Darrell D. Foley**
2240 Ninth Street
Berkeley, CA 94710
510−395−0483
PRO SE

V.

**Defendant**

**Tom Bates**

**Defendant**

**Boona Cheema**

**Defendant**

**Superior Court**

**Defendant**

**District Court**

**Defendant**

**Building Opportunities for Self**            represented by  **Seth John Schwartz**
**Sufficiency**                                              McNamara Dodge Ney Beatty Slattery
*(B.O.S.S.)*                                                 Pfalzer Borges &Brothers
1211 Newell Avenue
P.O. Box 5288
Walnut Creek, CA 94596
925−939−5330
Fax: 925−939−0203
Email: seth.schwartz@mcnamaralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2006 | 1 | COMPLAINT, Demand for Jury Trial against Tom Bates, Boona Cheema, Superior Court, District Court. Filed byDarrell D. Foley. (far, COURT STAFF) (Filed on 11/27/2006) (Entered: 11/30/2006) |
| 11/27/2006 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 3/2/2007. Case Management Conference set for 3/9/2007 02:30 PM. (Attachments: #1 Standing Order)(far, COURT STAFF) (Filed on 11/27/2006) (Entered: 11/30/2006) |
| 11/27/2006 | 3 | MOTION to Related Case CV−06−3888 JSW filed by Darrell D. Foley. (far, COURT STAFF) (Filed on 11/27/2006) (Entered: 11/30/2006) |

| | | |
|---|---|---|
| 11/27/2006 | 4 | MOTION for Leave to Proceed in forma pauperis filed by Darrell D. Foley. (far, COURT STAFF) (Filed on 11/27/2006) (Entered: 11/30/2006) |
| 12/04/2006 | 5 | Sua Sponte Judicial Referral for Purpose of Determining Relationship. Signed by Judge Hamilton on 12/4/06. (pjhlc2, COURT STAFF) (Filed on 12/4/2006) (Entered: 12/04/2006) |
| 12/04/2006 | 6 | CLERK'S NOTICE Case Management Conference set for 3/8/2007 02:30 PM. (far, COURT STAFF) (Filed on 12/4/2006) (Entered: 12/04/2006) |
| 12/13/2006 | 7 | Request for Judicial Notice filed byDarrell D. Foley. (far, COURT STAFF) (Filed on 12/13/2006) (Entered: 12/15/2006) |
| 12/15/2006 | 8 | Request for Judicial Notice of Judge John Sedwick Rulings filed byDarrell D. Foley. (far, COURT STAFF) (Filed on 12/15/2006) (Entered: 12/15/2006) |
| 01/10/2007 | 9 | CLERK'S NOTICE − The Court has reviewed the motion(s) to relate and determined that no cases are related and no reassignments shall occur. (jjo, COURT STAFF) (Filed on 1/10/2007) (Entered: 01/10/2007) |
| 03/02/2007 | 10 | CLERK'S NOTICE Case Management Conference set for 5/10/2007 02:30 PM. (far, COURT STAFF) (Filed on 3/2/2007) (Entered: 03/05/2007) |
| 03/08/2007 | 11 | ORDER RELATING CASE CV−07−402. Signed by Judge Hamilton on 3/8/07. (far, COURT STAFF) (Filed on 3/8/2007) (Entered: 03/12/2007) |
| 03/30/2007 | 12 | ORDER by Judge Hamilton Dismissing Complaint and Denying 4 Request to Proceed in Forma Pauperis (pjhlc2, COURT STAFF) (Filed on 3/30/2007) Additional attachment(s) added on 4/2/2007 (nah, COURT STAFF). (Entered: 03/30/2007) |
| 04/19/2007 | 13 | ***DISREGARD, FILED IN WRONG CASE*** NOTICE of MOTION and MOTION for relief from automatic referral to ADR filed by Defendant Hatatitip Feng. Motion Hearing set for 6/13/2007 09:00 AM. (far, COURT STAFF) (Filed on 4/19/2007) Modified on 4/23/2007 (far, COURT STAFF). Modified on 5/3/2007 (far, COURT STAFF). (Entered: 04/23/2007) |
| 04/20/2007 | | ***DISREGARD, FILED IN WRONG CASE*** Received Order re 13 MOTION for relief from automatic referral to ADR by Hataitip Feng. (far, COURT STAFF) (Filed on 4/20/2007) Modified on 4/23/2007 (far, COURT STAFF). Modified on 5/3/2007 (far, COURT STAFF). (Entered: 04/23/2007) |
| 04/24/2007 | 14 | ***DISREGARD, FILED IN WRONG CASE*** NOTICE of Withdrawal of Motion for Relief from Automatic Referral to ADR filed by federal defendant. (far, COURT STAFF) (Filed on 4/24/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 04/25/2007) |
| 04/25/2007 | 15 | ***DISREGARD, FILED IN WRONG CASE*** NOTICE of MOTION and MOTION for administrative relief (relief from automatic referral to ADR)filed by Hataitip Feng . (far, COURT STAFF) (Filed on 4/25/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 04/26/2007) |
| 04/25/2007 | | ***DISREGARD, FILED IN WRONG CASE*** Received Order re 15 MOTION for administrative relief (relief from automatic referral to ADR) filed by Hataitip Feng. (far, COURT STAFF) (Filed on 4/25/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 04/26/2007) |

| 04/25/2007 | 16 | ***DISREGARD, FILED IN WRONG CASE***<br>Declaration of Joann M. Swanson in Support of 15 MOTION for administrative relief (relief from automatic referral to ADR) filed by Hataitip Feng. (Related document(s) 15 ) (far, COURT STAFF) (Filed on 4/25/2007) Modified on 4/26/2007 (far, COURT STAFF). Modified on 5/3/2007 (far, COURT STAFF). (Entered: 04/26/2007) |
|---|---|---|
| 05/01/2007 | 17 | ***DISREGARD, FILED IN WRONG CASE***<br>CASE MANAGEMENT STATEMENT filed by Hataitip Feng. (far, COURT STAFF) (Filed on 5/1/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 05/02/2007) |
| 05/01/2007 | 18 | ***DISREGARD, FILED IN WRONG CASE***<br>NOTICE of MOTION and MOTION to Dismiss or, in the alternative, for summary judgment filed by Hataitip Feng . Motion Hearing set for 6/27/2007 09:00 AM. (far, COURT STAFF) (Filed on 5/1/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 05/02/2007) |
| 05/01/2007 |  | ***DISREGARD, FILED IN WRONG CASE***<br>Received Order re 18 MOTION to Dismiss by Hataitip Feng. (far, COURT STAFF) (Filed on 5/1/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 05/02/2007) |
| 05/01/2007 | 19 | ***DISREGARD, FILED IN WRONG CASE***<br>Declaration of Miniard Culpepper filed by Hataitip Feng (far, COURT STAFF) (Filed on 5/1/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 05/02/2007) |
| 05/01/2007 | 20 | ***DISREGARD, FILED IN WRONG CASE***<br>Declaration of Larry Wuerstle filed by Hataitip Feng (far, COURT STAFF) (Filed on 5/1/2007) Modified on 5/3/2007 (far, COURT STAFF). (Entered: 05/02/2007) |
| 05/07/2007 | 21 | ORDER of Dismissal. Signed by Judge Hamilton on May 7, 2007. (pjhlc4, COURT STAFF) (Filed on 5/7/2007) Additional attachment(s) added on 5/7/2007 (nah, COURT STAFF). (Entered: 05/07/2007) |
| 05/07/2007 | 22 | JUDGMENT in favor of Defendants against Plaintiff. Signed by Judge Hamilton on 05/07/07. (pjhlc4, COURT STAFF) (Filed on 5/7/2007) Additional attachment(s) added on 5/7/2007 (nah, COURT STAFF). (Entered: 05/07/2007) |
| 06/13/2007 | 23 | Reply Memorandum re (31 in 3:07-cv-00402-PJH) MOTION to Dismiss *Federal Defendant's Reply Brief in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment* filed byHataitip Feng. (Swanson, Joann) (Filed on 6/13/2007) (Entered: 06/13/2007) |
| 06/13/2007 | 24 | NOTICE by Building Opportunities for Self Sufficiency re 21 Order, 22 Judgment (far, COURT STAFF) (Filed on 6/13/2007) (Entered: 06/14/2007) |
| 11/02/2007 | 25 | LETTER re Fee Past Due Second Notice. (far, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/02/2007) |
| 11/29/2007 | 26 | THIRD CLERK'S NOTICE re Fee Past Due. (far, COURT STAFF) (Filed on 11/29/2007) (Entered: 01/24/2008) |

**EXHIBIT O**

ADRMOP, CLOSED, E–Filing, ProSe, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07–cv–00402–PJH

Foley v. Bates et al
Assigned to: Hon. Phyllis J. Hamilton
Case in other court:  Alameda County Superior Court,
          RG06297970
Cause: 28:1441 Petition for Removal– Personal Injury

Date Filed: 01/22/2007
Date Terminated: 06/25/2007
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell D. Foley**                      represented by    **Darrell D. Foley**
                                                            2240 Ninth Street
                                                            Berkeley, CA 94710
                                                            (510) 395–0483
                                                            PRO SE

V.

**Defendant**

**Tom Bates**                             represented by    **Kirk Neuner**
                                                            McNamara Dodge Ney Beatty Slattery
                                                            Pfalzer Borges &Brothers
                                                            1211 Newell Avenue
                                                            P.O. Box 5288
                                                            Walnut Creek, CA 94596
                                                            925–939–5330
                                                            Fax: 925–939–0203
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Seth John Schwartz**
                                                            McNamara Dodge Ney Beatty Slattery
                                                            Pfalzer Borges &Brothers
                                                            1211 Newell Avenue
                                                            P.O. Box 5288
                                                            Walnut Creek, CA 94596
                                                            925–939–5330
                                                            Fax: 925–939–0203
                                                            Email: seth.schwartz@mcnamaralaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Boona Cheema**                          represented by    **Kirk Neuner**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Seth John Schwartz**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Duley**                            represented by    **Kirk Neuner**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Seth John Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hataitip Feng**                    represented by    **Joann M. Swanson**
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102
415−436−7200
Fax: 415−436−6748
Email: joann.swanson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2007 | 1 | NOTICE OF REMOVAL; No Process from Alameda County Superior Court. Their case number is RG06297970. (Waived). Filed byHataitip Feng. (gba, COURT STAFF) (Filed on 1/22/2007) (Entered: 01/23/2007) |
| 01/22/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 5/7/2007. Case Management Conference set for 5/14/2007 04:00 PM. (gba, COURT STAFF) (Filed on 1/22/2007) (Entered: 01/23/2007) |
| 01/22/2007 | 3 | CERTIFICATION Pursuant to 28 U.S.C. 2679(d) by Hataitip Feng (gba, COURT STAFF) (Filed on 1/22/2007) (Entered: 01/23/2007) |
| 01/22/2007 | 4 | CERTIFICATE OF SERVICE by Hataitip Feng re 3 Certificate of Counsel, 2 ADR Scheduling Order, 1 Notice of Removal (gba, COURT STAFF) (Filed on 1/22/2007) (Entered: 01/23/2007) |
| 01/29/2007 | 5 | ANSWER to Complaint byHataitip Feng. (gba, COURT STAFF) (Filed on 1/29/2007) (Entered: 01/30/2007) |
| 02/12/2007 | 6 | Request for Judicial Notice and that court set early hearing date for Demurrer and Motion to Strike Portions of Plaintiff's Complaint filed byTom Bates, Boona Cheema, Mary Duley. (gba, COURT STAFF) (Filed on 2/12/2007) (Entered: 02/22/2007) |
| 02/12/2007 |  | Received Order re 6 Request for Judicial Notice by Tom Bates, Boona Cheema, Mary Duley. (gba, COURT STAFF) (Filed on 2/12/2007) (Entered: 02/22/2007) |
| 02/12/2007 | 7 | CERTIFICATE OF SERVICE by Tom Bates, Boona Cheema, Mary Duley re Received Order, 6 Request for Judicial Notice (gba, COURT STAFF) (Filed on 2/12/2007) (Entered: 02/22/2007) |
| 02/14/2007 | 8 | Request for Judicial Notice and that court set early hearing date for permission for leave of court to file first amended complaint filed 1/24/07 and request that this action be transferred to related action C06−7294 PJH filed byDarrell D. Foley. (gba, COURT STAFF) (Filed on 2/14/2007) (Entered: 02/22/2007) |
| 02/14/2007 | 9 | CERTIFICATE OF SERVICE by Darrell D. Foley re 8 Request for Judicial Notice, (gba, COURT STAFF) (Filed on 2/14/2007) (Entered: 02/22/2007) |
| 03/07/2007 | 10 | NOTICE of Pendency of Other Action or Proceeding by Tom Bates, Boona Cheema, Mary Duley, Hataitip Feng (gba, COURT STAFF) (Filed on 3/7/2007) (Entered: 03/07/2007) |
| 03/08/2007 | 11 | ORDER by Judge Phyllis J. Hamilton RELATING CASE C06−7294 PJH with member case C07−402. (gba, COURT STAFF) (Filed on 3/8/2007) (Entered: 03/12/2007) |
| 03/08/2007 |  | Cases associated. (gba, COURT STAFF) (Filed on 3/8/2007) (Entered: 03/12/2007) |

| | | |
|---|---|---|
| 03/09/2007 | | Case Reassigned to Judge Phyllis J. Hamilton. Judge Marilyn H. Patel no longer assigned to the case. Signed by Executive Committee on 03/09/07. (mab, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/09/2007) |
| 03/09/2007 | 12 | REQUEST for Judicial Notice and the Issuance of a Warning to Defense Counsel to Follow Motion Practice by Darrell D. Foley. (gba, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/12/2007) |
| 03/09/2007 | 13 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 5/10/2007 02:30 PM.. Signed by Judge Hamilton on 5/9/07. (far, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/12/2007) |
| 04/03/2007 | 14 | NOTICE of MOTION and MOTION to Dismiss Plaintiff's Complaint, or, alternatively, MOTION for More Definite Statement; MEMORANDUM of Points and Authorities; and DECLARATION of Kirk Neuner in Support Thereof filed by Tom Bates, Boona Cheema, Mary Duley. Motion Hearing set for 5/9/2007 09:00 AM. (far, COURT STAFF) (Filed on 4/3/2007) (Entered: 04/04/2007) |
| 04/03/2007 | | Received Order re 14 MOTION to Dismiss by Tom Bates, Boona Cheema, Mary Duley. (far, COURT STAFF) (Filed on 4/3/2007) (Entered: 04/04/2007) |
| 04/03/2007 | 15 | Declaration of Kirk Neuner in Support of 14 MOTION to Dismiss filed byTom Bates, Boona Cheema, Mary Duley. (Related document(s) 14 ) (far, COURT STAFF) (Filed on 4/3/2007) (Entered: 04/04/2007) |
| 04/03/2007 | 16 | CERTIFICATE OF SERVICE by Tom Bates, Boona Cheema, Mary Duley re 14 MOTION to Dismiss, 15 Declaration in Support, Received Order (far, COURT STAFF) (Filed on 4/3/2007) (Entered: 04/04/2007) |
| 04/17/2007 | 17 | Opposition re 14 MOTION to Dismiss filed byDarrell D. Foley. (far, COURT STAFF) (Filed on 4/17/2007) (Entered: 04/18/2007) |
| 04/20/2007 | 18 | NOTICE of MOTION and MOTION for relief from automatic referral to ADR filed by Hataitip Feng. Motion Hearing set for 6/13/2007 09:00 AM. (far, COURT STAFF) (Filed on 4/20/2007) (Entered: 04/23/2007) |
| 04/20/2007 | | Received Order re 18 MOTION for relief from automatic referral to ADR by Hataitip Feng. (far, COURT STAFF) (Filed on 4/20/2007) (Entered: 04/23/2007) |
| 04/23/2007 | 19 | NOTICE of need for ADR Phone Conference (ADR L.R. 3−5 d) filed by Defendant Tom Bates. (far, COURT STAFF) (Filed on 4/23/2007) (Entered: 04/24/2007) |
| 04/24/2007 | 20 | NOTICE of need for ADR Phone Conference (ADR L.R. 3−5 d) filed by Defendant Hataitip Feng. (far, COURT STAFF) (Filed on 4/24/2007) (Entered: 04/25/2007) |
| 04/24/2007 | 21 | NOTICE of Withdrawal of Motion for Relief from Automatic Referral to ADR by Hataitip Feng (far, COURT STAFF) (Filed on 4/24/2007) (Entered: 04/25/2007) |
| 04/25/2007 | 22 | NOTICE of MOTION and MOTION for administrative relief (relief from automatic referral to ADR) filed by Hataitip Feng. (far, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |
| 04/25/2007 | | Received Order re 22 MOTION for administrative relief (relief from automatic referral to ADR) by Hataitip Feng. (far, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |
| 04/25/2007 | 23 | Declaration of Joann M. Swanson in Support of 22 MOTION for administrative relief (relief from automatic referral to ADR) filed byHataitip Feng. (Related document(s) 22 ) (far, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |
| 04/25/2007 | 24 | REPLY BRIEF re 14 MOTION to Dismiss filed byTom Bates, Boona Cheema, Mary Duley. (far, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |
| 04/25/2007 | 25 | Request for Judicial Notice in support of 24 Reply Memorandum filed byTom Bates, Boona Cheema, Mary Duley. (Related document(s) 24 ) (far, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |
| 04/25/2007 | 26 | CERTIFICATE OF SERVICE by Tom Bates, Boona Cheema, Mary Duley re 25 Request for Judicial Notice (far, COURT STAFF) (Filed on 4/25/2007) (Entered: 04/26/2007) |

| 04/26/2007 | 27 | CERTIFICATE OF SERVICE by Darrell D. Foley *(CERTIFICATION OF SERVICE, and Attempts to Meet and Confer)* (far, COURT STAFF) (Filed on 4/26/2007) (Entered: 04/27/2007) |
| 04/26/2007 | 28 | Joinder re 22 MOTION for administrative relief (relief from automatic referral to ADR) by Tom Bates, Boona Cheema, Mary Duley. (far, COURT STAFF) (Filed on 4/26/2007) (Entered: 04/27/2007) |
| 05/01/2007 | 29 | CASE MANAGEMENT STATEMENT filed by Tom Bates, Boona Cheema, Mary Duley. (far, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | 30 | CASE MANAGEMENT STATEMENT filed by Hataitip Feng. (far, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | 31 | NOTICE of MOTION and MOTION to Dismiss, or in the alternative, for summary judgment filed by Hataitip Feng. Motion Hearing set for 6/27/2007 09:00 AM. (far, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | | Received Order re 31 MOTION to Dismiss by Hataitip Feng. (far, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | 32 | Declaration of Miniard Culpepper filed byHataitip Feng. (far, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/01/2007 | 33 | Declaration of Larry Wuerstle filed byHataitip Feng. (far, COURT STAFF) (Filed on 5/1/2007) (Entered: 05/02/2007) |
| 05/02/2007 | 34 | ORDER by Judge Hamilton granting 22 Motion (far, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/03/2007 | 35 | ORDER vacating hearing and case management conference. The hearing on defendants' motion to dismiss scheduled for 5/9/07 is VACATED, and the matter will be decided on the papers. The CMC scheduled for 5/10/07 is VACATED, and will be rescheduled once the pleadings are settled. Signed by Judge Hamilton on 5/3/07. (far, COURT STAFF) (Filed on 5/3/2007) (Entered: 05/03/2007) |
| 05/11/2007 | 37 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e–file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (far, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/18/2007) |
| 05/14/2007 | 36 | ORDER by Judge Hamilton granting 14 Motion to Dismiss (pjhlc4, COURT STAFF) (Filed on 5/14/2007) (Entered: 05/14/2007) |
| 06/13/2007 | 38 | Reply Memorandum re (31 in 3:07–cv–00402–PJH) MOTION to Dismiss *Federal Defendant's Reply Brief in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment* filed byHataitip Feng. (Swanson, Joann) (Filed on 6/13/2007) (Entered: 06/13/2007) |
| 06/14/2007 | 39 | ORDER Vacating Hearing Date. Signed by Judge Hamilton on June 14, 2007. (pjhlc4, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/25/2007 | 40 | ORDER by Judge Hamilton granting 31 Motion to Dismiss and dismissing complaint with prejudice as to all defendants (pjhlc4, COURT STAFF) (Filed on 6/25/2007) Additional attachment(s) added on 6/26/2007 (nah, COURT STAFF). (Entered: 06/25/2007) |
| 06/25/2007 | 41 | JUDGMENT. Signed by Judge Hamilton on 6/25/07. (pjhlc4, COURT STAFF) (Filed on 6/25/2007) Additional attachment(s) added on 6/26/2007 (nah, COURT STAFF). (Entered: 06/25/2007) |
| 07/30/2007 | 43 | Mail sent to Darrell Foley returned as undeliverable 37 . (sv, COURT STAFF) (Filed on 7/30/2007) (Entered: 08/06/2007) |

| 08/01/2007 | 42 | Mail sent to Plaintiff returned as undeliverable re 41 Judgment, 39 Order, 40 Order on Motion to Dismiss. (far, COURT STAFF) (Filed on 8/1/2007) (Entered: 08/06/2007) |

**EXHIBIT P**

CLOSED, ProSe

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:04−cv−01903−CW

Foley v. Brady
Assigned to: Hon. Claudia Wilken
Demand: $0
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Date Filed: 05/13/2004
Date Terminated: 08/24/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Darrell D. Foley**

represented by **Darrell D. Foley**
P.O. Box 7157
Berkeley, CA 94707
510−304−4006
PRO SE

V.

**Appellee**

**Lois Brady**
*Trustee*

represented by **Lois Brady**
350 Frank H. Ogawa Plaza, #702
Oakland, CA 94612
510−452−6498
PRO SE

**Miscellaneous**

**Bankruptcy Judge Edward D. Jellen**
*Bankruptcy Judge*

represented by **Edward D. Jellen**
U.S. Bankruptcy Court
1300 Clay Street
Oakland, CA 94612
PRO SE

**Miscellaneous**

**USBC Manager−Oakland**

represented by **USBC Manager−Oakland**
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03−43140 EJ, Adversary number 03−4853−AJ Filed by Darrell D. Foley. (cp, COURT STAFF) (Filed on 5/13/2004) (Entered: 05/19/2004) |
| 05/13/2004 | 2 | CLERK'S NOTICE of filing of bankruptcy appeal and order setting status conference; status conference set for 8/13/2004 01:30 PM; this date will stand vacated upon the filing in this court of the record on appeal, at which time a briefing schedule will issue (cp, COURT STAFF) (Filed on 5/13/2004) (Entered: 05/19/2004) |
| 08/11/2004 | 3 | CLERK'S NOTICE continuing case management conference to 11/19/2004 01:30 PM. (cp, COURT STAFF) (Filed on 8/11/2004) (Entered: 08/13/2004) |
| 08/12/2004 | 4 | MOTION to voluntarily withdraw district court appeal filed by Darrell D. Foley. (cp, COURT STAFF) (Filed on 8/12/2004) (Entered: 08/13/2004) |
| 08/24/2004 | 5 | ORDER dismissing re 1 Bankruptcy Appeal filed by Darrell D. Foley. Signed by Judge Claudia Wilken on 8/24/04. (cp, COURT STAFF) (Filed on 8/24/2004) (Entered: |

08/30/2004)

**EXHIBIT Q**

CLOSED, E-Filing, ProSe, RELATE

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:06-cv-07481-CW

Foley v. United States et al
Assigned to: Hon. Claudia Wilken
Demand: $0
Cause: 28:1331 Fed. Question

Date Filed: 12/06/2006
Date Terminated: 12/06/2007
Jury Demand: Plaintiff
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Darrell D. Foley**                    represented by    **Darrell D. Foley**
2240 Ninth Street
Berkeley, CA 94710
(510) 395-0483
PRO SE

V.

**Defendant**

**United States**                    represented by    **Steven J. Saltiel**
United States Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-6996
Fax: (415) 436-6748
Email: Steven.Saltiel@usdoj.gov
*TERMINATED: 08/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Winslow**
United States Attorney's Office
450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, CA 94102
415/436-6925
Fax: 415/436-6748
Email: sara.winslow@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Moore**                    represented by    **Sara Winslow**
*Assistant United States Attorney*                United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, CA 94102
415/436-6925
Fax: 415/436-6748
Email: sara.winslow@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Saltiel**
(See above for address)
*TERMINATED: 08/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States District Court**
*Federal Court in the Northern District of California*

represented by   **Sara Winslow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2006 | 1 | COMPLAINT &Demand for Jury Trial − [No Summons Issued] against United States, Thomas Moore &United States District Court, [Filing Fee: Ifpp Entered on 12/6/2006]. Filed by Pro se Plaintiff Darrell D. Foley. (tn, COURT STAFF) (Filed on 12/6/2006) (Entered: 12/07/2006) |
| 12/06/2006 | 2 | STANDING ORDERS/CASE MANAGEMENT SCHEDULING ORDER: Initial Case Management Conference set for 3/12/2007 at 4:00 P.M.. (tn, COURT STAFF) (Filed on 12/6/2006) (Entered: 12/07/2006) |
| 12/06/2006 | 3 | APPLICATION for Leave to Proceed in Forma Pauperis Filed by Pro se Plaintiff Darrell D. Foley. (tn, COURT STAFF) (Filed on 12/6/2006) (Entered: 12/07/2006) |
| 12/12/2006 | 4 | SUA SPONTE for Judicial Referral for Purposes of Determining Relationship Signed by Mag. Judge Bernard Zimmerman on 12/11/2006. (tn, COURT STAFF) (Filed on 12/12/2006) (Entered: 12/15/2006) |
| 01/10/2007 | 5 | CLERK'S NOTICE − The Court has reviewed the motion(s) to relate and determined that no cases are related and no reassignments shall occur. (jjo, COURT STAFF) (Filed on 1/10/2007) (Entered: 01/10/2007) |
| 01/10/2007 | 6 | CLERK'S NOTICE Regarding Completion of Consent/Declination to Proceed before a United States Magistrate Judge. (tn, COURT STAFF) (Filed on 1/10/2007) (Entered: 01/12/2007) |
| 01/10/2007 | 7 | ORDER Signed by Magistrate Judge Bernard Zimmerman on 1/7/2007 GRANTING Plaintiff's re 3 Application for Leave to Proceed in Forma Pauperis &for Issuance of Summons Upon Defendants. (tn, COURT STAFF) (Filed on 1/10/2007) (Entered: 01/12/2007) |
| 01/12/2007 | | SUMMONS Issued as to Defendants United States, Thomas Moore &United States District Court. (tn, COURT STAFF) (Entered: 01/12/2007) |
| 01/30/2007 | 8 | DECLINATION to Proceed Before a United States Magistrate Judge &REQUEST for Reassignment to a United States District Court Judge Filed by Federal Defendants United States &Thomas Moore. (tn, COURT STAFF) (Filed on 1/30/2007) (Entered: 01/31/2007) |
| 01/31/2007 | 9 | SERVICE OF SUMMONS Returned Executed Upon Defendant Thomas Moore − *Served Personally to Tiffany Chu, Paralegal*. (tn, COURT STAFF) (Filed on 1/31/2007) (Entered: 02/01/2007) |
| 01/31/2007 | 10 | SERVICE OF SUMMONS Returned Executed Upon Defendant United States by Serving Tiffani Chu, Paralegal, U.S. Attorney's Office in person on 1/23/2007 &Upon Defendant United States District Court for the Northern District of California, Served Personally to MaryAnn Buckley, Deputy Clerk on 1/23/2007. (tn, COURT STAFF) (Filed on 1/31/2007) (Entered: 02/01/2007) |
| 01/31/2007 | 11 | CLERK'S NOTICE of Impending Reassignment to a United States District Court Judge. (tn, COURT STAFF) (Filed on 1/31/2007) (Entered: 02/01/2007) |
| 01/31/2007 | 12 | REASSIGNMENT ORDER Signed by The Executive Committee. Case reassigned to Judge Jeffrey S. White for All Further Proceedings. |

| | | |
|---|---|---|
| | | Magistrate Judge Bernard Zimmerman No Longer Assigned to the Case. (tn, COURT STAFF) (Filed on 1/31/2007) (Entered: 02/01/2007) |
| 02/20/2007 | 13 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 4/2/2007. Case Management Conference set for 4/6/2007 01:30 PM.. Signed by Judge Jeffrey S. White on 2/20/07. (hdj, COURT STAFF) (Filed on 2/20/2007) (Entered: 02/21/2007) |
| 02/21/2007 | 14 | SUMMONS Returned Executed United States served on 2/6/2007, answer due 4/9/2007. (hdj, COURT STAFF) (Filed on 2/21/2007) (Entered: 02/23/2007) |
| 02/21/2007 | 15 | RELATED CASE ORDER Signed by Judge Elizabeth D. Laporte on 2/21/2007 Relating Case to C−06−5018−EDL. (tn, COURT STAFF) (Filed on 2/21/2007) (Entered: 03/08/2007) |
| 02/26/2007 | | Case reassigned to Judge Elizabeth D. Laporte. Judge Jeffrey S. White no longer assigned to the case. (ha, COURT STAFF) (Filed on 2/26/2007) (Entered: 02/26/2007) |
| 03/08/2007 | 16 | CONSENT to Proceed Before a United States Magistrate Judge Filed by Federal Defendants United States &Thomas Moore. (tn, COURT STAFF) (Filed on 3/8/2007) (Entered: 03/09/2007) |
| 03/08/2007 | 17 | NOTICE OF MOTION &MOTION to Dismiss &MEMORANDUM of Points &Authorities in Support Thereof. Filed by Federal Defendants United States &Thomas Moore. Motion Hearing set for 4/17/2007 at 9:00 AM.. (tn, COURT STAFF) (Filed on 3/8/2007) (Entered: 03/09/2007) |
| 03/08/2007 | | RECEIVED ORDER: [Proposed] Order Granting Motion to Dismiss re 17 Submitted by Federal Defendants United States &Thomas Moore. (tn, COURT STAFF) (Entered: 03/09/2007) |
| 03/26/2007 | 18 | OBJECTIONS to Defendant's re 17 MOTION to Dismiss Filed by Plaintiff Darrell D. Foley. (tn, COURT STAFF) (Filed on 3/26/2007) (Entered: 03/26/2007) |
| 03/27/2007 | 19 | CLERK'S NOTICE Regarding Consent to Jurisdiction to a United States Magistrate Judge. (tn, COURT STAFF) (Filed on 3/27/2007) (Entered: 03/28/2007) |
| 03/30/2007 | 20 | DECLINATION to Proceed Before a United States Magistrate Judge &REQUEST for Reassignment to a United States District Court Judge Filed by Pro se PlaintiffDarrell D. Foley. (tn, COURT STAFF) (Filed on 3/30/2007) (Entered: 04/04/2007) |
| 04/03/2007 | 21 | REPLY in Support of re 17 MOTION to Dismiss Filed by Federal DefendantsUnited States, Thomas Moore &United States District Court. (tn, COURT STAFF) (Filed on 4/3/2007) (Entered: 04/04/2007) |
| 04/03/2007 | 22 | CLERK'S NOTICE of Impending Reassignment to a United States District Court Judge. (tn, COURT STAFF) (Filed on 4/3/2007) (Entered: 04/04/2007) |
| 04/04/2007 | 23 | REASSIGNMENT ORDER Signed by The Executive Committee. Case reassigned to Judge Claudia Wilken for All Further Proceedings. Magistrate Judge Elizabeth D. Laporte no longer assigned to the the case. (tn, COURT STAFF) (Filed on 4/4/2007) (Entered: 04/05/2007) |
| 04/11/2007 | 24 | RE−NOTICE of Hearing on Motion re 17 MOTION to Dismiss and Memorandum of Points and Authorities in support. Motion Hearing set for 5/17/2007 at 02:00 PM. (kc, COURT STAFF) (Filed on 4/11/2007) Modified on 4/12/2007 (kk, COURT STAFF). (Entered: 04/11/2007) |
| 05/03/2007 | 25 | REPLY in Support re 17 MOTION to Dismiss filed byUnited States, Thomas Moore, United States District Court. (kc, COURT STAFF) (Filed on 5/3/2007) (Entered: 05/04/2007) |

| | | |
|---|---|---|
| 05/08/2007 | 26 | ORDER vacating 5/17/07 hearing; allowing plaintiff an additional two weeks after the date of this order to file an opposition; reply, if any, is due within one week after oppositionis filed; matter will be submitted on papers, unless the court sets it for hearing. Signed by Judge Claudia Wilken on 5/8/07. (cp, COURT STAFF) (Filed on 5/8/2007) (Entered: 05/09/2007) |
| 05/11/2007 | 27 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e–file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (cp, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/17/2007) |
| 07/30/2007 | 28 | Mail sent to Darrell Foley returned as undeliverable re 27 ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES:. (cp, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 08/21/2007 | 29 | NOTICE of Substitution of Counsel by Sara Winslow (Winslow, Sara) (Filed on 8/21/2007) (Entered: 08/21/2007) |
| 08/23/2007 | 30 | ORDER by Judge Claudia Wilken granting 17 Motion to Dismiss with leave to amend (scc, COURT STAFF) (Filed on 8/23/2007) (Entered: 08/23/2007) |
| 09/05/2007 | 31 | Mail sent to Darrell D. Foley returned as undeliverable re 30 Order on Motion to Dismiss. (cp, COURT STAFF) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 12/03/2007 | 32 | NOTICE by United States, Thomas Moore, United District Court *OF LODGING OF [PROPOSED] JUDGMENT* (Winslow, Sara) (Filed on 12/3/2007) Modified on 12/4/2007 (cp, COURT STAFF). (Entered: 12/03/2007) |
| 12/06/2007 | 33 | JUDGMENT. Signed by Judge Claudia Wilken on 12/6/07. (scc, COURT STAFF) (Filed on 12/6/2007) (Entered: 12/06/2007) |
| 12/26/2007 | 34 | Mail sent to Darrell D. Foley returned as undeliverable re 33 Judgment. (cp, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/27/2007) |

**EXHIBIT R**

1
2
3
4
5
6
7
8
9
10                     IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   DARRELL D. FOLEY,                          No. C-05-01797 MMC

14             Plaintiff,                        **ORDER DENYING APPLICATION TO
                                                 PROCEED IN FORMA PAUPERIS;**
15      v.                                       **DISMISSING ACTION**

16   SUSAN ILLSTON, SANDRA BROWN
     ARMSTRONG, WILLIAM ALSUP, EDWARD
17   JELLEN, THOMAS CARLSON, RANDALL
     NEWSOME, LOIS BRADY, VIVIAN RHOE,
18   CHARLES NOVACK, ANDREW CHUNG,
     KORNFIELD, PAUL & NYBERG,
19
20             Defendants.
21   _____/

22         Before the Court is plaintiff Darrell D. Foley's complaint, filed May 2, 2005 against

23   defendants Susan Illston, Sandra Brown Armstrong, William Alsup, Edward Jellen, Thomas

24   Carlson, Randall Newsome, Lois Brady , Vivian Rhoe, Charles Novack, Andrew Chung, and

25   Kornfield, Paul & Nyberg, by which plaintiff seeks damages in the total amount of $20 million.

26   Also before the Court is plaintiff's motion to proceed in forma pauperis, filed concurrently

27   therewith.  Having read and considered the papers filed by plaintiff, the Court will DENY the

28   application to proceed in forma pauperis, and DISMISS the action, pursuant to 28 U.S.C. §

United States District Court

For the Northern District of California

1  1915(e)(2).

2

3

4                              **LEGAL STANDARD**

5          Pursuant to 28 U.S.C. § 1915, "any court of the United States may authorize the

6  commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or

7  appeal therein, without prepayment of fees or security therefor, by a person who submits an

8  affidavit that includes a statement of all assets such person possesses that the person is

9  unable to pay such fees or give security therefor." See 28 U.S.C. § 1915(a)(1).  Where such

10  an affidavit is filed, however, § 1915 requires the court to dismiss the case "at any time" if the

11  Court determines that the allegation of poverty is untrue, the action fails to state a claim, the

12  action is frivolous or malicious, or the action seeks monetary relief from a defendant who is

13  immune from such relief. See 28 U.S.C. § 1915(e)(2).

14                              **DISCUSSION**

15      **1.      Absolute Judicial Immunity**

16          Judges Illston, Armstrong, Alsup, Jellen, Carlson, and Newsome ("Judicial

17  Defendants")[1] are all entitled to absolute judicial immunity for their judicial actions. See

18  Ashelman v. Pope, 793 F.2d 1072, 1075 (9th Cir. 1986). "Judges are immune from damage

19  actions for judicial acts taken within the jurisdiction of their courts." Id. "Judicial immunity

20  applies 'however erroneous the act may have been, and however injurious in its

21  consequences it may have proved to the plaintiff.'" Id. (citation omitted).  A judge lacks

22  immunity only where he or she acts "in the 'clear absence of all jurisdiction.'" Id. (citation

23  omitted).

24          Plaintiff's allegations that the Judicial Defendants acted "outside of [their] jurisdiction"

25  are without merit. (See Compl. at 11.) The Supreme Court illustrated the distinction between

26  an act in clear absence of jurisdiction and an act in excess of jurisdiction with the following

27  ──────────────

28          [1]Judges Illston, Armstrong, and Alsup are United States District Court Judges.  Judges
    Jellen, Carlson, and Newsome are United States Bankruptcy Judges.

                                      2

1    example:

> [I]f a probate judge, with jurisdiction over only wills and estates, should try a
> criminal case, he would be acting in the clear absence of jurisdiction and would
> not be immune from liability for his action; on the other hand, if a judge of a
> criminal court should convict a defendant of a nonexistent crime, he would
> merely be acting in excess of his jurisdiction and would be immune.

5    See Stump v. Sparkman, 435 U.S. 349, 357 n. 7 (1978) (citing Bradley v. Fisher, 80 U.S. 335,

6    352 (1871)).  In the instant case, plaintiff's allegations against the Judicial Defendants arise

7    from judicial acts such as denying an appeal, dismissing a complaint, and relating cases, all

8    of which were within their jurisdiction as judges. (See Compl. at 11-14.)

9        Accordingly, the Judicial Defendants are entitled to absolute immunity, and the Court

10    will dismiss the claims against said defendants with prejudice.

11        **2.    Derived Judicial Immunity**

12        Lois Brady, a bankruptcy trustee, is entitled to derived judicial immunity.  See Lonneker

13    Farms, Inc. v. Klobucher, 804 F.2d 1096, 1097 (9th Cir. 1986).  "[A] trustee in bankruptcy or an

14    official acting under the authority of the bankruptcy judge, is entitled to derived judicial

15    immunity because he is performing an integral part of the judicial process." Id.  "Thus, the

16    trustee also loses his immunity if he acts in the clear absence of all jurisdiction." See Mullis v.

17    United States Bankr. Ct. for the Dist. of Nev., 828 F.2d 1385, 1390 (9th Cir. 1987).  In the

18    instant case, plaintiff alleges that Brady violated her fiduciary duty by negligently administering

19    estate assets, conduct clearly within Brady's official duties as a bankruptcy trustee. (See

20    Compl. at 15.)

21        Accordingly, Brady is entitled to derived judicial immunity, and the Court will dismiss

22    the claims against Brady with prejudice.

23        **3.    Government Attorney Immunity**

24        Andrew Chung, an attorney for the Department of Justice who represented Judge

25    Jellen in a prior action filed by plaintiff, is entitled to absolute immunity because his actions

26    were taken in connection with the judicial process. See Fry v. Melaragno, 939 F.2d 832, 836

27    (9th Cir. 1991.  In Fry the Ninth Circuit agreed with the government's position that government

28    attorneys "fall within the class of government officials whose connection with the judicial

3

1  process entitles them to absolute immunity." See id. "Whether the government attorney is

2  representing the plaintiff or the defendant, or is conducting a civil trial, criminal prosecution or

3  an agency hearing, absolute immunity is 'necessary to assure that . . . advocates . . . can

4  perform their respective functions without harassment or intimidation.'" Id. at 837(citation

5  omitted) (ellipses in original). "If the government attorney is performing acts 'intimately

6  associated with the judicial phase' of the litigation, that attorney is entitled to absolute

7  immunity from damage liability." Id. In this case, plaintiff's allegations against Chung arise

8  from Chung's representation of Judge Jellen, which is within the judicial phase of litigation.

9  (See Compl. at 17-18.)

10     Accordingly, Chung is entitled to absolute immunity, and the Court will dismiss the

11  claims against Chung with prejudice.

12     **4.    Claims Against Attorney Defendants**

13     Plaintiff's allegations against attorneys Vivian Rhoe and Charles Novack, and their law

14  firm, Kornfield, Paul & Nyberg (collectively, "Attorney Defendants"), all of whom are alleged to

15  have represented plaintiff's estate in bankruptcy proceedings, do not state a federal claim.

16  Rather, plaintiff's claims against the Attorney Defendants, for harassment, annoyance, and

17  negligence, arise under state tort law. (See Compl. at 15-18, 99.)

18     Because the Court has dismissed all claims over which it has original jurisdiction, the

19  Court declines to exercise supplemental jurisdiction over the claims against the Attorney

20  Defendants, see 28 U.S.C. 1367(c)(3), and will dismiss such claims without prejudice.

**CONCLUSION**

22     For the reasons set forth above:

23     1. Plaintiff's application to proceed in forma pauperis is hereby DENIED.

24     2. Plaintiff's claims against defendants Illston, Armstrong, Alsup, Jellen, Carlson,

25  Newsome, Brady, and Chung are hereby DISMISSED with prejudice.

26     3. The Court declines to exercise supplemental jurisdiction over plaintiff's claims

27  against Rhoe, Novack, and Kornfield, Paul & Nyberg, and hereby DISMISSES such claims

28  without prejudice to plaintiff's refiling them in state court.

4

1      The Clerk shall close the file.

2      **IT IS SO ORDERED.**

3

4  Dated: May 25, 2005

                    /s/ Maxine M. Chesney
                   MAXINE M. CHESNEY
                   United States District Judge

**EXHIBIT S**

Darrell D. Foley
c/o NOSCW
P.O. Box 11406
Berkeley, CA   94712-2406

McNamara, Dodge, Ney, Beatty
Attn:  Schwartz, Seth J.
1211 Newell Avenue, 2nd Floor
P.O. Box 5288
Walnut Creek, CA   94596

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Foley | No. RG06281831 |
| Plaintiff/Petitioner(s) | Order |
| VS. | Motion to Amend Complaint |
| City of Berkeley | Denied |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

The Motion to Amend Complaint was set for hearing on 04/16/2008 at 09:30 AM in Department 30 before the Honorable Kenneth Mark Burr.  The Tentative Ruling was published and has not been contested.

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The motion by Plaintiff Darrell D. Foley for leave to file an amended Complaint is DENIED.  The motion is untimely.  Plaintiff has not complied with C.R.C. 3.1324.  Allowing Plaintiff to add new claims in this action based on facts that have occurred since this action was filed  is not in the interests of justice, in light of his status as a vexatious litigant.  Plaintiff's claims are based on alleged spoliation of evidence, which is not a recognized tort.

Defendants' request for judicial notice is GRANTED.

Dated:  04/16/2008

facsimile

_____
Judge Kenneth Mark Burr

**EXHIBIT T**

# CALIFORNIA APPELLATE COURTS
## Case Information

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

## 1st Appellate District

Change court

**Attention: 1st District Court of Appeal database and email registration will be offline from 8:00AM Sunday, August 3 to 7:00AM Monday, August 4 for server maintenance. Your patience is appreciated.**

Court data last updated: 07/31/2008 10:05 AM

**Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court**

## Case Summary        << search results

| | |
|---|---|
| **Trial Court Case:** | RG06285539 |
| **Court of Appeal Case:** | **A121359** |
| **Division:** | 3 |
| **Case Caption:** | Foley v. City of Berkeley |
| **Case Type:** | |
| **Filing Date:** | 04/23/2008 |
| **Oral Argument Date/ Time:** | |

## Cross Referenced Cases

No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

## 1st Appellate District

| Change court |

**Attention: 1st District Court of Appeal database and email registration will be offline from 8:00AM Sunday, August 3 to 7:00AM Monday, August 4 for server maintenance. Your patience is appreciated.**

Court data last updated: 07/31/2008 10:05 AM

**Case Summary    Docket    Scheduled Actions    Briefs
Disposition    Parties and Attorneys    Trial Court**

## Docket (Register of Actions)

**Foley v. City of Berkeley
Division 3
Case Number A121359**

| Date | Description | Notes |
|------|-------------|-------|
| 04/30/2008 | Received: | NOA Darrell Foley; 04/23/08 |
| 04/30/2008 | Litigant declared vexatious. | |
| 04/30/2008 | Letter sent to: | aplnt re: vex litigant |
| 05/08/2008 | Application filed to: | permission to appeal from appellant Darrell D. Foley (to court) |
| 05/14/2008 | Order filed. | Foley has previously been found to be a vexatious litigant and is subject to a prefiling order. On May 8, 2008, Mr. Foley submitted an application for permission to appeal the trial court's February 28, 2008 order denying his motion to set aside a prior dismissal order. The request for permission to appeal is denied. Mr. Foley has failed to show a reasonable possibility that his appeal has merit. (See Code Civ. Proc., ' 391.7.) |

| 05/14/2008 | Case complete. | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

**EXHIBIT U**

FILED

MAY 2 6 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL D. FOLEY,

           Plaintiff,

    v.

LOIS BRADY, RICHARD W. WIEKING,
MICHAEL FALLON, JANICE MARQUEZ;
EDWIN WAINSCOTT, ET UX; QUARLES &
BRADY; ARIZONA STATE BAR; JOHN. W.
SEDWICK, STEPHEN M. McNAMEE, JOHN
ASHCROFT, SAMUEL MILLER, FOLGER,
LEVIN & KAHN; JOHN DOES 1-99.

           Defendants.

No. C 03-3722 SI

**ORDER GRANTING MOTIONS TO
DISMISS AND DISMISSING ACTION IN
ITS ENTIRETY**

    Twelve defendants were originally sued in this action. Six of them were dismissed by order

dated March 22, 2004.[1] Now before the Court are motions to dismiss brought by three of the remaining

defendants. They are: (1) defendant Samuel Miller's motion to dismiss; (2) specially appearing

defendant Folger Levin & Kahn's motion to dismiss for failure to effect service; and (3) defendant

Fallon's motion to dismiss. The Court finds these motions appropriate for decision without oral

argument pursuant to Local Rule 7-1(b), and the May 28, 2004 hearing is VACATED. Having carefully

reviewed the papers submitted, the Court hereby GRANTS defendants' motions to dismiss and

DISMISSES this action in its entirety, for the reasons set out below.

---

    [1] The six defendants dismissed previously are Wainscott et ux., Quarles & Brady Streich Lang,
the Arizona State Bar, John Sedwick, Stephen M. McNamee, and John Ashcroft. The Court dismissed
the claims against defendants Wainscott et ux., Quarles & Brady Streich Lang, and the Arizona State
Bar with prejudice for lack of personal jurisdiction. United States District Judges Sedwick and
McNamee and Attorney General John Ashcroft were dismissed with prejudice based on the judicial
immunity of the judges.

For the Northern District of California

**EXHIBIT "8"**

**DISCUSSION**

This is the most recent of several actions filed by plaintiff and considered by the Court over the last year.  The current motions to dismiss are in response to plaintiff's 100-page complaint[2] filed on August 11, 2003.  In its Order Dismissing Certain Defendants, filed March 22, 2004, the Court dismissed the six out-of-state/judicial defendants; granted plaintiff's request for an extension of time to serve the remaining defendants; ordered that plaintiff must serve the remaining defendants in compliance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and file a proof of service no later than April 5, 2004, or the action would be dismissed; and denied the roughly 16 other motions filed by plaintiff without prejudice to their renewal after proper service on all defendants.

Now defendants Miller, Fallon and specially appearing Folger Levin & Kahn move for dismissal of plaintiff's complaint.

**1.    Defendant Samuel Miller's motion to dismiss**

Defendant Miller urges the Court to dismiss claims against him with prejudice because plaintiff has not alleged facts that could give rise to any cognizable claim for relief and plaintiff cannot allege any such facts.  Miller's only connection with plaintiff is that he represented plaintiff's ex-wife's lawyer, Edwin Wainscott and his law firm, Quarles & Brady, Streich, Lang LLP, in a prior action before this Court.  Plaintiff appears to have filed this action against Miller solely in retaliation for that representation.  Other than this very distant connection to plaintiff, Miller has had no other interaction with plaintiff, a fact abundantly apparent in plaintiff's complaint.[3]  Miller did nothing more than serve

---

[2] The twelve claims for relief in the complaint are as follows: (i) common law fraud and civil conspiracy, against all defendants; (ii) intentional infliction of emotional distress, against all defendants; (iii) injunctive and declaratory relief, for all defendants; (iv) failure to mitigate damages; (v) constitutional violations of plaintiff's rights; (vi) special circumstances; (vii) professional negligence; (viii) Fourth Amendment; (ix) malicious prosecution; (x) harassment; (xi) abuse of process; and (xii) defamation.

[3] Miller is referenced only six times in the entire 100 pages and the statements against him consisted solely of invective, rather than substance or actionable claims.  Compl. at 7:21-26, 12:2-10, 13:1-2, 17:10-11, 41:4-14, 41:15-22.

2

For the Northern District of California

1 | as the attorney for Mr. Wainscott and his firm, conduct that is protected by California's litigation

2 | privilege and cannot be used as the basis for a claim against him.  Cal. Civ. Code § 47(b); <u>Brown v.</u>

3 | <u>Kennard</u>, 94 Cal.App.4th 40, 44-45 (Cal. Ct. App. 2001).

4 |     The Court finds defendant's arguments to be meritorious and hereby GRANTS his motion to

5 | dismiss without leave to amend.  Plaintiff could not amend his pleading to state a valid cause of action

6 | given that Miller's only connection to plaintiff is that Miller filed motions on behalf of a party adverse

7 | to plaintiff in a prior suit, actions protected by the litigation privilege.

8 |

9 | **2.**    **Specially appearing defendant Folger, Levin & Kahn's motion to dismiss for failure to**

10 |       **effect service**

11 |     Defendant Folger Levin & Kahn moves this Court for an order dismissing plaintiff's action with

     prejudice based on plaintiff's failure to timely serve all remaining defendants in this case and file proof

12 | of service with the Court by April 5, 2004 pursuant to this Court's March 22, 2004 Order.  In that Order,

13 | the Court stated that plaintiff must serve the remaining defendants in compliance with the provisions

14 | of Rule 4 of the Federal Rules of Civil Procedure and file proof of service no later than April 5, 2004,

15 | or this action would be dismissed.  To date, according to defendants, plaintiff has neither served a

16 | summons nor a current copy of the complaint on Folger, Levin & Kahn.  The firm is only aware of the

17 | Complaint because plaintiff attempted service on Samuel R. Miller, a partner at the firm.  Consistent

18 | with its earlier order, therefore, the Court DISMISSES this action against defendant Folger, Levin &

19 | Kahn.

20 |

21 |

22 | **3.**    **Defendant Fallon's motion to dismiss**

23 |     Defendant Fallon moves the Court for an order dismissing the complaint against him for lack of

24 | subject matter jurisdiction and for failure to state a claim for relief.  Fallon has been named as a party

25 | solely because of his representation of a creditor in plaintiff's bankruptcy case, commenced as a

26 | voluntary petition for relief under Chapter 11.  Fallon contends that "to the extent that the allegations

27 | can be determined, the Complaint filed by Foley provides that Fallon's actions arise from his filing a

28 |

For the Northern District of California

3

1    Motion for relief from the automatic stay and an Adversary Proceeding against Foley in his Chapter 7

2    case." Def. Fallon's Mot. to Dismiss at 3:16-19.

3          For the same reasons that defendant Miller's action has been dismissed, the Court now

4    DISMISSES the action against Fallon. Fallon "did not to [sic] anything in the bankruptcy case other

5    than to represent his client within the framework of the Bankruptcy Code and Rules of Procedure.

6    Foley's Complaint states as much and does not, and cannot, identify improper violations of the

7    Bankruptcy Code or Rules of Procedure." Id. at 9:18-10:3. Pursuant to California's litigation privilege,

8    Cal. Civ. Code § 47(b), the Court GRANTS defendant's motion to dismiss with prejudice.

9

10   **4.    Dismissal of other defendants**

11         By March 22, 2004, this action had been pending for 220 days – well in excess of the 120 day

12   limit on service of process required by Rule 4 of the Federal Rules of Civil Procedure. Among the 18

13   motions filed by plaintiff before that date were two seeking an extension of time to serve defendants.

14   In the March 22, 2004 Order, the Court granted an extension of time. Plaintiff was ordered to serve all

15   defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure, and file a proof of that

16   service, on or before April 5, 2004. A copy of Rule 4 was attached to the March 22, 2004 order.

17   Plaintiff did not file any properly completed proofs of service by April 5, 2004 as ordered. As to the

18   remaining defendants, therefore – defendants Brady,[4] Wieking and Marquez – the action is DISMISSED

19   for failure to complete service of process as ordered. Plaintiff's subsequent requests for further

20   extensions of time to serve the complaint or for substitute service are DENIED.

21

22

23   _____

24   [4] Defendant Lois Brady, the duly appointed and acting Chapter 7 Trustee of the bankruptcy estate of Darrel D. Foley, has also filed a motion to dismiss set for hearing on June 18, 2004. Brady moves to dismiss on two grounds: first that Foley did not obtain leave of the Bankruptcy Court to sue

25   Brady, as required by 28 U.S.C. § 959, thus depriving this Court of subject matter jurisdiction; and second that the complaint does not state a claim against Brady, since the only reference to her in the

26   complaint, which appears on page 23, does not state anything actionable. Brady is correct on both points, and for those separate reasons the complaint is DISMISSED as to defendant Brady. The June

27   18, 2004 hearing date is VACATED.

28                                                    4

For the Northern District of California

**5.    Other pending motions**

Plaintiff has filed a number of documents labeled "motions"; see, for example, docket entries 30, 31, 38, 42, 44, 45 and 51. Some are actually motions seeking relief; some are more in the nature of memoranda in opposition to other pleadings. All are DENIED.

**6.    Rule 11(c)(1)(B) sanctions**

The Court has considered imposing sanctions pursuant to Rule 11(c)(1)(B) of the Federal Rules of Civil Procedure. Rule 11(c)(1)(B) states: "On its own initiative the court may enter an order describing the specific conduct that appears to violate subdivision (b) and directing an attorney, law firm, or party to show cause why it has not violated subdivision (b) with respect thereto." Such an order would be appropriate in this case given plaintiff's repeated filing of frivolous motions and threats to file new complaints. The Court will not issue an Rule 11(c)(1)(B) order at this time; however, plaintiff should be aware that future filings similar to those he has already filed may subject him to sanctions.

## CONCLUSION

For the foregoing reasons and for good cause shown, the Court hereby GRANTS the pending motions to dismiss [docket # 32, 35, 47]; DENIES all requests to extend the time for service of process or for substitute service; and DISMISSES this action with prejudice. All pending motions shall be terminated.

**IT IS SO ORDERED.**

Dated: May 26, 2004

SUSAN ILLSTON
United States District Judge

For the Northern District of California

**EXHIBIT V**

# General Information

| | |
|---|---|
| Case number: | RG06281831 |
| Title: | Foley VS City of Berkeley |
| Case Type: | Civil |
| Complaint Type: | Professional Negligence |
| Case Subtype: | General Civil |
| Filing Date: | 08/01/06 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 8/01/06 | Complaint - Professional Negligence Filed (Amended) | 📄 | 📄 |
| 8/01/06 | Civil Case Cover Sheet Filed for Darrell D. Foley | 📄 | 📄 |
| 8/01/06 | Summons on Complaint Issued and Filed | 📄 | 📄 |
| 8/01/06 | Application Re: Waiver of Court Fees and Costs Filed for Darrell D. Foley | | |
| 8/01/06 | Application Re: Waiver of Court Fees and Costs As to Darrell D. Foley Granted | 📄 | 📄 |
| 8/08/06 | Proof of Service on Complaint As to City of Berkeley Filed | 📄 | 📄 |
| 8/08/06 | Proof of Service on Complaint As to B.O.S.S. Filed | 📄 | 📄 |
| 8/30/06 | Order Shortening Time Reservation Set for dept: 31 date: 09/01/2006 time: 01:30 PM | | |
| 9/01/06 | Application Re: Order Shortening Time Filed for City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 9/01/06 | Application Re: Order Shortening Time Granted | 📄 | 📄 |
| 9/08/06 | Proof of Service on Complaint As to Boona Cheema Filed | 📄 | 📄 |
| 9/14/06 | Notice of and Demand for Compliance with Health & Safety Codes Filed | 📄 | 📄 |
| 9/15/06 | Miscellaneous Certification of Service Filed | 📄 | 📄 |
| 9/25/06 | Rejection Letter Issued on Proof of Service on Complaint | 📄 | 📄 |
| 9/25/06 | Miscellaneous Proof of service Filed | 📄 | 📄 |
| 0/02/06 | Demurrer to Complaint Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 0/02/06 | Demurrer to Complaint Hearing Confirmed for 11/02/2006 09:00 AM D- 31 | | |
| 0/02/06 | Motion to Strike Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 0/02/06 | Motion to Strike 11/02/2006 09:00 AM D- 31 | | |
| 0/23/06 | Declaration in Opposition Filed by Darrell D. Foley | 📄 | 📄 |
| 0/23/06 | Declaration in Opposition Filed by Darrell D. Foley | 📄 | 📄 |
| 0/24/06 | Proof of Service by Mail Filed | 📄 | 📄 |
| 0/24/06 | Initial Case Management Conference 12/18/2006 09:00 AM D- 114 | 📄 | 📄 |
| 0/26/06 | Declaration in Reply Filed by City of Berkeley | 📄 | 📄 |

| Date | Description | | |
|---|---|---|---|
| 0/26/06 | Declaration Filed by City of Berkeley | 🖹 | 🖹 |
| 1/01/06 | First Amendment to Complaint Filed | 🖹 | 🖹 |
| 1/02/06 | Civil Law and Motion Hearing Commenced and Completed | 🖹 | 🖹 |
| 1/02/06 | Demurrer to Complaint - Dropped | 🖹 | 🖹 |
| 1/02/06 | Civil Law and Motion Hearing Commenced and Completed | 🖹 | 🖹 |
| 1/02/06 | Motion to Strike - Dropped | 🖹 | 🖹 |
| 1/02/06 | Application Re: Other Exparte Filed: | 🖹 | 🖹 |
| 1/02/06 | Application Re: Other Exparte Denied | 🖹 | 🖹 |
| 1/02/06 | Order Shortening Time Reservation Set for dept: 31 date: 11/07/2006 time: 01:30 PM | | |
| 1/07/06 | Motion /prefiling ord for vex lit w/o leave of ct Filed by City of Berkeley, B.O.S.S. | 🖹 | 🖹 |
| 1/07/06 | Motion /prefiling ord for vex lit w/o leave of ct Hearing Confirmed for 12/07/2006 09:00 AM D- 31 | | |
| 1/07/06 | Application Re: Order Shortening Time Filed for City of Berkeley, B.O.S.S. | 🖹 | 🖹 |
| 1/07/06 | Application Re: Order Shortening Time Denied | 🖹 | 🖹 |
| 1/27/06 | Demurrer to the First Amended Complaint Filed by City of Berkeley, B.O.S.S. | 🖹 | 🖹 |
| 1/27/06 | Demurrer to the First Amended Complaint Hearing Confirmed for 01/03/2007 09:00 AM D- 31 | | |
| 1/28/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 1/29/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 1/29/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 1/30/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 2/01/06 | Case Management Statement of Darrell D. Foley Filed | 🖹 | 🖹 |
| 2/04/06 | Proof of Service by Mail Filed | 🖹 | 🖹 |
| 2/04/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 2/04/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 2/04/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 2/05/06 | Request for Judicial Notice Filed for Plaintiff | 🖹 | 🖹 |
| 2/05/06 | Objections of City of Berkeley, B.O.S.S. Filed | 🖹 | 🖹 |

| | | | |
|---|---|---|---|
| 2/05/06 | Declaration of Kirk Neuner Filed | 📄 | 📄 |
| 2/05/06 | Proof of Service Filed | 📄 | 📄 |
| 2/06/06 | Notice of Appeal Filed by Darrell D. Foley | 📄 | 📄 |
| 2/06/06 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 2/06/06 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 2/07/06 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 2/07/06 | Motion /prefiling ord for vex lit w/o leave of ct Granted | 📄 | 📄 |
| 2/07/06 | Miscellaneous Amended Notice Of Appeal Filed | 📄 | 📄 |
| 2/07/06 | Order re: Prefiling Order - Vexatious Litigant Filed | 📄 | 📄 |
| 2/12/06 | Hearing Reset to Initial Case Management Conference 09/05/2007 09:00 AM D- 114 | 📄 | 📄 |
| 2/14/06 | Declaration Darrell D. Foley Filed | 📄 | 📄 |
| 2/18/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Filed for Darrell D. Foley | 📄 | 📄 |
| 2/19/06 | Notice of Default Issued | 📄 | 📄 |
| 2/19/06 | Notice of Default Issued | 📄 | 📄 |
| 2/20/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Denied | 📄 | 📄 |
| 2/21/06 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 2/21/06 | Request Re: Continuance of Hearing Filed for Darrell D. Foley | 📄 | 📄 |
| 2/21/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Filed for Darrell D. Foley | 📄 | 📄 |
| 2/21/06 | Proof of Service by Mail Filed | 📄 | 📄 |
| 2/22/06 | Opposition to Ex-parte Application RE: Disqualify Judge... Filed by Darrell D. Foley | 📄 | 📄 |
| 2/26/06 | Petition Request Writ of Mandate Filed by Darrell D. Foley | 📄 | 📄 |
| 2/27/06 | Request Re: Peremptory Challenge as to Judge Winifred Smith Granted | 📄 | 📄 |
| 2/27/06 | Request Re: Continuance of Hearing Dropped | | |
| 2/27/06 | Hearing Reset to Demurrer to the First Amended Complaint 01/10/2007 02:00 PM D- 31 | | |
| 2/27/06 | Proof of Service on Complaint As to Darrell D. Foley Filed | 📄 | 📄 |
| 2/28/06 | Designation of Record Filed | 📄 | 📄 |

| Date | Description | | |
|------|-------------|---|---|
| 2/29/06 | Reply to Oppostion to Demurrer Filed | 📄 | 📄 |
| 11/02/07 | Declaration in Reply Filed by Darrell D. Foley | 📄 | 📄 |
| 11/02/07 | Declaration Re: Other Exparte Filed: | 📄 | 📄 |
| 11/04/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 11/04/07 | Proof of Service on Complaint - Professional Negligence As to Darrell D. Foley Filed | 📄 | 📄 |
| 11/08/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 11/09/07 | Notice of Certification of Record Filed | 📄 | 📄 |
| 11/09/07 | Notice of Certification of Record Filed | 📄 | 📄 |
| 11/10/07 | Hearing Reset to Initial Case Management Conference 09/05/2007 09:00 AM D- 109 | 📄 | 📄 |
| 11/10/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 11/10/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 11/12/07 | Notice of Entry of Order Filed | 📄 | 📄 |
| 11/16/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 11/19/07 | Declaration Re: Other Exparte Denied | 📄 | 📄 |
| 12/05/07 | Second Amended Complaint Filed | 📄 | 📄 |
| 12/05/07 | Proof of Service on Complaint As to Tom Bates, Boona Cheema Filed | 📄 | 📄 |
| 12/06/07 | Proof of Service Superior Court's Copy of Plaintiff's Opening Brief (Appeal) Received | 📄 | 📄 |
| 12/08/07 | Other Exparte Reservation Set for dept: 31 date: 02/13/2007 time: 08:45 AM | | |
| 12/09/07 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 12/09/07 | Proof of Service by Mail Filed | 📄 | 📄 |
| 12/13/07 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 12/13/07 | Application Re: Other Exparte Granted | 📄 | 📄 |
| 12/23/07 | Application Re: Other Exparte Dropped | | |
| 12/27/07 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 12/27/07 | Motion to Strike Complaint Hearing Confirmed for 04/03/2007 02:00 PM D- 31 | | |
| 12/27/07 | Demurrer to Complaint Filed by Tom Bates, Boona Cheema, City of Berkeley | 📄 | 📄 |
| 12/27/07 | Demurrer to Complaint 04/03/2007 02:00 PM D- 31 | | |

| | | | |
|---|---|---|---|
| 3/13/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 3/15/07 | Miscellaneous Certification Of Service By Fax Filed | 📄 | 📄 |
| 3/26/07 | Opposition Filed | 📄 | 📄 |
| 3/26/07 | Opposition Filed | 📄 | 📄 |
| 3/26/07 | Objections of Tom Bates, Boona Cheema, City of Berkeley Filed | 📄 | 📄 |
| 4/03/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 4/03/07 | Motion to Strike Complaint - Motion Rescheduled | 📄 | 📄 |
| 4/03/07 | Hearing Continued to Civil Law and Motion dept: 31 date: 04/09/2007 time: 02:00 PM | | |
| 4/03/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 4/03/07 | Demurrer to Complaint - Motion Rescheduled | 📄 | 📄 |
| 4/03/07 | Hearing Continued to Civil Law and Motion dept: 31 date: 04/09/2007 time: 02:00 PM | | |
| 4/04/07 | Memorandum of Points and Authorities in Support (Amended) Filed | 📄 | 📄 |
| 4/09/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 4/09/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 4/09/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 4/09/07 | Motion to Strike Complaint Denied | 📄 | 📄 |
| 4/23/07 | Third Amended Complaint Filed | 📄 | 📄 |
| 4/30/07 | Proof of Service by Fax Filed | 📄 | 📄 |
| 5/07/07 | Demurrer to Complaint Filed by Boona Cheema, City of Berkeley | 📄 | 📄 |
| 5/07/07 | Demurrer to Complaint Hearing Confirmed for 09/12/2007 09:00 AM D- 31 | | |
| 5/07/07 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 5/07/07 | Motion to Strike Complaint Hearing Confirmed for 09/12/2007 09:00 AM D- 31 | | |
| 5/07/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 5/07/07 | Proof of Service by Mail Filed | 📄 | 📄 |
| 5/07/07 | Motion for Sanctions Filed for Defendant | 📄 | 📄 |
| 5/07/07 | Motion for Sanctions Hearing Confirmed for 09/12/2007 09:00 AM D- 31 | | |

| | | | |
|---|---|---|---|
| 05/23/07 | Notice of Judicial Assignment for All Purposes Issued | 📄 | 📄 |
| 06/08/07 | Remittitur Filed | 📄 | 📄 |
| 06/21/07 | Hearing Reset to Demurrer to Complaint 09/12/2007 09:00 AM D- 114 | 📄 | 📄 |
| 06/21/07 | Hearing Reset to Motion to Strike Complaint 09/12/2007 09:00 AM D- 114 | 📄 | 📄 |
| 06/21/07 | Hearing Reset to Motion for Sanctions 09/12/2007 09:00 AM D- 114 | 📄 | 📄 |
| 06/21/07 | Hearing Reset to Initial Case Management Conference 09/07/2007 09:00 AM D- 114 | 📄 | 📄 |
| 07/18/07 | Returned Mail: Notice of Judicial Assignment for all Purposes Filed | 📄 | 📄 |
| 07/18/07 | Returned Mail: Notice of Hearing Filed | 📄 | 📄 |
| 08/09/07 | Returned Mail: Notice of Hearing Filed | 📄 | 📄 |
| 08/14/07 | Hearing Reset to Initial Case Management Conference 09/07/2007 09:00 AM D- 8 | 📄 | 📄 |
| 08/14/07 | Hearing Reset to Civil Law and Motion 09/12/2007 09:00 AM D- 8 | 📄 | 📄 |
| 08/14/07 | Hearing Reset to Civil Law and Motion 09/12/2007 09:00 AM D- 8 | 📄 | 📄 |
| 08/14/07 | Hearing Reset to Civil Law and Motion 09/12/2007 09:00 AM D- 8 | 📄 | 📄 |
| 08/23/07 | Returned Mail: Notice of Case Management Conference Filed | 📄 | 📄 |
| 08/27/07 | Opposition Filed | 📄 | 📄 |
| 08/27/07 | Request Re: Peremptory Challenge as to Judge Winifred Y. Smith Filed for Darrell D. Foley | 📄 | 📄 |
| 08/27/07 | Miscellaneous Certification Of Service Filed | 📄 | 📄 |
| 08/27/07 | Opposition To Defendant's Demurrer To Third Amended Complaint Filed | 📄 | 📄 |
| 08/27/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 08/27/07 | Opposition To Motion To Strike Portions Of Third Amended Complaint Filed | 📄 | 📄 |
| 08/28/07 | Miscellaneous Certification of Service Filed | 📄 | 📄 |
| 08/28/07 | Amended Declaration Third Premptive Motion to Disqualify Judge Winifred Smith Under 170.6 Filed | 📄 | 📄 |
| 09/04/07 | Supplemental Declaration in Support Filed | | |
| 09/05/07 | Declaration in Reply of Defendant to Plaintiff's Opposition to Motion to Strike Portions of Plaintif | 📄 | 📄 |
| 09/05/07 | Reply of Defendant to Plaintiff's Opposition to Motion for Terminating Sanction or Monetary Sanction | 📄 | 📄 |
| 09/05/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |

| 9/05/07 | Reply to opposition to demurrer Filed | 📄 | 📄 |
|---|---|---|---|
| 9/07/07 | Notice of Judicial Reassignment for All Purposes Issued | 📄 | 📄 |
| 9/07/07 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 9/10/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 9/11/07 | Memorandum of Points and Authorities in Opposition motion for monetary sanctions Filed | 📄 | 📄 |
| 9/11/07 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 9/11/07 | Motion for Sanctions Hearing Confirmed for 10/24/2007 09:30 AM D-30 | | |
| 9/11/07 | Motion For Leave Of The Court To File Fourth Amended Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 9/11/07 | Motion For Leave Of The Court To File Fourth Amended Complaint Hearing Confirmed for 10/24/2007 09:3 | | |
| 9/11/07 | Objection to plaintiff's motion Filed | 📄 | 📄 |
| 9/12/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 9/12/07 | Motion for Sanctions - Motion Rescheduled | 📄 | 📄 |
| 9/12/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 09/25/2007 time: 09:30 AM | | |
| 9/12/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 9/12/07 | Demurrer to Complaint - Motion Rescheduled | 📄 | 📄 |
| 9/12/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 09/25/2007 time: 09:30 AM | | |
| 9/12/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 9/12/07 | Motion to Strike Complaint - Motion Rescheduled | 📄 | 📄 |
| 9/12/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 09/25/2007 time: 09:30 AM | | |
| 9/13/07 | Motion for Interim Relief Filed by Darrell D. Foley | 📄 | 📄 |
| 9/13/07 | Motion for Interim Relief Hearing Confirmed for 10/24/2007 09:30 AM D- 30 | | |
| 9/17/07 | Motion for Summary Judgment Reservation Set for dept: 30 date: 12/11/2007 time: 09:30 AM | | |
| 9/25/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 9/25/07 | Motion to Strike Complaint - Granted in Part | 📄 | 📄 |
| 9/25/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |

| | | | |
|---|---|---|---|
| 9/25/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 9/25/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 9/25/07 | Motion for Sanctions Denied | 📄 | 📄 |
| 9/27/07 | Returned Mail: Filed | 📄 | 📄 |
| 0/01/07 | Fourth Amended Complaint Filed | 📄 | 📄 |
| 0/01/07 | Motion for Reconsideration Reservation Set for dept: 30 date: 11/06/2007 time: 09:30 AM | | |
| 0/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 0/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 0/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 0/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 0/02/07 | Returned Mail: Minute Order Filed | 📄 | 📄 |
| 0/10/07 | Hearing Vacated: Motion for Reconsideration 11/06/2007 09:30 AM D-30 | | |
| 0/10/07 | Hearing Vacated: Motion for Summary Judgment 12/11/2007 09:30 AM D-30 | | |
| 0/12/07 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 0/12/07 | Motion to Strike Complaint Hearing Confirmed for 11/06/2007 09:30 AM D-30 | | |
| 0/12/07 | Demurrer to Complaint Filed by Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 0/12/07 | Demurrer to Complaint Hearing Confirmed for 11/06/2007 09:30 AM D-30 | | |
| 0/16/07 | Reply To Motions For Sanctions Filed | 📄 | 📄 |
| 0/16/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 0/18/07 | Declaration Opposition to 4th Amended Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 0/22/07 | Opposition To Motion To Strike Filed | 📄 | 📄 |
| 0/22/07 | Request Re: Peremptory Challenge as to Judge Kenneth Mark Burr Filed for Darrell D. Foley | 📄 | 📄 |
| 0/23/07 | Hearing Reset to Demurrer to Complaint 12/04/2007 09:30 AM D- 30 | | |
| 0/23/07 | Hearing Reset to Motion to Strike Complaint 12/04/2007 09:30 AM D-30 | 📄 | 📄 |
| 0/23/07 | Request Re: Peremptory Challenge as to Judge Kenneth Mark Burr Denied | 📄 | 📄 |
| 0/24/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |

| | | | |
|---|---|---|---|
| 0/24/07 | Motion for Interim Relief Denied |  |  |
| 0/24/07 | Civil Law and Motion Hearing Commenced and Completed |  |  |
| 0/24/07 | Motion For Leave Of The Court To File Fourth Amended Complaint - Dropped |  |  |
| 0/24/07 | Civil Law and Motion Hearing Commenced and Completed |  |  |
| 0/24/07 | Motion for Sanctions Denied |  |  |
| 0/26/07 | Request Re: Other Exparte Filed: |  |  |
| 0/29/07 | Application Re: Challenge for Cause as to Judge Kenneth Mark Burr Filed for Darrell D. Foley |  |  |
| 0/30/07 | Proof of Personal Service on Application Re: Challenge for Cause as to Judge Kenneth Mark Burr As to |  |  |
| 0/30/07 | Reply Filed |  |  |
| 0/30/07 | Reply Filed |  |  |
| 1/02/07 | Order Denying Striking Challenge for Cause Filed |  |  |
| 1/02/07 | Application Re: Challenge for Cause as to Judge Kenneth Mark Burr Denied |  |  |
| 1/05/07 | Motion for Sanctions Filed for Plaintiff |  |  |
| 1/05/07 | Motion for Sanctions Hearing Confirmed for 12/05/2007 09:30 AM D-30 | | |
| 1/05/07 | Opposition Filed |  |  |
| 1/07/07 | Motion for Sanctions Filed for Plaintiff |  |  |
| 1/07/07 | Motion for Sanctions Hearing Confirmed for 12/12/2007 09:30 AM D-30 | | |
| 1/15/07 | Motion for Sanctions Filed for Plaintiff |  |  |
| 1/15/07 | Motion for Sanctions Hearing Confirmed for 12/19/2007 09:30 AM D-30 | | |
| 1/19/07 | Request Re: Stay Filed for Darrell D. Foley |  |  |
| 1/26/07 | Miscellaneous - Certification of Service Filed |  |  |
| 1/26/07 | Notice of Change of Address Filed |  |  |
| 2/04/07 | Civil Law and Motion Hearing Commenced and Completed |  |  |
| 2/04/07 | Motion to Strike Complaint - Granted in Part |  |  |
| 2/04/07 | Civil Law and Motion Hearing Commenced and Completed |  |  |
| 2/04/07 | Demurrer to Complaint - Overruled |  |  |

| 2/04/07 | Request Re: Stay Denied | | |
|---------|-------------------------|---|---|
| 2/05/07 | Request Re: Other Exparte Denied | | |
| 2/05/07 | Civil Law and Motion Hearing Commenced and Completed | | |
| 2/05/07 | Motion for Sanctions Denied | | |
| 2/11/07 | Fifth Amended Complaint Filed | | |
| 2/11/07 | Miscellaneous Certification Of Service Fifth Amended Complaint Filed | | |
| 2/12/07 | Civil Law and Motion Hearing Commenced and Completed | | |
| 2/12/07 | Motion for Sanctions Denied | | |
| 2/14/07 | Memorandum of Points and Authorities in Opposition Filed | | |
| 2/19/07 | Civil Law and Motion Hearing Commenced and Completed | | |
| 2/19/07 | Motion for Sanctions Denied | | |
| 2/21/07 | Motion to Strike Complaint Filed for Defendant | | |
| 2/21/07 | Motion to Strike Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |
| 2/26/07 | Demurrer to Complaint Filed by Boona Cheema, B.O.S.S. | | |
| 2/26/07 | Demurrer to Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |

Page:  

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 01/03/08 | Motion to Amend Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |
| 01/03/08 | Motion to Amend Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 01/07/08 | Motion to Amend Complaint Filed by Darrell D. Foley | 📄 | 📄 |
| 01/07/08 | Motion to Amend Complaint Hearing Confirmed for 03/25/2008 09:30 AM D- 30 | | |
| 01/11/08 | Motion Reservation Set for dept: 30 date: 03/25/2008 time: 09:30 AM | | |
| 01/14/08 | Declaration Re: Demurrer Filed | 📄 | 📄 |
| 01/14/08 | Hearing Vacated: Motion to Amend Complaint 03/25/2008 09:30 AM D- 30 | | |
| 01/14/08 | Hearing Vacated: Motion to Amend Complaint 03/25/2008 09:30 AM D- 30 | | |
| 02/07/08 | Motion for Discovery Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/07/08 | Motion for Discovery Sanctions Hearing Confirmed for 04/09/2008 09:30 AM D- 30 | | |
| 02/07/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/07/08 | Motion for Sanctions Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
| 02/07/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/07/08 | Motion for Sanctions Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
| 02/14/08 | Miscellaneous Certification of Service Filed | 📄 | 📄 |
| 02/21/08 | Opposition to Defendants Demurrer to Fifth Amended Complaint Filed | 📄 | 📄 |
| 02/21/08 | Request for Judicial Notice Filed for Darrell D. Foley | 📄 | 📄 |
| 02/28/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| 02/28/08 | Motion for Sanctions Hearing Confirmed for 05/14/2008 09:30 AM D- 30 | | |
| 03/04/08 | Opposition to Defendants Motion to Strike Portions of The Fifth Amended Complaint Filed | 📄 | 📄 |
| 03/04/08 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 03/05/08 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 03/07/08 | Motion to Amend Complaint Filed by Darrell D. Foley | 📄 | 📄 |

| | | | |
|---|---|---|---|
| l3/07/08 | Motion to Amend Complaint Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
| l3/07/08 | Proof of Service Motion to Amend & Miscellaneous Motions Filed | 📄 | 📄 |
| l3/10/08 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| l3/10/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| l3/17/08 | Motion for Sanctions Filed for Plaintiff | 📄 | 📄 |
| l3/17/08 | Motion for Sanctions Hearing Confirmed for 04/16/2008 09:30 AM D- 30 | | |
| l3/17/08 | Reply to Opposition to Demurrer Filed | 📄 | 📄 |
| l3/17/08 | Reply to Opposition to Motion to Strike Filed | 📄 | 📄 |
| l3/18/08 | Motion to Amend Complaint Reservation Set for dept: 30 date: 04/16/2008 time: 09:30 AM | | |
| l3/25/08 | Hearing Vacated: Motion to Amend Complaint 04/16/2008 09:30 AM D- 30 | | |
| l3/25/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| l3/25/08 | Motion to Strike Complaint - Granted in Part | 📄 | 📄 |
| l3/25/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| l3/25/08 | Demurrer to Complaint - Overruled | 📄 | 📄 |
| l3/26/08 | Hearing Restored: Civil Law and Motion 04/16/2008 09:30 AM D- 30 | | |
| l3/26/08 | Opposition Filed | 📄 | 📄 |
| l3/26/08 | Objections to Evidence Filed for Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| l3/26/08 | Proof of Service Filed for Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| l3/26/08 | Request for Judicial Notice Filed for Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| l3/27/08 | Reply to Defendants Opposition to Discovery Sanctions Filed | 📄 | 📄 |
| l4/01/08 | Motion Reservation Set for dept: 30 date: 06/04/2008 time: 09:30 AM | | |
| l4/02/08 | Motion for Court to Apoint Civil Indigent Plaintiff Counsel Filed by Darrell D. Foley | 📄 | 📄 |
| l4/02/08 | Motion for Court to Apoint Civil Indigent Plaintiff Counsel Hearing Confirmed for 06/04/2008 09:30 A | | |
| l4/03/08 | Motion for Contempt of Court Sanctions Against Seth Schwartz Filed by Darrell D. Foley | 📄 | 📄 |
| l4/03/08 | Motion fpr Contempt of Court Sanctions Against Seth Schwartz Hearing Confirmed for 06/04/2008 09:30 | | |

| 04/03/08 | Opposition Filed | 📄 | 📄 |
|---|---|---|---|
| 04/03/08 | Request for Judicial Notice Filed for Tom Bates, Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Proposed Order Filed for Tom Bates, Boona Cheema, City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 04/03/08 | Opposition Filed | 📄 | 📄 |
| 04/03/08 | Request for Judicial Notice Filed for Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 04/03/08 | Opposition Filed | 📄 | 📄 |
| 04/03/08 | Request for Judicial Notice Filed for Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Declaration in Opposition Filed by Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 04/03/08 | Objection Filed | 📄 | 📄 |
| 04/03/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 04/03/08 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 04/03/08 | Evidence in Support opposition to motion for sanctions Filed | 📄 | 📄 |
| 04/04/08 | Declaration in Reply to Opposition Filed by Darrell D. Foley | 📄 | 📄 |
| 04/04/08 | Answer to Amended Complaint Filed for Boona Cheema, B.O.S.S. | 📄 | 📄 |
| 04/07/08 | Declaration in Reply to Opposition Filed by Darrell D. Foley | 📄 | 📄 |
| 04/07/08 | Proof of Service by Mail (Amended) Filed | 📄 | 📄 |
| 04/08/08 | Motion Filed by Darrell D. Foley | 📄 | 📄 |
| 04/08/08 | Motion Hearing Confirmed for 06/04/2008 09:30 AM D- 30 | | |
| 04/09/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/09/08 | Motion for Discovery Sanctions Denied | 📄 | 📄 |
| 04/10/08 | Motion for Reconsideration Reservation Set for dept: 30 date: 06/04/2008 time: 09:30 AM | | |
| 04/10/08 | Miscellaneous - Request for Jury Trial Filed | 📄 | 📄 |
| 04/11/08 | Proof of Service on Motion | 📄 | 📄 |
| 04/14/08 | Other Exparte Reservation Set for dept: 30 date: 04/17/2008 time: 09:00 AM | | |
| 04/15/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 06/18/2008 time: 09:30 AM | | |

| | | | |
|---|---|---|---|
| 14/15/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 06/18/2008 time: 09:30 AM | | |
| 14/15/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 06/18/2008 time: 09:30 AM | | |
| 14/15/08 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 14/16/08 | Hearing Restored: Civil Ex-Parte 04/17/2008 09:00 AM D- 30 | | |
| 14/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 14/16/08 | Motion to Amend Complaint Denied | 📄 | 📄 |
| 14/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 14/16/08 | Motion for Sanctions Denied | 📄 | 📄 |
| 14/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 14/16/08 | Motion for Sanctions Denied | 📄 | 📄 |
| 14/16/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 14/16/08 | Motion for Sanctions Denied | 📄 | 📄 |
| 14/17/08 | Application Re: Other Exparte Denied | 📄 | 📄 |
| 14/18/08 | Motion to Compel (Motion) Reservation Set for dept: 30 date: 07/23/2008 time: 09:30 AM | | |
| 14/22/08 | Case Management Conf Continuance 07/18/2008 11:00 AM D- 30 | | |
| 14/22/08 | Notice of Hearing Trial Setting Conference Filed | 📄 | 📄 |
| 14/30/08 | Motion for Sanctions Filed for Defendant | 📄 | 📄 |
| 14/30/08 | Motion for Sanctions Hearing Confirmed for 06/04/2008 09:30 AM D- 30 | | |
| 14/30/08 | Motion for Sanctions Hearing Dropped from dept: 30 date: 06/04/2008 time: 09:30 AM | | |
| 15/06/08 | Declaration in Reply to Opposition to Sanctions Filed by Darrell D. Foley | 📄 | 📄 |
| 15/14/08 | Hearing Vacated: Motion to Compel (Motion) 06/18/2008 09:30 AM D- 30 | | |
| 15/14/08 | Hearing Vacated: Motion to Compel (Motion) 06/18/2008 09:30 AM D- 30 | | |
| 15/14/08 | Hearing Vacated: Motion to Compel (Motion) 06/18/2008 09:30 AM D- 30 | | |
| 15/14/08 | Hearing Vacated: Motion to Compel (Motion) 07/23/2008 09:30 AM D- 30 | | |
| 15/14/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |

| | | | |
|---|---|---|---|
| )5/14/08 | Motion for Sanctions Denied | 📄 | 📄 |
| )5/21/08 | Opposition Filed | 📄 | 📄 |
| )5/21/08 | Opposition Filed | 📄 | 📄 |
| )5/21/08 | Opposition Filed | 📄 | 📄 |
| )5/21/08 | Declaration Filed by Boona Cheema, B.O.S.S. | 📄 | 📄 |
| )6/03/08 | Motion to Amend Complaint Reservation Set for dept: 30 date: 07/16/2008 time: 09:30 AM | | |
| )6/04/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| )6/04/08 | Motion Denied | 📄 | 📄 |
| )6/04/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| )6/04/08 | Motion fpr Contempt of Court Sanctions Against Seth Schwartz Denied | 📄 | 📄 |
| )6/04/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| )6/04/08 | Motion for Court to Apoint Civil Indigent Plaintiff Counsel Denied | 📄 | 📄 |
| )6/16/08 | Case Management Statement of Darrell D. Foley Filed | 📄 | 📄 |
| )7/18/08 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| )7/18/08 | Case Management Conference Order Issued | 📄 | 📄 |
| )7/18/08 | Civil Jury Trial 03/06/2009 09:30 AM D- 30 | | |
| )7/18/08 | Order Denying Challenge (with proof of mailing) Filed | 📄 | 📄 |
| )7/22/08 | Demand for Jury Trial Filed | 📄 | 📄 |
| )7/28/08 | Motion for Protective Order Filed for Defendant | 📄 | 📄 |
| )7/28/08 | Motion for Protective Order Hearing Confirmed for 10/29/2008 09:30 AM D- 30 | | |

Page: 1    2

**EXHIBIT W**

# General Information

| | |
|---|---|
| Case number: | RG06285539 |
| Title: | Foley VS City of Berkeley |
| Case Type: | Civil |
| Complaint Type: | Civil Rights |
| Case Subtype: | General Civil |
| Filing Date: | 08/23/06 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 8/23/06 | Complaint - Civil Rights Filed (Amended) | 📄 | 📄 |
| 8/23/06 | Civil Case Cover Sheet Filed for Darrell D. Foley | 📄 | 📄 |
| 8/23/06 | Summons on Complaint Issued and Filed | 📄 | 📄 |
| 8/23/06 | Application Re: Waiver of Court Fees and Costs Filed for Darrell D. Foley | | |
| 8/23/06 | Application Re: Waiver of Court Fees and Costs As to Darrell D. Foley Granted | 📄 | 📄 |
| 8/23/06 | Notice of of Related Case Filed | 📄 | 📄 |
| 9/08/06 | Proof of Service on Complaint As to Filed | 📄 | 📄 |
| 9/21/06 | Order Shortening Time Reservation Set for dept: 31 date: 09/25/2006 time: 01:30 PM | | |
| 9/25/06 | Rejection Letter Issued on Proof of Service on Complaint | 📄 | 📄 |
| 9/25/06 | Application Re: Order Shortening Time Filed for B.O.S.S. | 📄 | 📄 |
| 9/25/06 | Opposition to Ex-parte Application Filed by Darrell D. Foley | 📄 | 📄 |
| 9/25/06 | Application Re: Order Shortening Time Granted | 📄 | 📄 |
| 9/25/06 | Miscellaneous Proof of service Filed | 📄 | 📄 |
| 10/04/06 | Other Exparte Reservation Set for dept: 31 date: 10/06/2006 time: 01:30 PM | | |
| 10/06/06 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 10/06/06 | Application Re: Other Exparte Granted in Part | 📄 | 📄 |
| 10/11/06 | Application Re: Extension of Time to Respond to Complaint Filed for City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 10/11/06 | Application Re: Extension of Time to Respond to Complaint Granted | 📄 | 📄 |
| 10/11/06 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 10/20/06 | Demurrer Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 10/20/06 | Demurrer Hearing Confirmed for 11/16/2006 09:00 AM D- 31 | | |
| 10/20/06 | Motion to Strike Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 10/20/06 | Motion to Strike 11/16/2006 09:00 AM D- 31 | | |
| 11/06/06 | First Amended Complaint Filed | 📄 | 📄 |
| 11/06/06 | Proof of Service by Mail Filed | 📄 | 📄 |

| Date | Description | | |
|------|-------------|---|---|
| 1/16/06 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 1/16/06 | Demurrer - Dropped | 📄 | 📄 |
| 1/16/06 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 1/16/06 | Motion to Strike - Dropped | 📄 | 📄 |
| 1/21/06 | Initial Case Management Conference 01/19/2007 01:30 PM D- 202 | 📄 | 📄 |
| 2/01/06 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 2/11/06 | Motion to Strike Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 2/11/06 | Motion to Strike Hearing Confirmed for 01/16/2007 09:00 AM D- 31 | | |
| 2/11/06 | Demurrer to Complaint Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 2/11/06 | Demurrer to Complaint Hearing Confirmed for 01/16/2007 09:00 AM D- 31 | | |
| 01/03/07 | Request Re: Peremptory Challenge as to Judge Winifred Smith Filed for Darrell D. Foley | 📄 | 📄 |
| 01/03/07 | Case Management Statement of Darrell D. Foley Filed | 📄 | 📄 |
| 01/04/07 | Memorandum of Points and Authorities in Opposition to Motion to Strike Filed | 📄 | 📄 |
| 01/05/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 01/05/07 | Case Management Conference Order Issued | 📄 | 📄 |
| 01/05/07 | Hearing Reset to Case Management Conf Continuance 04/06/2007 01:30 PM D- 202 | | |
| 01/08/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 01/08/07 | Proof of Service Filed | 📄 | 📄 |
| 01/10/07 | Request Re: Peremptory Challenge as to Judge Winifred Smith Granted | 📄 | 📄 |
| 01/10/07 | Hearing Reset to Motion to Strike 01/19/2007 02:00 PM D- 31 | | |
| 01/10/07 | Hearing Reset to Demurrer to Complaint 01/19/2007 02:00 PM D- 31 | | |
| 01/11/07 | Application Re: Other Exparte Filed: | 📄 | 📄 |
| 01/11/07 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 01/11/07 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 01/12/07 | Declaration in Reply Filed by Darrell D. Foley | 📄 | 📄 |
| 01/17/07 | Objection Filed | 📄 | 📄 |
| 01/18/07 | Application Re: Other Exparte Denied | 📄 | 📄 |

| 11/18/07 | Opposition Filed | 📄 | 📄 |
| 11/18/07 | Proof of Service by Mail Filed | 📄 | 📄 |
| 11/18/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 11/19/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 11/19/07 | Motion to Strike Granted | 📄 | 📄 |
| 11/19/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 11/19/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 11/26/07 | Second Amended Complaint Filed | 📄 | 📄 |
| 02/05/07 | Proof of Service on Demurrer to Complaint As to City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 02/07/07 | Demurrer and demurrer to second amended Filed by City of Berkeley, B.O.S.S. | 📄 | 📄 |
| 02/07/07 | Demurrer Hearing Confirmed for 03/23/2007 02:00 PM D- 31 | | |
| 03/05/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 03/07/07 | Request for Judicial Notice Filed for Plaintiff | 📄 | 📄 |
| 03/13/07 | Memorandum of Points and Authorities in Reply ,to 2nd amended, Filed | 📄 | 📄 |
| 03/22/07 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 03/23/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 03/23/07 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 03/27/07 | Proof of Service on Amended Complaint Filed | 📄 | 📄 |
| 03/27/07 | Third Amended Complaint Filed | 📄 | 📄 |
| 04/04/07 | Motion for Sanctions Reservation Set for dept: 31 date: 05/10/2007 time: 02:00 PM | | |
| 04/06/07 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 04/06/07 | Case Management Conference Order Issued | 📄 | 📄 |
| 04/06/07 | Hearing Reset to Case Management Conf Continuance 07/06/2007 09:30 AM D- 202 | | |
| 04/09/07 | Motion to Strike Filed by City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | 📄 | 📄 |
| 04/09/07 | Motion to Strike Hearing Confirmed for 05/10/2007 02:00 PM D- 31 | | |
| 04/10/07 | Declaration of Tiffany Griffin Filed | 📄 | 📄 |

| Date | Description | | |
|------|-------------|---|---|
| 04/10/07 | Demurrer to Complaint Filed by City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | 📄 | 📄 |
| 04/10/07 | Demurrer to Complaint Hearing Confirmed for 05/10/2007 02:00 PM D- 31 | | |
| 04/30/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 04/30/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 05/03/07 | Reply Brief in Support of Motion Filed | 📄 | 📄 |
| 05/10/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 05/10/07 | Demurrer Sustained W/O Leave to Amend As To Matter | 📄 | 📄 |
| 05/10/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 05/10/07 | Motion to Strike - Dropped | 📄 | 📄 |
| 06/13/07 | Notice of Entry of Judgment Filed | 📄 | 📄 |
| 06/28/07 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 08/23/07 | Case Management Statement of City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 11/20/07 | Motion to Consolidate Reservation Set for dept: 30 date: 01/23/2008 time: 09:30 AM | | |
| 11/26/07 | Application Re: Peremptory Challenge as to Judge Frank Roesch Filed for Darrell D. Foley | 📄 | 📄 |
| 11/26/07 | Notice of Change of Address Filed | 📄 | 📄 |
| 11/26/07 | Miscellaneous - Certification of Service Filed | 📄 | 📄 |
| 11/30/07 | Motion to Vacate/Set Aside Dismissal Filed for Plaintiff | 📄 | 📄 |
| 11/30/07 | Motion to Vacate/Set Aside Dismissal Hearing Confirmed for 01/29/2008 09:00 AM D- 31 | | |
| 12/03/07 | Proof of Service Re: Certification of Service Filed | 📄 | 📄 |
| 12/04/07 | Hearing Vacated: Motion to Consolidate 01/23/2008 09:30 AM D- 30 | | |
| 12/05/07 | Miscellaneous Certification Of Service Filed | 📄 | 📄 |
| 12/05/07 | Application Re: Peremptory Challenge as to Judge Frank Roesch Denied | 📄 | 📄 |
| 12/10/07 | Declaration Re: Challenge for Cause as to Judge Frank Roesch Filed for Darrell D. Foley | 📄 | 📄 |
| 12/11/07 | Proof of Service on Motion | 📄 | 📄 |
| 12/11/07 | Proof of Service on Motion | 📄 | 📄 |
| 12/11/07 | Proof of Service on Motion | 📄 | 📄 |

| Date | Description | | |
|---|---|---|---|
| 2/11/07 | Proof of Service Filed | 📄 | 📄 |
| 2/11/07 | Proof of Service Filed | 📄 | 📄 |
| 2/11/07 | Proof of Service Filed | 📄 | 📄 |
| 2/13/07 | Proof of Personal Service on Complaint - Civil Rights As to Darrell D. Foley Filed | 📄 | 📄 |
| 2/13/07 | Miscellaneous - Proof of Service Filed | 📄 | 📄 |
| 2/13/07 | Miscellaneous - Proof of Service Filed | 📄 | 📄 |
| 2/13/07 | Miscellaneous - Proof of Service Filed | 📄 | 📄 |
| 2/19/07 | Opposition Filed | 📄 | 📄 |
| 2/19/07 | Declaration in Opposition Filed by City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | 📄 | 📄 |
| 2/19/07 | Request for Judicial Notice Filed for City of Berkeley, B.O.S.S., Tom Bates, Boona Cheema | 📄 | 📄 |
| 2/20/07 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 2/20/07 | Order Striking Challenge for Cause to Judge Frank Roesch Filed December 10, 2007. Filed | 📄 | 📄 |
| 2/20/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 2/21/07 | Proof of Service Certificate of Service Filed | 📄 | 📄 |
| 1/22/08 | Motion to Vacate/Set Aside Dismissal Filed for Plaintiff | 📄 | 📄 |
| 1/22/08 | Motion to Vacate/Set Aside Dismissal Hearing Confirmed for 02/28/2008 09:00 AM D- 31 | | |
| 1/23/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 1/29/08 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 1/29/08 | Motion to Vacate/Set Aside Dismissal - Motion Rescheduled | 📄 | 📄 |
| 1/29/08 | Hearing Continued to Civil Law and Motion dept: 31 date: 02/28/2008 time: 09:00 AM | | |
| 2/13/08 | Proof of Service by Mail Filed | 📄 | 📄 |
| 2/13/08 | Proposed Order Filed | 📄 | 📄 |
| 2/13/08 | Opposition Filed | 📄 | 📄 |
| 2/13/08 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 2/13/08 | Proposed Order Filed | 📄 | 📄 |
| 2/13/08 | Proof of Service by Mail Filed | 📄 | 📄 |

| Date | Description | | |
|------|-------------|---|---|
| 02/15/08 | Reply to Defendant's Answer to PL Motion for relief From Dismissal Filed | 📄 | 📄 |
| 02/20/08 | Proof of Service on Motion | 📄 | 📄 |
| 02/28/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 02/28/08 | Motion to Vacate/Set Aside Dismissal Denied | 📄 | 📄 |
| 02/28/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 02/28/08 | Motion to Vacate/Set Aside Dismissal Denied | | |
| 03/03/08 | Motion for Reconsideration Filed for Plaintiff | 📄 | 📄 |
| 03/03/08 | Motion for Reconsideration Hearing Confirmed for 04/21/2008 09:00 AM D- 31 | | |
| 04/08/08 | Opposition Filed | 📄 | 📄 |
| 04/08/08 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 04/08/08 | Proof of Service on Complaint As to City of Berkeley, B.O.S.S. Filed | 📄 | 📄 |
| 04/08/08 | Proposed Order Filed | 📄 | 📄 |
| 04/14/08 | Reply Filed | 📄 | 📄 |
| 04/21/08 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 04/21/08 | Motion for Reconsideration Denied | 📄 | 📄 |
| 04/23/08 | Notice of Appeal Filed by Darrell D. Foley | 📄 | 📄 |
| 04/23/08 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 04/23/08 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 04/30/08 | Designation of Record Filed | 📄 | 📄 |
| 05/01/08 | Letter from DCA to Darrell Foley Filed | 📄 | 📄 |
| 05/19/08 | Order from DCA Filed | 📄 | 📄 |

**EXHIBIT X**

5 of 5 DOCUMENTS

**DARRELL D. FOLEY, Plaintiff, v. JANICE MARQUEZ, EDWIN WAINSCOTT, ET UX, QUARLES & BRADY STREICH LANG, ARIZONA STATE BAR, JAMES LEE, CHARLES W. WIRKIN, HAROLD HURTT, JOAN FITGERALD, SKIP RIMZA, JOHN L. CLAYTON, JANET NAPOLITANO, JOHN DOES 1-10, Defendants.**

No. C 03-1010 SI

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*2003 U.S. Dist. LEXIS 17554*

September 30, 2003, Decided
October 1, 2003, Filed; October 2, 2003, Entered in Civil Docket

**SUBSEQUENT HISTORY:** Related proceeding at *Foley v. Marquez, 2004 U.S. Dist. LEXIS 4870 (N.D. Cal., Mar. 19, 2004)*

**DISPOSITION:** [*1] Defendants' motions to dismiss for (1) lack of subject matter jurisdiction, (2) lack of personal jurisdiction, and (3) improper venue, all without leave to amend GRANTED; defendants' motions to dismiss for failure to state a claim upon which relief granted as moot DENIED; and all other pending motions as moot DENIED.

**COUNSEL:** Darrell D Foley, PLAINTIFF, Pro se, Castro Valley, CA USA.

For Edwin Wainscott, Quarles & Brady Streich Lang, DEFENDANTS: Samuel Ray Miller, Folger Levin & Kahn LLP, San Francisco, CA USA.

For Harold Hurtt, Skip Rimzsa, DEFENDANTS: Frederick Geonetta, Litton & Geonetta LLP, San Francisco, CA USA. Michele M Iafrate, Iafrate & Rai, PLC, Phoenix, AZ USA.

For John L Clayton, Janet Napolitano, DEFENDANTS: Paul T Hammerness, San Francisco, CA USA. Rosa Mroz, Phoenix, AZ USA.

**JUDGES:** SUSAN ILLSTON, United States District Judge.

**OPINION BY:** SUSAN ILLSTON

**OPINION:**

ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, AND IMPROPER VENUE; DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED; AND DENYING AS MOOT ALL OTHER MOTIONS PENDING

Defendants move [*2] to dismiss for (1) lack of subject matter jurisdiction, (2) lack of personal jurisdiction, (3) improper venue, and (4) failure to state a claim upon which relief may be granted. Defendants have requested that these motions be determined without oral argument. Accordingly, the court grants the request and takes defendants' motions under submission without argument pursuant to the Northern District of California's Local Rule 7-1(b). Having carefully reviewed the arguments submitted, the Court hereby GRANTS without leave to amend the defendants' motions to dismiss for (1) lack of subject matter jurisdiction, (2) lack of personal jurisdiction, and (3) improper venue. The Court DENIES as moot defendants' motions to dismiss for failure to state a claim upon which relief may be granted, and all other motions pending at this time.

**BACKGROUND**

Plaintiff, Darrell Foley ("FOLEY"), filed a complaint on March 7, 2003 against eleven defendants. The defendants who brought these motions n1 are Janice Marquez ("MARQUEZ"), plaintiff's ex-wife; Edwin Wainscott ("WAINSCOTT") and Quarles & Brady Streich Lang ("QBSL"), Marquez's attorneys in her divorce proceedings with plaintiff; Harold Hurtt


EXHIBIT "2"

Case 3:08-cv-02370-JL   Document 17-5   Filed 08/01/2008   Page 38 of 41

Page 2
2003 U.S. Dist. LEXIS 17554, *

("HURTT"), [*3] Chief of Phoenix Police Department; Skip Rimza ("RIMZA"), Mayor of Phoenix; Janet Napolitano ("NAPOLITANO"), Governor of Arizona; and John Clayton ("CLAYTON'), Director of the Arizona Department of Economic Security, which oversees the Child Protective Services Division. Pl's Complaint at P1 and Exhibit A. Plaintiff alleges that defendants are co-conspirators in fraudulent acts, omissions, and schemes surrounding plaintiff's divorce and his attempts to visit his daughter, of whom Janice Marquez has custody. Pl's Complaint at PP27-30.

n1 There have been no appearances by defendants Arizona State Bar; James Lee, its chief counsel; or Charles Wirkin, a member of the Arizona State Bar. It appears that the jurisdiction and venue arguments made by the other defendants would apply as well to these defendants. In any event, plaintiff has filed no proofs of service demonstrating that these defendants have been served with process, in contravention of *Rule 4(l)* and *(m) of the Federal Rules of Civil Procedure.* These defendants are DISMISSED without prejudice.

[*4]

Now before the court are: (1) Hurtt and Rimza's motions to dismiss for lack of subject matter jurisdiction; (2) Hurtt, Rimza, Wainscott, QBSL, Napolitano, and Clayton's motions to dismiss for lack of personal jurisdiction; (3) Hurtt, Rimza, Napolitano, and Clayton's motions to dismiss for improper venue; (4) Wainscott and QBSL's motions to dismiss for failure to state a claim upon which relief can be granted; and (5) numerous motions by plaintiff.

**LEGAL STANDARD**

**1. Motion to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(1)* for Lack of Subject Matter Jurisdiction**

*Federal Rule of Civil Procedure 12(b)(1)* allows a party to challenge a federal court's jurisdiction over the subject matter of the complaint. As the party invoking the jurisdiction of the federal court, the plaintiff bears the burden of establishing that the court has the requisite subject matter jurisdiction to grant the relief requested. See *Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 376-78, 128 L. Ed. 2d 391, 114 S. Ct. 1673 (1994).*

A complaint will be dismissed if, looking at [*5] the complaint as a whole, it appears to lack federal jurisdiction either "facially" or "factually." See *Thornhill Pub-*

*lishing Co., Inc. v. General Tel. & Elecs. Corp., 594 F.2d 730, 733 (9th Cir. 1979).* When the complaint is challenged for lack of subject matter jurisdiction on its face, all material allegations in the complaint will be taken as true and construed in the light most favorable to the plaintiff. See *NL Indus. v. Kaplan, 792 F.2d 896, 898 (9th Cir. 1986).* As they are courts of limited jurisdiction, federal district courts "usually decline review of domestic relation cases over which state courts traditionally have jurisdiction." See *Rash v. Rash, 173 F.3d 1376, 1380 (11th Cir. 1999).* "The strong state interest in domestic relations matters, the competence of state courts in settling family disputes [and] the possibility of incompatible federal and state court decrees in cases of continuing judicial supervision by the state" are all reasons for the federal court to use its discretion to abstain from domestic relations proceedings. See *Brown v. Hammonds, 747 F.2d 320, 322 (5th Cir. 1984).*

**2. Motion [*6] to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(2)* for Lack of Personal Jurisdiction**

Jurisdiction must comport with the state long-arm statute, and with the constitutional requirements of due process. See *Omeluk v. Langsten Slip and Batbyggeri A/S, 52 F.3d 267, 271 (9th Cir. 1995),* citing *Chan v. Society Expeditions, Inc., 39 F.3d 1398 (9th Cir. 1994).* California's long-arm statute permits this court to exercise personal jurisdiction over nonresident defendants on any basis not inconsistent with the California or United States Constitution. See *California Code of Civil Procedure, § 410.10.* Absent traditional bases for personal jurisdiction (physical presence, domicile, or consent), due process requires that the defendant have certain minimum contacts with the forum state such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice. See *International Shoe Co. v. Washington, 326 U.S. 310, 316, 90 L. Ed. 95, 66 S. Ct. 154 (1945).*

The court must determine whether sufficient minimum contacts between the moving defendants and [*7] the forum state exist to allow the exercise of personal jurisdiction over them. In this regard, courts may exercise either general or specific jurisdiction over nonresident defendants. See *FDIC v. British-American Ins. Co., LTD., 828 F.2d 1439, 1442 (9th Cir. 1987).*

General jurisdiction exists when the nonresident has substantial or systematic and continuous contacts with the forum state, and the exercise of jurisdiction satisfies traditional notions of fair play and substantial justice. See *Ziegler v. Indian River County, 64 F.3d 470 (9th Cir. 1995).* The Ninth Circuit has established a three-step test to determine whether the court may exercise specific jurisdiction over a nonresident defendant. See *British-*

*American, 828 F.2d at 1442*; see *Ziegler, 64 F.3d at 473*. First, specific jurisdiction requires a showing that the out-of-state defendants purposefully directed their activities toward residents of the forum state or purposefully availed themselves of the privilege of conducting activities in the forum state, thus invoking the benefits and protections of its laws. See *Burger King Corp. v. Rudzewicz, 471 U.S. 462, 474-475, 85 L. Ed. 2d 528, 105 S. Ct. 2174 (1985)*. [*8] Second, the controversy must be related to or "arise out of" defendants' contact with the forum. *Ziegler, 64 F.3d at 473*. Third, the exercise of jurisdiction must comport with fair play and substantial justice, i.e., it must be reasonable. *British-American, 828 F.2d at 1442*. Generally, the relationship among the defendants, the forum, and the litigation is the essential foundation of personal jurisdiction. See *Helicopteros Nacionales de Colombia, S.A. v. Hall, 466 U.S. 408, 414, 80 L. Ed. 2d 404, 104 S. Ct. 1868 (1984)*, citing *Shaffer v. Heitner, 433 U.S. 186, 204, 53 L. Ed. 2d 683, 97 S. Ct. 2569 (1977)*.

**3. Motion to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(3)* for Improper Venue**

Pursuant to *Federal Rule of Civil Procedure 12(b)(3)*, a defendant may move to dismiss a case for improper venue. Venue is generally proper in a district where the defendant resides. See *28 U.S.C. § 1391(a) (2001)*.

**4. Motion to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(6)* [*9]   for Failure to State a Claim Upon Which Relief May Be Granted**

Under *Federal Rule of Civil Procedure 12(b)(6)*, a district court must dismiss a complaint if it fails to state a claim upon which relief can be granted. The question presented by a motion to dismiss is not whether the plaintiff will prevail in the action, but whether the plaintiff is entitled to offer evidence in support of the claim. See *Scheuer v. Rhodes, 416 U.S. 232, 236, 40 L. Ed. 2d 90, 94 S. Ct. 1683 (1974)*, overruled on other grounds by *Davis v. Scherer, 468 U.S. 183, 104 S. Ct. 3012, 82 L. Ed. 2d 139 (1984)*.

In answering this question, the court must assume that the plaintiff's allegations are true and must draw all reasonable inferences in the plaintiff's favor. See *Usher v. City of Los Angeles, 828 F.2d 556, 561 (9th Cir. 1987)*. Even if the face of the pleadings suggests that the chance of recovery is remote, the court must allow the plaintiff to develop the case at this stage of the proceedings. See *United States v. City of Redwood City, 640 F.2d 963, 966 (9th Cir. 1981)*. However, the court "need not [*10] automatically accept as true unreasonable inferences, unwarranted deductions of fact, or conclusory legal allegations cast in the form of factual allegations."

See *U.S. v. Real Prop. Located at 9832 Riceon Ave., 234 F. Supp. 2d 1136, 1137 (C.D. Cal. 2002)*.

If the court dismisses the complaint, it must then decide whether to grant leave to amend. The Ninth Circuit has "repeatedly held that a district court should grant leave to amend even if no request to amend the pleading was made, unless it determines that the pleading could not possibly be cured by the allegation of other facts." See *Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000)* (citations and internal quotation marks omitted).

**DISCUSSION**

**1. Hurtt and Rimza's Motions to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(1)* for Lack of Subject Matter Jurisdiction**

The plaintiff bears the burden of establishing that the court has the requisite subject matter jurisdiction to grant the relief requested. See *Kokkonen, 511 U.S. at 376-78*. This action is part of an ongoing dispute that centers around plaintiff's divorce from Marquez. [*11] Plaintiff states no basis for why this court has the requisite subject matter jurisdiction to preside over his action. Federal district courts "usually decline review of domestic relation cases over which state courts traditionally have jurisdiction." See *Rash, 173 F.3d at 1380*; see *Brown, 747 F.2d at 322*. For the foregoing reasons, this court GRANTS Hurtt and Rimza's motions to dismiss for lack of subject matter jurisdiction, without leave to amend.

**2. Hurtt, Rimza, Wainscott, QBSL, Napolitano, and Clayton's Motions to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(2)* for Lack of Personal Jurisdiction**

All of the moving defendants are Arizona residents. Pl's Complaint at Exhibit A. Absent traditional bases for personal jurisdiction (physical presence, domicile or consent), due process requires that the defendant have certain minimum contacts with the forum state such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice. See *International Shoe Co., 326 U.S. at 316*. Plaintiff has failed to show that defendants Hurtt, Rimza, [*12] Wainscott, QBSL, Napolitano, and Clayton meet the Ninth Circuit's three requirements for establishing sufficient minimum contacts between the moving defendants and the forum state to allow the exercise of personal jurisdiction over the defendants. The moving defendants did not purposefully avail themselves of the privilege of conducting business in California. The purposeful availment requirement is satisfied if the defendants have taken deliberate action within the forum state or if they have created continuing obligations to forum residents. See *Ballard v. Savage, 65 F.3d 1495 (9th Cir. 1995)*. Here, the plain-

tiff's cause of action arose out of a divorce proceeding that occurred in Arizona. There is no indication that the moving defendants ever took any action relating to this case in California.

The Ninth Circuit's second criterion, that the controversy must be related to or "arise out of" defendants' contact with the forum, is also not satisfied in the instant case. A claim arises out of the forum-related activities if it would not have happened but for the forum-related activities. n2 See *Omeluk, 52 F.3d at 271*. In the present case, the only parties [*13] who had any contact with California was the plaintiff, who is domiciled in California, and his daughter, who visited plaintiff at his California residence. Pl's Complaint at P98.

> n2 The United States Supreme Court, in *Carnival Cruise Lines, Inc. v. Shute, 499 U.S. 585, 113 L. Ed. 2d 622, 111 S. Ct. 1522 (1991)*, reversed the Ninth Circuit's decision in *Shute v. Carnival Cruise Lines 897 F.2d 377 (9th Cir. 1990)*, which articulates this standard. However, the Ninth Circuit has held that the Supreme Court did not reject this prong of the test, and thus it appears this standard has survived. *Ballard v. Savage, 65 F.3d at 1500*.

Plaintiff's allegation that the moving defendants and other defendants are involved in a conspiracy also fails to establish jurisdiction. California does not recognize conspiracy as a basis for acquiring jurisdiction over a party. See *Crea v. Busby, 48 Cal. App. 4th 509, 516-517, 55 Cal. Rptr. 2d 513 (1996)*. California courts consider the forum-related [*14] acts personally committed by the individual rather than the imputed conduct of a co-conspirator. The conduct of a co-conspirator is generally too tenuous to warrant the exercise of personal jurisdiction. See *Kipperman v. McCone, 422 F. Supp. 860, 873 (N.D. Cal. 1976)*. In the present case, plaintiff has alleged in his complaint that the moving defendants and other defendants conspired to defraud the plaintiff but has made no prima facie case for conspiracy. Thus, plaintiff's allegation amounts to a bland assertion of a conspiracy and is simply insufficient to establish jurisdiction.

The Ninth Circuit's final criterion is whether the forum's exercise of personal jurisdiction is reasonable. The court's exercise of personal jurisdiction over the moving defendants must comport with fair play and substantial justice. See *Burger King Corp., 471 U.S. at 477-478*. Here, the moving defendants' contacts are too attenuated to justify subjecting them to extensive litigation in California. Requiring the moving parties to defend in California would impose an unjustifiable and unreasonable

burden on them. Consequently, defendants' motions to dismiss for lack of personal [*15] jurisdiction are hereby GRANTED.

**3. Hurtt, Rimza, Napolitano, and Clayton's Motions to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(3)* for Improper Venue**

Pursuant to *Federal Rule of Civil Procedure 12(b)(3)*, a defendant may move to dismiss a case for improper venue. Venue is generally proper in a district where the defendant resides. See *28 U.S.C. § 1391(a)*. Defendants Hurtt, Rimza, Napolitano, and Clayton are domiciled in Arizona and plaintiff has failed to allege that defendants have had any contact with the Northern District of California. Accordingly, defendants' motions to dismiss for improper venue are hereby GRANTED.

**4. Wainscott and QBSL's Motions to Dismiss Pursuant to *Federal Rule of Civil Procedure 12(b)(6)* for Failure to State a Claim Upon Which Relief May Be Granted**

Defendants Wainscott and QBSL have moved to dismiss the complaint for failure to state a claim against them upon which relief may be granted. Plaintiff has failed to adhere to the pleading requirements, pursuant to *Federal Rule of Civil Procedure 8(a)* [*16] , which require a short and plain statement showing what relief plaintiff seeks from defendants and that he is entitled to that relief. The Court, however, DENIES this motion as moot given that the action is dismissed for lack of jurisdiction.

**5. Plaintiff's Motions**

Plaintiff has filed a variety of motions; all are DENIED as moot.

CONCLUSION

For the foregoing reasons, the court GRANTS defendants' motions to dismiss for (1) lack of subject matter jurisdiction, (2) lack of personal jurisdiction, and (3) improper venue, all without leave to amend; DENIES defendants' motions to dismiss for failure to state a claim upon which relief may be granted as moot; and DENIES all other pending motions as moot. [Docket ## 4, 11, 13, 14, 16, 31 32, 35, 38 and 41]. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 30, 2003

    SUSAN ILLSTON

    United States District Judge

    **JUDGMENT**

2003 U.S. Dist. LEXIS 17554, *

Defendants' motions to dismiss for lack of jurisdiction and improper venue have been granted without leave to amend. Accordingly, judgment is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 30, 2003

SUSAN ILLSTON [*17]

United States District Judge