EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
   Telephone: (415) 703-5506
   Fax: (415) 703-5480
   Email: tom.blake@doj.ca.gov

Attorneys for Defendants, Judge Burr; Justice McGuiness; Judicial Council of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL D. FOLEY,**<br><br>                 Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY, et al.,**<br><br>                 Defendants. | CV 08 2370 JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    Pursuant to Title 28, U.S.C. Section 636(c), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///
///
///
///
///
///
///

Consent to Proceed Before a U.S. Magistrate Judge - CV 08 2370 JL

1

1  Dated: August 5, 2008

2                      Respectfully submitted,

3

4                      EDMUND G. BROWN JR.
                     Attorney General of the State of California

5                      TOM BLAKE
                     Deputy Attorney General

6                      Attorneys for Defendants, Judge Burr; Justice mcGuiness;
                     Judicial Council of California

Consent to Proceed Before a U.S. Magistrate Judge - CV 08 2370 JL