1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE, State Bar No. 51885
   Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5506
    Fax:  (415) 703-5480
5   Email:  Tom.Blake@doj.ca.gov

6  Attorneys for Defendants, Judge Burr; Justice
   McGuiness; Judicial Council of California
7

8
              IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   **DARRELL D. FOLEY,**                         C08-02370 JL
12
                              Plaintiff,         **DECLARATION OF**
13                                               **SERVICE**

14         v.                                    :

   **CITY OF BERKELEY, et al.,**
15
                              Defendant.
16

17      I declare:

18      I am employed in the Office of the Attorney General, which is the office of a member of the

19 California State Bar at which member's direction this service is made.  I am 18 years of age or

20 older and not a party to this matter; my business address is:  455 Golden Gate Avenue, Suite

21 11000, San Francisco, California  94102-3664.

22      On August 5, 2008, I served the attached CONSENT TO PROCEED BEFORE A UNITED

23 STATES MAGISTRATE JUDGE by placing a true copy thereof enclosed in a sealed envelope

24 with postage thereon fully prepaid, in the United States Mail at San Francisco, California,

25 addressed as follows:

26 Darrell D. Foley
   2240 9th Street
27 Berkeley, CA 94707

28

Declaration of Service                          FOLEY, Darrell D.  v. City of Berkeley, et al.
                                                                               C08-02370 JL
                           1

1 | I declare under penalty of perjury under the laws of the State of California the foregoing is
2 | true and correct and that this declaration was executed on August 5, 2008, at San Francisco,
3 | California.

      /s/ Lorraine Smith
      Lorraine Smith

Declaration of Service        FOLEY, Darrell D. v. City of Berkeley, et al.
C08-02370 JL

2