1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA 94102-3664
     Telephone: (415) 703-5506
5    Fax: (415) 703-5480
     Email: tom.blake@doj.ca.gov
6
   Attorneys for Defendants, Judge Burr; Justice
7  McGuiness; Judicial Council of California.

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

   DARRELL D. FOLEY,                          CV 08 2370 JL
12
                              Plaintiff,      [PROPOSED] AMENDED ORDER
13                                            DISMISSING COMPLAINT
               v.
14
   CITY OF BERKELEY; B.O.S.S.; BOONA
15 CHEEMA; KIRK NEUNER; SETH
   SCHWARTZ; MCNAMARA & DODGE; THE
16 HONORABLE KENNTH BURR; THE
   HONORABLE FRANK MCGUINESS;
17 JUDICIAL COUNCIL OF CALIFORNIA,

18                            Defendants.

19
       On October 8, 2008 the defendants' motion to dismiss was heard in open court. Plaintiff
20
   Darrell D. Foley appeared pro se. The moving defendants, the Judicial Council of California, Judge
21
   Burr, and Justice McGuiness, were represented by Deputy Attorney General Tom Blake. The court
22
   takes judicial notice of the records and other matters requested by moving defendants. Pursuant to
23
   Rule 12(b)(6), Federal Rules of Civil Procedure, the complaint is dismissed on the grounds that the
24
   complaint fails to state a claim upon which relief can be granted.
25
       The California vexatious litigant law (Cal. Code Civ. Pro. secs. 391 et seq.) is constitutional.
26
   *Wolfe v. George*, 486 F.3d 1120, 1124 (9th Cir. 2007). The Supremecy Clause does not preclude
27
   the application of the state's vexatious litigant law. *Id.*, 1127.
28

The plaintiff having been determined a vexatious litigant in the California Superior Court, this court is without jurisdiction to review that decision. *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 486-87 (1983); 8 U.S.C. § 1257. This district courts lack jurisdiction to exercise appellate review of state court judgments. *Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 415 (1923); *Feldman,* 460 U.S. at 486-87; *Henrichs v. Valley View Development,* 474 F.3d 609, 613 (9th Cir. 2007).

Further, the moving defendants, the Judicial Council of California (part of the judicial branch of California state government) and two judicial officers sued in their capacities as a judge of state trial court and a justice of the state's intermediate appellate court, are immune from suit under the long-standing doctrines of Eleventh Amendment immunity and absolute judicial immunity.

THEREFORE, it is ordered and adjudged that plaintiff take nothing from moving defendants, that judgement be entered against plaintiff and in favor of moving defendants Judge Burr, Justice McGuiness, and Judicial Council of California, and that this matter be dismissed.

Dated: _____

_____
JAMES LARSON
Chief Magistrate Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **FOLEY, Darrell D.  v. City of Berkeley, et al.**

No.:   **C08-02370 JL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 14, 2008, I served the attached [Proposed] AMENDED ORDER DISMISSING COMPLAINT by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Darrell D. Foley
P.O. Box 11406
c/o NOSCW
Berkeley, CA 94712-2406

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 14, 2008, at San Francisco, California.

|  Lorraine Smith  |  *(signature)*  |
| --- | --- |
|  Declarant  |  Signature  |

40273766.wpd