EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: tom.blake@doj.ca.gov

Attorneys for Defendants, Judge Burr; Justice McGuiness; Judicial Council of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL D. FOLEY,<br><br>                      Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>                      Defendants. | CV 08 2370 JL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Section 636(c), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 14, 2008

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General of the State of California

                */s/ Tom Blake*
                TOM BLAKE
                Deputy Attorney General

                Attorneys for Defendants, Judge Burr; Justice mcGuiness; Judicial Council of California

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **FOLEY, Darrell D. v. City of Berkeley, et al.**

No.:   **C08-02370 JL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 14, 2008,</u> I served the attached Consent to Proceed Before a United States Magistrate Judge by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Darrell D. Foley
P.O. Box 11406
c/o NOSCW
Berkeley, CA 94712-2406

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 14, 2008, at San Francisco, California.

|  Lorraine Smith  | /s/ Lorraine Smith |
|---|---|
| Declarant | Signature |

40273768.wpd