SETH J. SCHWARTZ (State Bar No. 103357)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorney for Defendants
CITY OF BERKELEY, BUILDING OPPORTUNITIES FOR
SELF-SUFFICIENCY (B.O.S.S.), BOONA CHEEMA, SETH
SCHWARTZ and McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES & BROTHERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL FOLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY; B.O.S.S.; BOONA CHEEMA; KIRK NEUNER; SETH SCHWARTZ; MCNAMARA & DODGE; THE HONORABLE KENNETH BURR; THE HONORABLE FRANK MCGUINESS; JUDICIAL COUNCIL OF CALIFORNIA,<br><br>Defendants. | Case No. C08-02370 JL<br><br>**JOINDER OF DEFENDANTS JUDGE BURR, JUSTICE MCGUINESS AND JUDICIAL COUNCIL OF CALIFORNIA'S MOTION FOR PRE-FILING REVIEW**<br><br>Date: October 8, 2008<br>Time: 9:30 a.m.<br>Dept.: Courtroom F, 15th Floor<br>Judge: Honorable James Larson |

Defendants CITY OF BERKELEY, B.O.S.S., BOONA CHEEMA, SETH SCHWARTZ and McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP hereby join in Defendants JUDGE BURR, JUSTICE McGUINESS and JUDICIAL COUNCIL OF CALIFORNIA'S motion for pre-filing review and hereby incorporates it by reference as if fully set forth herein.  This joinder is further based on the Declaration of Seth J. Schwartz, filed concurrently herewith.

JOINDER OF DEFENDANTS JUDGE BURR, JUSTICE
MCGUINESS AND JUDICIAL COUNCIL OF CALIFORNIA
MOTION FOR PRE-FILING REVIEW – Case No. C08-02370
JL

| | |
|---|---|
| Dated: September 3, 2008 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |

By: *[signature]*
Seth J. Schwartz
Attorney for Defendants
CITY OF BERKELEY, BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY (B.O.S.S.), BOONA CHEEMA, KIRK NEUNER, SETH SCHWARTZ and McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS, LLP

JOINDER OF DEFENDANTS JUDGE BURR, JUSTICE MCGUINESS AND JUDICIAL COUNCIL OF CALIFORNIA MOTION FOR PRE-FILING REVIEW – Case No. C08-02370 JL

2

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **JOINDER OF DEFENDANTS JUDGE BURR, JUSTICE MCGUINESS AND JUDICIAL COUNCIL OF CALIFORNIA'S MOTION FOR PRE-FILING REVIEW** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Attorneys For Plaintiff in Pro Per :**

Darrell D. Foley
c/o NOSCW
P.O. Box 11406
Berkeley, CA 94712-2406

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 4, 2008 at Walnut Creek, California.

Carol O'Neil