1  SETH J. SCHWARTZ (State Bar No. 103357)
   McNamara, Dodge, Ney, Beatty, Slattery,
2  Pfalzer, Borges & Brothers LLP
   1211 Newell Avenue
3  Post Office Box 5288
   Walnut Creek, CA 94596
4  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
5
   Attorney for Defendants
6  CITY OF BERKELEY, BUILDING OPPORTUNITIES FOR
   SELF-SUFFICIENCY (B.O.S.S.), BOONA CHEEMA, SETH
7  SCHWARTZ and McNAMARA, DODGE, NEY, BEATTY,
   SLATTERY, PFALZER, BORGES & BROTHERS LLP
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | DARRELL FOLEY,                          | Case No. C08-02370 JL
13 |     Plaintiff,                          | NOTICE OF DEFENDANTS' MOTION TO
                                              DISMISS PLAINTIFF'S COMPLAINT
14 | vs.                                     | PURSUANT TO FEDERAL RULE OF
                                              CIVIL PROCEDURE 12(B)(6)
15 | CITY OF BERKELEY; B.O.S.S.; BOONA
   | CHEEMA; KIRK NEUNER; SETH               | Date: October 15, 2008
16 | SCHWARTZ; McNAMARA & DODGE;             | Time: 9:30 a.m.
   | THE HONORABLE KENNETH BURR;             | Dept: Courtroom F, 15th Floor
17 | THE HONORABLE FRANK                     | Judge: Honorable James Larson
   | MCGUINESS; JUDICIAL COUNCIL OF
18 | CALIFORNIA,

19 |     Defendants.

20

21      **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT
               PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**
22

23
        TO PLAINTIFF:
24
        Please take notice that on October 15, 2008, at 9:30 a.m., before the Honorable James
25
   Larson, in Courtroom F, 15th Floor, at U.S. District Court, 450 Golden Gate Avenue in San
26
   Francisco, California, or as soon thereafter as this matter can be heard, Defendants CITY OF
27
   BERKELEY, BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY (B.O.S.S.), BOONA
28

Notice of Defendants' Motion to Dismiss Plaintiff's Complaint
Pursuant to Federal Rule of Civil Procedure 12(b)(6) – Case No.
C08-02370 JL

1  CHEEMA, SETH SCHWARTZ and McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
2  PFALZER, BORGES & BROTHERS LLP (collectively "Defendants") will and hereby do move
3  for an Order dismissing Plaintiff's Complaint without leave to amend based upon a failure to state
4  a claim upon which relief may be granted. Defendants also join in part Defendant Judge Burr,
5  Justice McGuiness and the Judicial Council of California's (the "Judicial Defendants") Motion to
6  Dismiss and join in full the Judicial Defendants' Motion for Pre-filing Review, filed concurrently
7  herewith.
8     This motion shall be based upon this Notice of Motion to Dismiss Plaintiff's Complaint,
9  Supporting Memorandum of Points and Authorities, Declaration of Seth J. Schwartz, and the
10 Proposed Order, all filed or lodged herewith, as well as the file in this case, the argument of
11 counsel at the hearing, and any such further matters as the Court deems appropriate.

Dated: September 3, 2008

McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
Seth J. Schwartz
Attorney for Defendants
CITY OF BERKELEY, BUILDING
OPPORTUNITIES FOR SELF-SUFFICIENCY
(B.O.S.S.), BOONA CHEEMA, SETH SCHWARTZ
and McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES & BROTHERS
LLP

Notice of Defendants' Motion to Dismiss Plaintiff's Complaint          2
Pursuant to Federal Rule of Civil Procedure 12(b)(6) – Case No.
C08-02370 JL

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Attorneys For Plaintiff in Pro Per :**

Darrell D. Foley
c/o NOSCW
P.O. Box 11406
Berkeley, CA 94712-2406

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 7, 2008 at Walnut Creek, California.

_____
Carol O'Neil