SETH J. SCHWARTZ (State Bar No. 103357)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorney for Defendants
CITY OF BERKELEY, BUILDING OPPORTUNITIES FOR
SELF-SUFFICIENCY (B.O.S.S.), BOONA CHEEMA, SETH
SCHWARTZ and MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES & BROTHERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL FOLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY; B.O.S.S.; BOONA CHEEMA; KIRK NEUNER; SETH SCHWARTZ; McNAMARA & DODGE; THE HONORABLE KENNETH BURR; THE HONORABLE FRANK McGUINESS; JUDICIAL COUNCIL OF CALIFORNIA,<br><br>    Defendants. | Case No. C08-02370 JL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date:  October 15, 2008<br>Time:  9:30 a.m.<br>Dept:  Courtroom F, 15th Floor<br>Judge: Honorable James Larson |

On October 15, 2008, at 9:30 a.m., Defendants CITY OF BERKELEY, BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY (B.O.S.S.) BONNA CHEEMA, SETH SCWARTZ and McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP (collectively "Defendants") motion to dismiss Plaintiff's Complaint came on regularly for hearing. After full consideration of the briefing, the arguments of Plaintiff *pro per* and defense counsel, and the pleadings on file on this case, the Court hereby GRANTS Defendants' motion in its entirety.

Defendants moved for dismissal of Plaintiff's Complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

Defendants are entitled to dismissal of Plaintiff's Complaint because Plaintiff failed to state any claim upon which relief may be granted.

While Plaintiff's Complaint contains fifteen (15) purported causes of action for conspiracy, fraud, Constitutional claims, housing discrimination, abuse of process, intentional and negligent infliction of emotional distress, negligence, breach of fiduciary duty and a request for injunctive relief, Plaintiff's factual and legal allegations amount to claims of (1) spoliation of evidence; (2) unfair and/or discriminatory rent, and (3) California's "vexatious litigant" statute (California Code of Civil Procedure §§ 391.7(a) and 391(b)(1)) is unconstitutional.

Plaintiff's claims of a conspiracy by Defendants to destroy evidence is without merit as spoliation of evidence is not a recognized tort under California law. *Cedars-Sinai Med. Ctr. v. Superior Court*, 18 Cal.4th 1, 17 (1998). Because spoliation is not a tort, Plaintiff's claim of a conspiracy to destroy evidence also fails to state claim upon which relief may be granted.

Plaintiff's allegations of unfair and/or discriminatory rent are barred by principles of collateral estoppel, as Plaintiff has already had a full and fair opportunity to litigate these claims against these Defendants and each of his prior lawsuits resulted in an unsuccessful final adjudication against him.

Finally, Plaintiff has not identified any binding or persuasive authority holding that California's vexatious litigant statute is unconstitutional. To the contrary, every court to analyze the issue has held the statute constitutional.

Accordingly, because Plaintiff's claims do not state a cognizable legal theory of recovery, Defendants' motion is GRANTED and Plaintiff's Complaint is DISMISSED without leave to amend.

IT IS SO ORDERED.

Dated: _____

_____
HON. JAMES LARSON
United States Magistrate Judge

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Attorneys For Plaintiff in Pro Per :**

Darrell D. Foley
c/o NOSCW
P.O. Box 11406
Berkeley, CA 94712-2406

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 4, 2008 at Walnut Creek, California.

Carol O'Neil